UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,<br>Defendants. | | Civil Action No. 1:21-cv-00565 |

**COMPLAINT**

## INTRODUCTION

1.      On October 30, 2020, dozens of individuals in at least forty vehicles bearing flags exalting then-President and Presidential Candidate Donald J. Trump formed a self-labeled vehicular "Trump Train" on Texas's main highway with the express purpose of terrorizing and intimidating a group based on that group's political viewpoints, including their support for a different presidential campaign.  The goal of this effort was to intimidate supporters of then-Democratic Presidential and Vice Presidential Candidates Joseph R. Biden and Kamala Harris, and to stop those supporters from speaking and acting freely in support of the candidate of their choice in Texas.

2.      That day—the last day of early voting for the presidential election in Texas— supporters of the Biden-Harris Campaign intended to campaign at various political events across central Texas.  The participants in the Trump Train deliberately upended those plans.  The Trump Train vehicles surrounded the Biden-Harris Campaign bus on the highway, forced it to slow down to a crawl, came within inches of the bus, and, as one of the drivers later bragged, "slamm[ed]" into a staffer's follow car.  Those on the bus feared injury or for their lives.  All suffered lingering trauma in the days and months thereafter.

3.      The events of October 30 arose from a campaign of politically motivated intimidation.  In the days leading up to October 30, after the Biden-Harris Campaign announced a three-day bus tour through Texas, surrogates for the Trump campaign—including Trump's son, Donald Trump Jr.—told supporters in Texas to "have some fun" and give the Biden-Harris Campaign a "nice Trump Train welcome."  Encouraged by those surrogates, certain Trump supporters in Texas began organizing a coordinated political intimidation campaign on social media, spreading word of their intent to disrupt Biden-Harris supporters from freely assembling

and to make Biden-Harris supporters feel the consequences of openly advocating for their preferred candidates in Texas.

4.     On October 28 and 29, supporters of the Biden-Harris Campaign were intimidated, harassed, and attacked at multiple stops along the tour.  Some of the assailants displayed weapons.  Others screamed death threats.  And on the morning of October 30, a group of Trump supporters conspired to ambush the Biden-Harris Campaign's tour bus on a stretch of Interstate 35 ("I-35") between San Antonio and Austin, Texas.

5.     Plaintiffs Eric Cervini, Wendy Davis, David Gins, and Timothy Holloway— respectively, a volunteer, surrogate, staffer, and contractor for the Biden-Harris Campaign— intended to spend that October day campaigning across central Texas.  Instead, Plaintiffs were attacked by a politically-motivated conspiracy to disrupt the campaign and intimidate its supporters.

6.     Defendants are individuals who conspired to form the Trump Train and ambush Plaintiffs on the highway.  Organized primarily through local Trump Train groups in New Braunfels and San Antonio, Defendants Eliazar Cisneros, Hannah Ceh, Joeylynn Mesaros, Robert Mesaros, Dolores Park, and other Jane and John Does in the Trump Train coordinated to wait for the tour bus and terrorize those on board, and then to follow the bus as it made its final stops.

7.     For at least ninety minutes, Defendants terrorized and menaced the driver and passengers on the Biden-Harris Campaign's bus.  The Trump Train surrounded the bus and forced it to slow down to a pace of 15-25 miles per hour on an interstate with a speed limit of around 70 miles per hour.  They swerved and drove in front of the bus to block its path and abruptly slowed down to a crawl, forcing the approximately 25-ton bus to take evasive maneuvers to avoid a collision.  They played a madcap game of highway "chicken," coming within three to four inches of the bus.  They tried to run the bus off the road.  The Trump Train live-streamed their behavior

on social media, bragging about their aggressive driving, showing how dangerously close they were driving to the bus and its escorting vehicles, and openly speculating about who might be on the bus they were targeting—including, they hoped, then-Vice Presidential Candidate Kamala Harris.

8.    Plaintiffs feared the Trump Train might run the bus off the road, or that they might crash into a vehicle, wall barrier, sign, pillar, or other obstacle on or by the highway.  They feared what the Trump Train might do if they succeeded in stopping the bus or forcing the bus off the road.  Plaintiffs were terrified that someone on the bus, or someone else driving on the interstate, would be injured or killed—fears which were nearly realized when Defendant Cisneros side-swiped an accompanying SUV driven by a Biden-Harris Campaign staffer, an act that Defendant Cisneros later described as "slamming that fucker" and "serv[ing] . . . 35 in[ch] tires."

9.    Plaintiffs finally escaped the Trump Train in Austin, Texas.  From its position straddling the middle and right lanes, travelling at approximately 70 miles per hour, the bus swerved at the last second to drive onto the Riverside exit ramp away from the Trump Train.

10.    As a result of the events of October 30, Plaintiffs suffer ongoing psychological and emotional injury.  They have suffered other tangible harms too; for example, Holloway, the bus driver, has found himself unable to drive a bus following his experience that day.  Davis, Gins, and others were prevented from exercising their First Amendment rights, as they had to cancel all remaining campaign stops because the Trump Train's intimidation posed a safety risk for not only Plaintiffs, but other candidates for political office, campaign staff, and supporters.

11.    Our constitutional system relies upon and protects a vibrant public space in which all persons may speak, advocate, campaign, and ultimately vote for their candidate of choice.  Plaintiffs share a deep commitment to those freedoms, including the freedoms of those with whom

they disagree politically. Defendants are entitled to the same rights; they are free to voice their support, wave their flags, wear their hats, and vote their conscience.

12.     What Defendants cannot do under the law is use force, intimidation, or threats against those with whom they disagree politically.  Yet that is precisely what Defendants did by conspiring to use their vehicles as weapons to interfere with the constitutional rights of those who supported the Biden-Harris Campaign.  The Constitution's guarantee of free speech, association, and assembly is empty if those rights cannot be freely exercised.  And where groups are permitted to terrorize those with whom they disagree into forgoing their constitutional rights, the functioning of our democracy demands accountability.

13.     Congress passed the Ku Klux Klan Act of 1871 ("Klan Act") to prevent groups from joining together to obstruct free and fair federal elections by intimidating and injuring voters, or denying them the ability to engage in political speech.  Defendants openly and willfully violated that statutory command.  The Klan Act prohibited Defendants' modern-day conspiracy to intimidate voters in trucks in the light of day in the same way that the law outlawed intimidation while hooded on horseback in the dark of night in 1871.  Defendants can and must be held accountable for their acts of political intimidation.  This lawsuit seeks to enforce that accountability.

14.     Defendants violated the Klan Act and Texas law.  Plaintiffs bring this lawsuit to obtain a remedy for the injuries Plaintiffs suffered as a result of Defendants' unlawful conspiracy, in which they were literally, and violently, driven out of town for their political beliefs.  Plaintiffs seek compensatory, nominal, and punitive relief for their injuries.

## PARTIES

### A. Plaintiffs

15.     Plaintiff Eric Cervini is a resident of Texas.  During the 2020 campaign, Cervini served as a volunteer in Texas for the Biden-Harris Campaign.  Cervini assisted with planning and participated in campaign events on the Biden-Harris Campaign's "Soul of the Nation" bus tour.

16.     Plaintiff Wendy Davis is a resident of Texas.  She lives in Austin.  Davis is a former Texas State Senator and was the Democratic candidate for Texas's 21st congressional district in the 2020 election.  Davis also served as a campaign surrogate for the Biden-Harris Campaign in Texas during the 2020 election.  On October 30, 2020, Davis participated in campaign events on the Biden-Harris Campaign's "Soul of the Nation" bus tour.

17.     Plaintiff David Gins is a resident of the District of Columbia. During the 2020 campaign, Gins served as the Director of State Operations for Texas for the Biden-Harris Campaign.  Gins planned and participated in campaign events on the Biden-Harris Campaign's "Soul of the Nation" bus tour.

18.     Plaintiff Timothy Holloway is a resident of the District of Columbia.  A long-time commercial bus driver, Holloway was hired by the Biden-Harris Campaign to provide vehicle and driving services for the "Soul of the Nation" bus tour.

### B. Defendants

19.     Defendant Hannah Ceh is a resident of Texas.  Hannah Ceh is the daughter of Steve and Randi Ceh, two leaders of the New Braunfels Trump Train, and was an active member of the New Braunfels Trump Train who participated in the forceful harassment and intimidation of Plaintiffs, the Biden-Harris Campaign bus, and its escorting vehicles.  During and after the October 30, 2020 incident, Hannah Ceh posted videos to social media showing her riding in a Toyota

Tundra bearing Texas License Plate # LXT 9066, which repeatedly assaulted the Biden-Harris Campaign bus.

20.     Defendant Eliazar Cisneros is a resident of Texas.  Cisneros was a member of the Alamo City Trump Train who participated in the forceful harassment and intimidation of Plaintiffs, the Biden-Harris Campaign bus, and its escorting vehicles.  A Ford F-150 bearing Texas License Plate # 67555 DV registered in his name was identified in video footage of the October 30, 2020 incident, and Cisneros later confirmed on social media that he was present in the "Trump Train" on I-35.  Cisneros was identified in several media outlets as the driver of the vehicle that struck a vehicle escorting the Biden-Harris Campaign bus.  Cisneros maintains or has maintained various social media accounts, including on Facebook and Twitter, certain of which appear to have been deleted following the events that gave rise to this lawsuit.

21.     Defendant Joeylynn Mesaros is a resident of Texas.  Joeylynn Mesaros participated in the forceful harassment and intimidation of Plaintiffs, the Biden-Harris Campaign bus, and its escorting vehicles.  Joeylynn Mesaros was identified in photo and video evidence as the passenger of a Ford F-150 bearing Texas License Plate # NJX 1701, registered to her husband Robert, which on October 30, 2020 repeatedly assaulted the Biden-Harris Campaign bus and slowed down traffic on I-35.

22.     Defendant Robert Mesaros is a resident of Texas.  Robert Mesaros participated in the forceful harassment and intimidation of Plaintiffs, the Biden-Harris Campaign bus, and its escorting vehicles.  Robert Mesaros was identified in photo and video evidence as driving a Ford F-150 bearing Texas License Plate # NJX 1701 registered in his name, which on October 30, 2020 repeatedly assaulted the Biden-Harris Campaign bus and slowed down traffic on I-35.

23.     Defendant Dolores Park is a resident of Texas.  Park participated in the forceful harassment and intimidation of Plaintiffs, the Biden-Harris Campaign bus, and its escorting

vehicles. Park was identified in self-posted social media footage as driving a Cadillac SRX on October 30, 2020 that repeatedly assaulted the Biden-Harris Campaign bus and slowed down traffic on I-35.

24.     Defendants John and/or Jane Does Nos. 1, 2, 3, etc. ("John/Jane Does") are individuals whose identities are unknown to Plaintiffs but who are known to have conspired with Defendants and each other to organize and execute the October 30 Trump Train incident.  John and/or Jane Does are known to Plaintiffs to include the driver and passenger(s) of vehicles seen throughout the incident, including:  a Toyota Tundra bearing Texas License Plate # LXT 9066; a Toyota Tundra bearing Texas License Plate # GLB 9729; a gray Ford F-150 bearing dealer tag # 76022U6; and a black Toyota Tundra bearing Texas License Plate # NKS 8130.

## JURISDICTION

25.     This Court has subject-matter jurisdiction over this action because this action arises under federal law, specifically Section 2 of the Ku Klux Klan Act of 1871, 42 U.S.C. § 1985(3). It has jurisdiction over Plaintiffs' state law claims because they are so closely related to the federal claims as to form part of the same case or controversy.  *See* 28 U.S.C. §§ 1331, 1367.

26.     This Court has personal jurisdiction over all Defendants because they committed these violations in Bexar, Comal, Hays, and Travis Counties, Texas, which are located in the Western District of Texas.

27.     Venue is proper in this district under 28 U.S.C. § 1391(e) because significant events giving rise to this action occurred in the Western District of Texas.

## FACTUAL BACKGROUND

## I.      THE NEW BRAUNFELS AND ALAMO CITY "TRUMP TRAINS"

28.     Over the course of the summer of 2020, supporters of the Trump Campaign began organizing vehicle caravans to show their support for Trump's reelection to the U.S. presidency.

Across the country, convoys of vehicles bearing flags, signs, bumper stickers, and other Trump paraphernalia gathered and drove through cities and towns to demonstrate their support for the campaign.  While many of these self-labeled "Trump Trains" were organized by local community members, others were coordinated online across cities and states by activists and organizations such as "MAGA Drag the Interstate."

29.     Several "Trump Trains" operated in and around the greater San Antonio and Austin areas in the weeks leading up to Election Day 2020.

30.     In or around July 2020, a group named the "New Braunfels Trump Train" began operating in and around Hays and Comal Counties.  In the weeks and months leading up to Election Day, the New Braunfels Trump Train organized meetings and parade convoys of hundreds of vehicles supporting the Trump Campaign and protesting campaigns including the Black Lives Matter movement and Democratic candidates for political office.

31.     According to media reports and social media, the New Braunfels Trump Train was led by individuals including Steve Ceh, Randi Ceh, and Jason Frank.  The identities of any other leaders or administrators of the New Braunfels Trump Train, and any other owner(s) or administrator(s) of the New Braunfels Trump Train Facebook and YouTube accounts, are unknown to Plaintiffs.

32.     Steve Ceh is listed on the Republican Club of Comal County's Website as a "Founder" of the New Braunfels Trump Train, and is described in media reports and on social media as a leader of the group.  A now-deleted tweet from Twitter user @truthserum4all—which could only be accessed through archived search results as it has since been deleted—states "NewBraunfelsTrumpTrain is coming to town!! Steve Ceh leading the CHARGE !!":

33.  According to social media footage, Randi Ceh also participated in leading and publicizing the New Braunfels Trump Train.[1]

34.  According to social media and video footage, Frank also appears to have been a leader and/or administrator of the New Braunfels Trump Train.  Frank keynoted speeches at New Braunfels Trump Train events.[2]

35.  According to media reports and social media, Defendant Ceh and John/Jane Does were members of the New Braunfels Trump Train.

36.  Following the October 30, 2020 incident, members of the New Braunfels Trump Train—including Jason Frank—were identified in media reports and on social media as having taken part in the January 6, 2021 insurrection.  Steve Ceh and Randi Ceh were also in Washington, D.C. that day.  On January 7, YouTube user New Braunfels Trump Train posted a video entitled "January 6, 2021 will go down a day in history[U.S. flag emoji][U.S. flag emoji]."  The video features a photo of Steve and Randi Ceh apparently posing in front of the Capitol steps as others are breaching or attempting to breach the building.

37.  The New Braunfels Trump Train operated both a Facebook group and a YouTube account.  On or around November 2, 2020, the New Braunfels Trump Train Facebook group was reported to have had more than 4,000 members.[3]  According to media reports, the New Braunfels

---

[1] *See, e.g.* MagaMom716 (@RandiCeh716), TWITTER (Oct. 30, 2020, 7:49 PM), https://twitter.com/RandiCeh716/status/1322324830155206656?s=20.
[2] *See, e.g.*, New braunfels Trump Train, *Jason Frank*, YOUTUBE (Dec. 10, 2020), https://www.youtube.com/watch?v=GS51LMSL2UA.
[3] *'#OperationBlockTheBus': Inside the Pro-Trump FB Group Where Biden Bus Convoy Was Organized,* SNOPES (Nov. 2, 2020), https://www.snopes.com/news/2020/11/02/operation-block-the-bus/.

Trump Train Facebook group was "closed" to non-members.  Details of the New Braunfels Trump Train's meetings were organized in the New Braunfels Trump Train Facebook group, although details of the group's planned actions were posted routinely on social media and reported by local media.

38.     In the months leading up to Election Day, local media reported that members of the New Braunfels Trump Train engaged in incidents that threatened individuals in the community. In September 2020, a New Braunfels Trump Train vehicle dragged a Black Lives Matter flag under its truck, prompting fear and outrage in the community at what looked like a simulated lynching. Also that month, a New Braunfels Trump Train member posted the images and names of four Black men in the New Braunfels community, in what was reported as a death threat.

39.     In or around September 2020, a similar group called the "Alamo City Trump Train" was formed.  The Alamo City Trump Train operated a Facebook group, Twitter account, and YouTube account.  According to media reports, the Facebook group's description stated:

> The Alamo City Trump Train is the loud roar of the silent majority. The purpose of the group is to unite patriots from San Antonio and surrounding areas and join together to show our support for President Trump and for conservative values. The group is also meant to give fellow patriots a place to meet and build long lasting friendships with like-minded individuals. With the success of the New Braunfels Trump Train, it's time for San Antonio to step up and let our city know that WE ARE THE MAJORITY![4]

By Election Day, the Alamo City Trump Train Facebook group was reported to have 4,000 members.[5]

40.     From September 2020 through Election Day, the Alamo City Trump Train organized meetings and parade convoys of hundreds of vehicles, during which supporters would

---

[4] *Did Armed Trump Supporters Harass a Biden Bus in Texas?*, SNOPES (Nov. 2, 2020), https://www.snopes.com/fact-check/armed-trump-fans-biden-bus/.
[5] *'#OperationBlockTheBus': Inside the Pro-Trump FB Group Where Biden Bus Convoy Was Organized,* SNOPES (Nov. 2, 2020), https://www.snopes.com/news/2020/11/02/operation-block-the-bus/.

display Trump paraphernalia and gather to support the former President's campaign.  Details of the Alamo City Trump Train's actions were posted routinely on social media and reported by local media.  Details of the meetings were organized predominantly in the Alamo City Trump Train Facebook group.  The identities of the leaders or administrators of the Alamo City Trump Train, and the owner(s) or administrator(s) of the Alamo City Trump Train Twitter and YouTube accounts, are unknown to Plaintiffs.

41.     According to media reports and screen captures of posts within the Alamo City Trump Train Facebook group, Defendant Cisneros was a member of the Alamo City Trump Train.

42.     Cisneros admitted to local media in Texas that he had repeatedly shown up armed with a long gun at demonstrations for viewpoints with which he disagreed.  In September 2020 he drove his car, adorned with Trump flags, into a crowd of Black Lives Matter protestors in San Antonio:



43.     At the time of filing, the New Braunfels and Alamo City Trump Train Facebook groups are no longer active, and the New Braunfels Trump Train group cannot be located.  A March 30, 2021 tweet by the Alamo City Trump Train's Twitter account stated that the group was "permanently disabled" because "[a]ll admins personal FB pages, business pages, & even a

campaign page for one of the admins running for city council were all banned."[6]  It is unknown to Plaintiffs whether and when the New Braunfels Trump Train Facebook group was deactivated or deleted.

## II.   THE IMMEDIATE LEAD-UP TO OCTOBER 30

### A.  Biden-Harris Campaign Announces "Soul of the Nation" Bus Tour

44.    On October 25, 2020, news broke that then-Vice Presidential candidate Kamala Harris would be visiting Texas.  Three days later, the Biden-Harris Campaign released Vice President Harris' schedule, which announced that she would hold events in McAllen, Fort Worth, and Houston on Friday, October 30, 2020.

45.    On October 27, 2020, the Biden-Harris Campaign announced a three-day "Soul of the Nation" bus tour from October 28 to 30, 2020 (the "Bus Tour").  The Bus Tour was to feature rallies and gatherings in support of the Biden-Harris Campaign as well as speeches by campaign surrogates and candidates in local Texas elections.  The Bus Tour announced that it would include stops in Amarillo, Lubbock, Abilene, Fort Worth, and Dallas on the first day; Beaumont, Port Arthur, Houston, Fort Bend, and Corpus Christi on the second day; and Laredo, San Antonio, San Marcos, and Austin on the third day.

46.    As soon as the Biden-Harris Campaign made plans for the Bus Tour public, members of the Alamo City and New Braunfels Trump Trains began planning to intercept and intimidate the bus as it traveled through Bexar, Comal, Hays, and Travis Counties on October 30. On the morning of Wednesday, October 28, 2020, one Alamo City Trump Train member posted that the group should "be on standby for Friday," and that the group should "***flood the hell out of them*** [the Biden-Harris Campaign bus]":[7]

---

[6] Alamo City Trump Train (@210TrumpTrain), TWITTER (Mar. 30, 2021, 11:28 PM), https://twitter.com/210TrumpTrain/status/1377100411211935751?s=20.
[7] '*#OperationBlockTheBus': Inside the Pro-Trump FB Group Where Biden Bus Convoy Was Organized,* SNOPES (Nov. 2, 2020), https://www.snopes.com/news/2020/11/02/operation-block-



 October 28 at 9:38 AM · 😐

Fellow Trumpers, please be on standby for Friday. Biden/Harris tour bus will be arriving in San Antonio.... Let's flood the hell out of them....

👍❤️😆 177                                          101 Comments

47.    On the afternoon of October 28, 2020, President Trump's son and a Trump Campaign surrogate, Donald Trump Jr., posted a video on Twitter directed to supporters of his father in Texas, stating, "Hey Laredo. Don Jr here. I heard you had an awesome turn out for the Trump Train. ***It would be great if you guys would all get together and head down to McAllen and give Kamala Harris a nice Trump Train welcome. Get out there. Have some fun. Enjoy it.*** Don't forget to vote and bring all of your friends. Let's show them how strong Texas still is as Trump country. Get out there guys."

48.    Kambree Kawahine Koa, who uses the Twitter handle @KamVTV, retweeted Don Jr.'s message and encouraged her now more than 300,000 followers to give the Biden-Harris Campaign a "big Trump Texas Welcome" on October 30: [8]



**Kambree** ✔
@KamVTV

Texas is Trump country so @DonaldJTrumpJr has a special message to Laredo, Texas. Head to McAllen, Texas on October 30th and help give Kamala Harris a big Trump Texas welcome.

---

the-bus/.
[8] Kambree (@KamVTV), TWITTER (Oct. 28, 2020, 4:06 PM),
https://twitter.com/KamVTV/status/1321543980165857283.

**B. Trump Train Follows Biden-Harris Campaign Bus at October 28-29 Events**

49.     On October 28, 2020, the first day of the Bus Tour, social media posts began to circulate about Trump Train members attempting to follow the bus.  Koa tweeted that "one of our guys" was following behind the Biden-Harris Campaign bus, and told her followers to "Stay tuned."   Koa, a freelance journalist and Women for Trump activist, appears to have been instrumental in organizing and publicizing Trump Trains throughout the state during the duration of the Bus Tour.[9]





50.     At campaign stops in Lubbock, Fort Worth, Dallas, and Houston on the first and second days of the Bus Tour, Trump supporters confronted Biden-Harris supporters and Bus Tour participants.  Trucks with Trump paraphernalia followed the bus between Fort Worth and Dallas, and surrounded the bus when it stopped outside a library in Dallas.  Some Trump supporters got out of their vehicles and confronted individuals from the Biden-Harris Campaign.  One Trump supporter screamed graphic insults at a child at the library.  Trump supporters continued to follow

---

[9] Kambree (@KamVTV), TWITTER (Oct. 28, 2020, 6:00 PM),
https://twitter.com/KamVTV/status/1321572618286342144; Kambree (@KamVTV), TWITTER
(Oct. 28, 2020, 6:55 PM), https://twitter.com/KamVTV/status/1321586309299916801.

the bus as it drove to Houston, and circled the area near the stop, shouting at Biden-Harris supporters and Bus Tour participants and disrupting the event.

51.    At the next scheduled Bus Tour stop in Fort Bend, about 500 Trump supporters were waiting when the bus arrived.  According to Plaintiff Gins, the Trump supporters began "descending upon" the bus and the Biden-Harris campaign's roughly 50 supporters. Outnumbered, Gins was forced to end the event early.

52.    On October 29, large crowds of Trump supporters showed up at Bus Tour stops in Houston, Fort Bend, and Corpus Christi, bringing military-grade vehicles—including a "Trump Tank"—displaying weapons, blaring music so as to drown out the campaign speeches, yelling, verbally threatening, pushing and shoving, and engaging in minor physical altercations with the campaign participants.[10]

 **Kambree** ✔
@KamVTV

Biden Bus tour got greeted in Houston by the Trump tank. Sick!

 **Kambree** ✔
@KamVTV

The pro Trump hearse has laid out a casket next to the Biden Bus in Houston.



5:25 PM · Oct 29, 2020 · Twitter for iPhone



4:01 PM · Oct 29, 2020 · Twitter for iPhone

---

[10] Kambree (@KamVTV), Twitter (Oct. 29, 2020, 5:25 PM),
https://twitter.com/KamVTV/status/1321926207915597826; Kambree (@KamVTV), Twitter
(Oct. 29, 2020, 4:01 PM), https://twitter.com/KamVTV/status/1321905049036070914.

 

53.     During the event at Corpus Christi, Trump supporters again outnumbered Biden-Harris supporters and proceeded to surround the bus.  A woman tried to push her way into supporters of Biden-Harris Campaign surrogate Congressman Joaquin Castro.  When a Biden-Harris Campaign staffer ("Campaign Staffer A") attempted to block the woman, her husband told him:  "If I see you again, I'm gonna f**king kill you."

54.     Trump supporters also continued to follow the bus.  One vehicle included a "Trump hearse" that stated it was "collecting Democratic votes one dead stiff at a time."[11]

---

[11] Kambree (@KamVTV), TWITTER (Oct. 29, 2020, 3:52 PM),
https://twitter.com/KamVTV/status/1321902646706528256.



55.     Social media continued to circulate about plans to interrupt the bus on the final day

of its tour:  October 30.  Members of the Alamo City and New Braunfels Trump Trains, including

Defendant Park, circulated calls to meet that Friday at 12:30pm to "greet the Biden Bus Trump

Style":[12]

---

[12] Dolores Bedard Park, FACEBOOK (Nov. 2, 2020),
https://www.facebook.com/dolores.park.39/posts/10157770348953997.



56.     On Twitter, Trump supporters—including those, like Koa, who were openly publicizing the Trump Trains in Texas—focused significant attention on reports that then-VP Candidate Harris would be attending campaign events and might be present on the Biden-Harris Campaign bus. [13]





[13] Kambree (@KamVTV), TWITTER (Oct. 28, 2020, 7:22 PM), https://twitter.com/KamVTV/status/1321593312743170050; Damani Felder (@TheDamaniFelder), TWITTER (Oct. 29, 2020, 4:28 PM), https://twitter.com/TheDamaniFelder/status/1321911838221676552; Damani Felder (@TheDamaniFelder), TWITTER (Oct. 29, 2020, 4:45 PM), https://twitter.com/TheDamaniFelder/status/1321915977676644352.

57.     Also on October 29, Koa hosted a live video on Periscope with Keith Lee, a founder of the "MAGA Drag the Interstate" movement and organizer of "MAGA Drag the Interstate" events in Texas.[14]  Koa told listeners that Lee was currently in a Trump Train "trolling" the Biden-Harris bus, and urged her followers to join the Trump Train on October 30:  "So this is what we need everybody to do right now, because Keith is going to be following the Biden-Harris bus, which is for surrogates only, they're following them to their next location tomorrow." Lee replied, "This is epic trolling.  Thank you President Trump for giving us the cojones to do this."  Several of the approximately 15,900 viewers left comments asking where they could meet up to join the Trump Train the next day.

58.     As a result of these incidents, the Biden-Harris campaign became concerned about security and decided not to pre-announce the bus's remaining stops in Texas, undermining the campaign's goal of drawing supporters to the events.

## III.     THE OCTOBER 30 TRUMP TRAIN

### A.     Defendants Coordinate Ambush of Biden-Harris Campaign Bus

59.     On the morning of October 30, posts on social media indicated that members of the Alamo City and New Braunfels Trump Trains began to communicate on social media for the purpose of coordinating their ambush of the Bus Tour.

60.     On Facebook, Jason Frank, a leader of the New Braunfels Trump Train, encouraged his friends and followers to "go get that Biden bus," and that he "can't wait for pics and videos" of the Trump Train.  Frank included with the post a video produced by Tammy Coiteux and Cody Ceh, other members of the Trump Train.[15]  Set to dramatic action movie music, the video rallies

---

[14] Kambree (@KamVTV), *Biden bus tour update in Texas*, Periscope (Oct. 2020), https://www.pscp.tv/w/1lDxLylzdyZKm.

[15] Jason Frank, Facebook (Oct. 31, 2020), https://www.facebook.com/freidom.rings.7/posts/718832605395799 (last accessed May 28, 2021).

Trump Train members to action, and uses language evocative of a military campaign: "TRUMP 2020 THE LAST STAND."

61.     In the New Braunfels Trump Train group, Randi Ceh spread the word about the group's plan to track the bus's route and converge on the Bus Tour participants.[16]  Multiple group members asked about the logistics for meeting up to begin their attack on the bus, asking: "where are they meeting???"; "where is Solms exit?"; and "Does anybody estimate the time that they will be going to new Braunfels [sic][.]"  Several group members posted that they were "on [their] way."

 

[16] Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 5:58 AM), https://twitter.com/RzstProgramming/status/1322855604042539008.



62.    Reports also circulated in the group that then-Vice Presidential Candidate Harris would be on the bus as it passed through New Braunfels, with one group member asking, "how long before she gets in [sic] NB [New Braunfels?]"  Despite these false conclusions about Vice President Harris's whereabouts on October 30—she attended the previously announced events in McAllen, Fort Worth, and Houston for the entirety of the day—the possibility that the then-Vice Presidential Candidate would be in attendance at the Bus Tour whipped up further agitation within the New Braunfels Trump Train group.

63.    Members of the Trump Trains were also monitoring the northern-bound movement of the bus from overpasses on I-35.  According to a publicly posted YouTube video entitled "Operation Biden Harris Bus Escort – Oct. 30," "Trump Train members coordinated with other TT [Trump Train] groups in McAllen, to track the bus as it was coming north to San Antonio for

a Rally."[17]  Alamo City Trump Train members, too, were tipped off on the bus's advance into San Antonio.

64.    Around 12:30pm, Twitter user @truthserum4all posted on Twitter:



65.    New Braunfels Trump Train member Tammy Coiteux shared @truthserum4all's Tweet on Facebook, telling her friends and followers, "Join us in San Antonio to follow the [bus emoji.]"  The post was shared 22 times.[18]

[17] Lee Besing, *Operation Biden Bus Escort Duty on IH-35 in Texas - October 30th - Part 1*, YOUTUBE (Nov. 1, 2020), https://www.youtube.com/watch?v=hyUH3mdXNyQ.
[18] Tammy Coiteux, FACEBOOK (Oct. 30, 2020), https://www.facebook.com/tammy.coiteux/posts/3934764559870485.



**B.  The Bus Tour Begins With Events In Laredo and San Antonio**

66.      Meanwhile, the Bus Tour began the day in Laredo.  Plaintiffs originally planned to attend campaign events in San Antonio, San Marcos, and Austin, mostly by navigating north on I-35.  After three planned stops in San Antonio, the Bus Tour was scheduled to stop at Texas State University in San Marcos, where it would speak to students rallied by student advocates, and at the AFL-CIO in Austin, where Plaintiff Davis, a former state senator and then-Democratic candidate for Texas's 21st congressional district, was slated to speak with U.S. Representative Lloyd Doggett.  The bus had two additional stops planned after the AFL-CIO event, one at a polling location at the University of Texas at Austin and another at a polling location in greater

Austin.  The same day, Vice President Harris was scheduled to campaign in other cities in Texas, including at an event in McAllen.

67.     Plaintiffs Holloway and Gins departed Laredo on the bus early on the morning of October 30.  During its drive from Laredo to San Antonio, Campaign Staffer A escorted the bus in a white Ford Edge SUV, driving ahead of the bus for long stretches between Laredo and San Antonio.  About halfway through that drive, the staffer reported seeing roughly 15 to 20 vehicles sporting Trump Campaign paraphernalia on an I-35 feeder road.  A fellow campaign staffer suggested to Plaintiff Gins that the bus take a side road to avoid the convoy.  Concerned for their safety if they were to run into Trump Train vehicles, Plaintiffs Holloway and Gins exited I-35 and took an alternative route into San Antonio.

68.     Trump Train members, who had been tracking the bus from Laredo to San Antonio, soon realized that their plans to intercept the bus had been thwarted.  According to the "Operation Biden Harris Bus Escort – Oct. 30" YouTube video, "A group of Trump Train supporters camped out on the I-35 overpass with their flags, south of San Antonio, waiting patiently for the bus that never arrived[.]"[19]  However, members of the New Braunfels and Alamo City Trump Trains were not dissuaded, and began deploying to pre-planned positions along I-35.  Around 9:30am, Alamo City Trump Train members began to post in the Facebook group that they were "[g]oing to head over to [I-]35 and wait," and that some members were already "located at [I-]35N and [Route] 1604.  Ready to rock."



---

[19] Lee Besing, *Operation Biden Bus Escort Duty on IH-35 in Texas - October 30th - Part 1*, YOUTUBE (Nov. 1, 2020), https://www.youtube.com/watch?v=hyUH3mdXNyQ.

69.     Shortly after arriving in San Antonio, Plaintiff Davis met up with the bus, on which she would be a passenger for the rest of the Bus Tour.  Plaintiff Cervini also met the bus in San Antonio in his own vehicle, planning to escort the bus throughout the day.

70.     The Bus Tour made three stops in San Antonio, the last of which was the AT&T Center, where the tour participants were met with Trump supporters waiting in the parking lot.

### C.   The Bus Tour Is Besieged Driving Between San Antonio and Austin

71.     The bus left San Antonio around 2:15pm with the assistance of a prearranged police escort.  There were four people aboard the bus as it left San Antonio:  Plaintiffs Holloway, Davis, and Gins, as well as the other bus driver who was off-duty that day.  Plaintiff Cervini was driving about a mile ahead of the bus, and other Biden-Harris Campaign and political aides and volunteers, including Campaign Staffer A, were driving in vehicles escorting the bus.

72.     About half an hour before the Trump Train intercepted the bus, members of the Biden-Harris Campaign began seeing posts on Instagram and Snapchat about the converging vehicles.  At the city limits of San Antonio, as the Bus Tour headed into the city of Live Oak, the police escort dropped off.

73.     As the bus crossed from Live Oak to Selma, while the bus was passing the intersection of Route 1604 and I-35 by The Forum shopping mall, Trump Train vehicles converged on the bus.  Vehicles—most of them large trucks and SUVs—displayed a variety of flags, including Trump campaign flags, Confederate battle flags, and many others.  The Trump Train began harassing the bus by surrounding it, forcing it to slow down, honking, yelling, and making hand gestures.  Vehicles started getting close to the bus and taking videos.

74.     Upon information and belief, among the vehicles who joined the ambush at or around this time was Defendant Cisneros.  In a 2:33pm video posted to his since-deleted Facebook

page, Cisneros can be seen waiting on the shoulder of I-35 to join other Trump Train vehicles.[20] The video shows the Biden-Harris bus drive past Cisneros's watch post on the I-35 shoulder, already flanked by several Trump Train vehicles.  Cisneros, driving a black Ford F-150, Texas License Plate # 67555 DV, joined the Trump Train on I-35 shortly thereafter.

75.     Around 3:04pm, while driving just south of New Braunfels near Exit 184, Rueckle Road, Plaintiff Cervini encountered bumper-to-bumper traffic on I-35 and observed a line of at least 40 vehicles lying in wait on the side of the interstate.  Plaintiff Cervini filmed these vehicles and later posted the video on Twitter.[21]

76.     Shortly thereafter, Plaintiff Cervini exited I-35 at Exit 184 and continued on the planned route to the next campaign stop at Texas State University in San Marcos, Texas.

77.     Also at this time, Plaintiff Cervini messaged the other Bus Tour participants to warn them, and suggested they take another route to avoid the traffic and the Trump Train.  From the bus, Plaintiff Gins responded that it was too late; they were "stuck in it."

78.     As the vehicular aggression intensified, Campaign Staffer A stayed behind the bus to protect its blind spot.

79.     Meanwhile, New Braunfels Trump Train members were also waiting in the wings to join the increasingly escalating situation on I-35.  According to a publicly posted YouTube video, Trump Train members on I-35 "called ahead to the New Braunfels Trump Train group."[22] The video shows a "few dozen more vehicles" waiting to join those already in the Trump Train.

---

[20] Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 11:10 AM), https://twitter.com/RzstProgramming/status/1322934038739492866.
[21] Dr. Eric Cervini (@ericcervini), TWITTER (Oct. 30, 2020, 8:34 PM), https://twitter.com/ericcervini/status/1322336226792321025?s=20.
[22] Lee Besing, *Operation Biden Bus Escort Duty on IH-35 in Texas - October 30th - Part 1*, YOUTUBE (Nov. 1, 2020), https://www.youtube.com/watch?v=hyUH3mdXNyQ.

80.     Upon information and belief, among the vehicles who joined the ambush of the bus Tour around this time were Defendants Ceh, Joeylynn Mesaros, Robert Mesaros, Park, and a John/Jane Doe driving a red Toyota Tundra bearing Texas License Plate # GLB 9729.

81.     Based on social media posts and video evidence, Defendant Ceh rode in a white Toyota Tundra along with at least two John Does, Texas License Plate # LXT 9066, which had three flags attached to the back, including a Trump flag and Confederate flag.  Based on self-posted social media posts, Defendant Ceh was the passenger of a white Toyota Tundra seen throughout the incident:[23]



82.     Based on social media posts and video evidence, Defendants Robert and Joeylynn Mesaros rode in a black Ford F-150, Texas License Plate # NJX 1701, which had at least five flags

---

[23] Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 5:47 AM), https://twitter.com/RzstProgramming/status/1322852781041061888; *see also* Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 6:18 AM), https://twitter.com/RzstProgramming/status/1322860570610147331.

attached to the back.  Defendant Joeylynn Mesaros posted on social media identifying herself and her husband as present on I-35 during the incident driving in a black Ford F-150, and Defendant Joeylynn Mesaros appears to have taken a Facebook live video during the incident.[24]



[24] Joeylynn Mesaros, FACEBOOK (Oct. 31, 2020),
https://www.facebook.com/100000575746052/videos/pcb.3923562267672926/39235539676737
56 (last accessed May 27, 2021);
Joeylynn Mesaros, FACEBOOK (Oct. 30, 2020),
https://www.facebook.com/joeylynn.aramendiamesaros/posts/3920656761296810 (last accessed
May 27, 2021).

83.     Based on social media posts and video evidence, Defendant Park drove a Cadillac SRX, Texas License Plate # KVH 4567.  Park posted on social media identifying herself as present on I-35 during the incident driving in a Cadillac SRX.[25]



84.     As the aggressive behavior of the Trump Train escalated, Plaintiff Davis began filming video of the view from the bus's front window.  Plaintiff Holloway, who had to this point tolerated the Trump Train's behavior, asked, "Are they gonna stop me?  Like, come on man.  It's getting stupid now."  Several minutes later, Holloway noted that they had slowed down to 15 miles per hour.

---

[25] @dolores_mommapark, INSTAGRAM (Oct. 30, 2020), https://www.instagram.com/p/CG_IgOgH2C9/; @dolores_mommapark, INSTAGRAM (Oct. 30, 2020), https://www.instagram.com/p/CG_OL3ung4J/.

85.    The view from the front window of the bus shows how close the Trump Train vehicles were driving to the bus on all sides and how abruptly they were routinely braking.  This tactic repeatedly forced the bus to quickly slow down to a dangerously low speed in order to avoid a collision.  Around Exit 189, Defendant Cisneros's truck moved in front of the bus.  Video evidence shows Cisneros rapidly decelerating within seconds of entering the right-hand lane in front of the bus in an apparent attempt to slow the bus down.



86.    Video evidence also shows the black Toyota Tundra bearing Texas License Plate # NKS 8130, driven by a John Doe, and the gray Ford F-150 bearing dealer tag # 76022U6, driven by a John Doe, employing the same tactic and driving extremely close to the front and side of the bus.  The Cadillac SRX bearing Texas License Plate # KVH 4567, which Defendant Park was

driving, can be seen in the same footage assisting the gray Ford F-150 bearing dealer tag # 76022U6, driven by a John Doe, in boxing the bus in.

 

 

87.     Vehicles in the Trump Train also cut sharply in front of the bus from parallel lanes and the shoulder, causing the bus to brake quickly.  The gray Ford F-150 bearing dealer tag # 76022U6 can be seen in video footage driving dangerously close to the front of the bus.  The Ford F-150 bearing Texas License Plate # NJX 1701, in which Defendants Robert and Joeylynn Mesaros rode, can be seen in the same footage waiting on the shoulder for the bus to arrive, and then dangerously and abruptly cutting right in front of it.  Likewise, the red Toyota Tundra bearing License Plate # GLB 9729 can be seen in video footage cutting suddenly from the middle lane left of the bus, to right in front of the bus, and back, close enough to force the bus to slow down suddenly.






88.     Through much of the drive, the white Toyota Tundra # LXT 9066, driven by a John Doe, was on the right-hand side of the bus, slightly ahead of it, with its window down.  A John Doe backseat passenger of the vehicle was hanging out of the window, screaming.



89.     At some points, the white Toyota Tundra # LXT 9066 moved to the left-hand side of the bus and began driving dangerously close to the bus.  Video footage posted by Defendant

Ceh, a passenger in the white Toyota Tundra # LXT 9066, shows the vehicle driving within inches of the bus.[26]




90.    Throughout this time, Trump Train vehicles started veering close to Campaign Staffer A and the bus, surrounding them and playing a game of "chicken" in what appeared to be an attempt to force Campaign Staffer A to leave his spot behind the bus.  Trump Train vehicles would pass within three to four inches of his front right bumper, and would pull up and yell.  They would not let up.

---

[26] Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 5:47 AM),
https://twitter.com/RzstProgramming/status/1322852781041061888;
Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 6:18 AM),
https://twitter.com/RzstProgramming/status/1322860570610147331.

91.     By the time the bus reached New Braunfels, there were dozens of Trump Train vehicles surrounding the bus:[27]

 



92.     Also around this time, near Exit 193 in New Braunfels, Defendant Park streamed two live videos to Facebook.  In one, she states, "This Biden bus is surrounded!  Like seriously

---

[27] US 🦅 P✹A✹T✹R✹I✹O✹T  US (@BlessUSA2024), Twitter (Oct. 31, 2020, 2:43 PM), https://twitter.com/BlessUSA2024/status/1322610261124141057.

surrounded by Trump flags!" and "If my husband sees me like this he's going to kill me for driving like this!"[28]   In another, she comments on other non-Trump Train vehicles on the road, stating, "they're gonna to try to break us up; they try to break us up but it doesn't work … there's too many of us, and then someone just lets everyone in."[29]   Later in the same video, she explains how she and others have been maneuvering to slow down traffic near the bus to keep it surrounded by Trump Train vehicles:  "See when you scoot over, then you let everyone else in, like this. … He's [non-Trump Train vehicle] been with us for quite a few miles, he's been trying to cut everyone off but I'm going to let everyone in."

93.     Upon entering New Braunfels, Campaign Staffer A called 911 to report the escalating situation and to request a police escort or other safety measures.  The New Braunfels Police Department sent vehicles to I-35.  As soon as the police arrived, the Trump Train resumed driving at around the posted speed limit and stopped harassing the bus passengers.  When the Bus Tour reached the New Braunfels-San Marcos city line, however, the New Braunfels police dropped off, and the Trump Train resumed its harassing behavior.

94.     Around this time, the Biden-Harris Campaign, including Campaign Staffer A, had a conference call with law enforcement dispatchers from the New Braunfels and San Marcos areas to request a police escort or other safety measures.  The officers on the call did not send an escort in San Marcos and instead said officers would be looking out for traffic violations as usual.  Also around the same time, Biden-Harris Campaign staff and supporters, including Plaintiff Davis and Plaintiff Gins, spoke with San Marcos and Hays County law enforcement dispatchers or personnel on the phone, reporting vehicular assault, requesting an escort, and repeatedly explaining their location.

---

[28] Dolores Bedard Park, FACEBOOK (Oct. 30, 2020),
https://www.facebook.com/dolores.park.39/videos/10157762463158997/.
[29] Dolores Bedard Park, FACEBOOK (Oct. 30, 2020),
https://www.facebook.com/dolores.park.39/videos/10157762399613997/.

95.     At or around 3:15pm, Plaintiff Gins called 911.   Meanwhile, Plaintiff Cervini, who arrived at the Texas State venue around 3:20pm, pleaded with an officer from the San Marcos City Marshal's department to provide an escort for the bus.

96.     But no escort from any department ever arrived in San Marcos.   Fearing for other Plaintiffs' and his own safety, and without a police escort to accompany the bus safely through San Marcos to its next stop at Texas State, Plaintiff Gins made the decision to cancel the Texas State event.

97.     As the bus and Campaign Staffer A's vehicle drove through San Marcos, the Trump Train again surrounded the bus and Campaign Staffer A's car.   At this time, members of the Trump Train—including the white Toyota Tundra # LXT 9066 seen in video footage stills below—were taking pictures and videos, making hand gestures, swerving dangerously in and out of lanes, and otherwise driving in a way that appeared to be an attempt to push the bus off the road onto the shoulder.



98.     At times, the Trump Train's hounding of the bus caused back-ups of unrelated traffic on I-35.  At several points, Trump Train vehicles moved together in a coordinated fashion to allow unrelated traffic to pass by the convoy.

99.     With no end to the harassment in sight, the bus took a defensive posture, covering the middle line of the interstate so that the bus had more room on its right to defend against the vehicles.  Plaintiff Holloway sought to preserve room in the right lane in order to allow room for the bus to slow down if forced to stop suddenly.

100.    Campaign Staffer A continued to follow the bus, but Defendant Cisneros approached from his right, at times straddling the solid line on the right-hand shoulder.

101.    Around 3:45pm, as the bus approached Kyle, Plaintiffs Davis and Gins continued to explain the bus's location while on the phone with a dispatcher from the San Marcos Police Department.  Plaintiffs Davis and Gins were then transferred to the Kyle Police Department, whose dispatcher said officers would assist.

102.    At around the same time, as the bus and Campaign Staffer A's vehicle approached the San Marcos-Kyle line near Exit 213, and still with no officers in sight, Defendant Cisneros approached within feet of the back bumper of the bus:[30]

---

[30] Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 9:43 AM), https://twitter.com/RzstProgramming/status/1322912224311185409/photo/1.



103.   As Campaign Staffer A attempted to continue on his course following the bus, Defendant Cisneros swerved the front edge of his pickup truck in what appeared to be an attempt to edge Campaign Staffer A off his course.  In so doing, Defendant Cisneros collided with the side of Campaign Staffer A's car.

104.   As a result of the impact, Campaign Staffer A temporarily lost control of his vehicle and swerved into the middle lane of traffic.  He drifted back into the highway lane after gaining control of his vehicle.

105.    As demonstrated by video footage, the driver's-side front of Defendant Cisneros's black Ford F-150 made contact with Campaign Staffer A's white SUV and forced it out of the right-most lane of traffic.[31]



106.    The rental car that Campaign Staffer A was driving sustained damage along the side where Cisneros's vehicle collided with it.[32]



107.    Following the collision, Campaign Staffer A pulled over to the shoulder, but quickly resumed driving to try to stay close to the bus for safety after Defendant Cisneros pursued and cornered his vehicle on the shoulder.  Video footage shows Defendant Cisneros's black Ford F-150 # 67555 DV speeding past the bus and maneuvering all the way from the lane to the left of the bus to the right-hand shoulder, in pursuit of Campaign Staffer A.  Cisneros's truck then cuts

---

[32] Katie Naranjo (@KatieNaranjo), TWITTER (Oct. 30, 2020, 6:55 AM), https://twitter.com/KatieNaranjo/status/1322311181168758784/photo/2.

directly in front of Campaign Staffer A's white SUV on the shoulder in an attempt to block it in.

As Campaign Staffer A attempts to pull back onto the highway, Cisneros's truck abruptly brakes,

causing Campaign Staffer A to come to a near stop.  Finally, Campaign Staffer A is able to escape

by darting in front of the bus.  In one of the video stills, the John Doe backseat passenger of the

Toyota Tundra # LXT 9066 can be seen coordinating with Cisneros, who proceeds to get back in

a driving lane in front of the Toyota Tundra.

 






108.     Also after the collision, some of the Trump Train members pulled over and got out of their vehicles.   Upon information and belief, Defendants Robert and Joeylynn Mesaros were among these vehicles.   Video footage shows a man and woman in the truck bed of the black Ford F-150 # NJX 1701 filming the bus as Campaign Staffer A attempts to pull over.



109.     Once the bus had crossed into Kyle and shortly after Plaintiffs Davis and Gins described their location to a Kyle police dispatcher, one law enforcement vehicle began driving ahead of the bus.   The Trump Train again de-escalated its harassing behavior and resumed driving at around the posted speed limit.   But as soon as the law enforcement vehicle exited I-35, the Trump Train resumed their threatening behavior.   At that point, roughly twenty vehicles remained

in the Trump Train, including the white Toyota Tundra # LXT 9066, which can be seen in Plaintiff Davis' video driving several cars ahead when the police escort is present, but quickly resuming its place right in front of the bus and boxing it in within approximately 30 seconds after the police escort drops off.






110.    As the bus and the Trump Train then entered Travis County, the bus was still surrounded by approximately seven to eight Trump Train vehicles.

111.    Finally seeing a brief opening provided by an approaching exit, Plaintiffs Holloway and Davis seized the opportunity to escape the convoy by abruptly taking an earlier-than-planned exit into downtown Austin.  At this point, the bus was straddling the middle and right lanes, driving around the speed limit of 70 miles per hour.  As the exit approached, Holloway feigned going straight, then cut to the Riverside exit ramp at the last second.  Upon exiting I-35, the bus lost what remained of the convoy for its final entry into Austin.

112.    Plaintiffs arrived at the AFL-CIO headquarters in Austin around 4:35pm, without any Trump Train vehicles in immediate pursuit. It was their first planned campaign stop for Austin, but by that point, the event had been cancelled, along with the two planned stops thereafter.  The approximately 80-mile drive between the AT&T Center in San Antonio and the AFL-CIO in

Austin, which would normally take no more than ninety minutes, had taken approximately 2.5 hours.

**D.  Defendants Harass Plaintiffs At Cancelled Austin Event Location**

113.    Shortly after Plaintiffs arrived at their Austin campaign stop at the AFL-CIO, members of the Trump Train also arrived at the location.  These Trump Train vehicles, which had not appeared to have directly followed the bus off the Riverside exit, nonetheless knew the bus's next campaign stop and arrived to continue their harassment of Plaintiffs.  Upon information and belief, these vehicles included the black Ford F-150 driven by Defendant Cisneros, and the white Toyota Tundra # LXT 9066, carrying Defendant Ceh and two John Does.

114.    Upon arriving in the AFL-CIO parking lot, the Trump Train members got out of their trucks and confronted the Biden-Harris Campaign participants, screaming insults at Plaintiff Holloway and Campaign Staffer A in particular.

115.    City of Austin police were present at the venue, but did not ask Defendants and their compatriots to leave the parking lot.  Plaintiff Gins asked the police to help when one of the John Does got extremely physically close to Plaintiff Holloway and Campaign Staffer A while screaming at them.

116.    By this point, the Biden-Harris Campaign had decided to cancel their scheduled campaign event and press conference at the AFL-CIO, as well as the rest of the Bus Tour and all other promotional events in Texas.  Plaintiff Gins also spoke with a member of the Biden-Harris Campaign, who told the remaining Bus Tour participants to shelter in place within the AFL-CIO building if possible.  Plaintiff Gins and others present at the venue proceeded to shelter in place.

117.    Plaintiffs each left the scene shortly thereafter.  Plaintiff Davis was met by her campaign manager—who had been escorting the bus in a separate vehicle throughout the

incident—and left the AFL-CIO in her campaign manager's vehicle shortly after arriving at the venue.

118.    As Davis left and for some time thereafter, the other Bus Tour participants discussed how long to stay at the AFL-CIO. Plaintiffs Gins and Cervini were afraid to leave the shelter of the AFL-CIO, given their experience on I-35 and the continued presence and hostility of Defendants Cisneros and other John Does at the AFL-CIO. Plaintiff Holloway was concerned about his continued safety if he stayed at the AFL-CIO parking lot.

119.    Around this time, the police officers present at the AFL-CIO told the Bus Tour participants they were leaving, and that once the bus left the AFL-CIO, they were "on their own." Shortly thereafter, Plaintiff Cervini left the premises in his vehicle, hoping to get away quickly from the remaining Trump Train vehicles and what he saw as a continued dangerous situation at the AFL-CIO parking lot. Plaintiff Gins, Campaign Staffer A, and a fellow campaign staffer got into the white SUV that Campaign Staffer A had driven, and also left. Plaintiff Holloway and the off-duty bus driver concluded that they would not be safe in Texas, and drove the bus out of state.

### E.  Continued Harassment After the I-35 Incident

120.    Later that evening, Defendant Cisneros and other Trump Train members bragged about their exploits on social media.

121.    On his Facebook page, Defendant Cisneros posted a photo or video that has since been deleted, stating "Texas welcomes Biden/Harris" with "35 in [inch] tires," and telling a commenter "that was me slamming that fucker…. Hell yea." One commenter joked about the violence of Cisneros's actions on I-35, stating that Cisneros's "protest" was "mostly peaceful.. Bwahahahaha" and telling him to "make sure you Armor All your tires for Sunday," the date the final pre-Election Day MAGA Drag the Interstate event was planned. Cisneros also reposted a

video taken by another Trump Train member, stating "Hell yea… My truck is right behind the bus at the end…."



122.    Jason Frank retweeted content by @truthserum4all, which has since been removed by Twitter, bragging about "My Squad holding the line"[33] as well as a video of the incident with the caption, "My Texas family escorting the Biden bus [crying laughing emoji] Get um @truthserum4all."[34]

---

[33] Freedom Rings (@FreedomRings007), TWITTER (Oct. 30, 2020, 9:47 PM), https://twitter.com/FreedomRings007/status/1322354409561444354.
[34] Freedom Rings (@FreedomRings007), TWITTER (Oct. 30, 2020, 4:51 PM), https://twitter.com/FreedomRings007/status/1322279938339139584.

123.   The next day, several members of the Alamo City Trump Train Facebook group bragged about the event online, noting that they were "armed and dangerous" throughout the October 30 Trump Train.



124.   The incident also caught the attention of the Trump Campaign.  Between October 31 and November 2, 2020, then-President Trump spoke at campaign rallies in support of Defendants' violent intimidation of Plaintiffs and tweeted about the incident, including a retweet

of video of the incident, writing, "I LOVE TEXAS!"  Defendant Robert Mesaros reposted the tweet to Facebook, with the caption, "We were in this small group of trucks!"[35]  Defendant Park posted footage of the campaign speeches on social media, stating, "Talking about us again!! Lol San Antonio! Escorting Biden Bus right out of Town! Deplorables escort service[.]"[36]

125.   On November 1, 2020, Donald Trump Jr. shared road footage taken by a New Braunfels Trump Train member to his Instagram story.  Defendant Ceh reposted Trump Jr.'s story on social media.[37]

126.   In the meantime, Trump Train participants continued to harass the Bus Tour participants online.

127.   On the evening of October 30, Plaintiff Cervini tweeted about the incident. In response, his tweet received several thousand negative comments, and he received a number of threatening emails.  One Twitter post, from Twitter user @WeFight4Freedom, threatened, "That's nothing commie.  We got more for you.  Much more."  Defendant Cisneros identified Plaintiff Cervini's professional Facebook page, and posted the message, "How did you like Texas?"  On his Facebook profile at the time, Defendant Cisneros had posted a prominent picture wearing an "LGBT" ("Liberty Guns Beer Trump") t-shirt, and holding a gun.

---

[35] Robert Mesaros, FACEBOOK (Oct. 31, 2020),
https://www.facebook.com/robertjmesaros/posts/4131515303542248 (last accessed May 27, 2021).
[36] Dolores Bedard Park, FACEBOOK (Nov. 2, 2020),
https://www.facebook.com/dolores.park.39/posts/10157765610483997.
[37] Resist Programming (@RzstProgramming), TWITTER (Nov. 1, 2020, 6:18 AM),
https://twitter.com/RzstProgramming/status/1322860570610147331.





128.    Members of the Trump Train and their online supporters identified Campaign Staffer A online and harassed him on Snapchat.  They also posted pictures on Facebook of the guns they had carried.

## IV.    PLAINTIFFS' INJURIES

129.    During the ordeal on I-35, Plaintiffs feared for their lives.  As the driver of and passengers on the bus, Plaintiffs Holloway, Davis, and Gins were subjected to an imminent threat of bodily harm as a result of Defendants' reckless and dangerous driving.  Plaintiff Cervini suffered a similar imminent threat of bodily harm while driving ahead of the bus and encountering the Trump Train, including Defendants, on and around I-35.

130.   Plaintiffs all suffered emotional distress.  Plaintiff Holloway had trouble sleeping for over a month after the incident.  He was so traumatized by the incident that he decided to cease his tour bus business, which had generally earned him revenue of $600,000 to $700,000 per year, and has since turned down opportunities to begin driving buses again.

131.   Plaintiff Davis suffered substantial emotional distress, including experiencing fears that speaking publicly about her experience would put her at risk of physical harm from Defendants and their supporters, as she lives in Texas and many of her Trump Train assailants reside in the congressional district she was running to represent.

132.   Plaintiff Gins was extremely shaken as a result of his ordeal.  During the incident, he felt "terrorized" as a result of Defendants' collective actions in following, assaulting, and harassing the bus and its passengers.  About an hour into the ordeal, he walked to the back of the bus and broke down in tears.  He did not want the others to see him crying.  He called his manager on the Biden-Harris Campaign begging for reassurance that they would be safe and that someone was coming to help them.

133.   Following the incident, Plaintiff Gins has suffered from persistent acute anxiety and its physical manifestations, including stomach pains, nausea, lethargy, and trouble getting out of bed in the morning.  He wanted to talk to others about the incident but was afraid to "face the world," and at times opted to "stay under the covers" rather than relive his trauma by describing the events to others.  After the January 6, 2021 insurrection, he volunteered to work full-time in then-President-Elect Biden's Presidential Inaugural Committee in Washington, D.C., but quit after three or four days, finding himself unable to cope with the anxiety he still faced from October 30, 2020.  The night before Inauguration Day, he was to participate in the Inaugural parade.  After initially agreeing, he declined by text message: "I'm sorry to back out but I'm just having anxiety

about the security aspect. I was on the Biden bus in Texas [and] have been a little traumatized since then."

134.    Plaintiff Cervini describes the incident as a "nightmare" that caused emotional anxiety and stress about his safety and the safety of his family during the remainder of the 2020 election.

135.    Plaintiffs were also prevented from engaging in political advocacy in support of their chosen candidates for President and Vice President, and from engaging in activities to support voter engagement and get-out-the-vote advocacy. As a result of Defendants' conspiracy, Plaintiffs and the Biden-Harris Campaign were forced to cancel campaign stops in San Marcos and Austin to protect the physical safety of themselves and event participants, preventing Plaintiffs from engaging in the political process with prospective voters and exercising their First Amendment rights to freedom of speech and association.

## COUNT I

### (Claim Against Defendants and John/Jane Does for Violation of the Ku Klux Klan Act, 42 U.S.C. § 1985(3))

136.    Plaintiffs incorporate by reference the allegations of the preceding paragraphs as if fully set forth herein.

137.    Plaintiffs bring a claim under the support-or-advocacy clause of 42 U.S.C. § 1985(3), which provides that:

> If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; *if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy*; in any case of conspiracy set forth in this section, if one or

more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, ***the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.*** (emphases added)

138.    Defendants Cisneros, Ceh, Joeylynn Mesaros, Robert Mesaros, Park, and John/Jane Does violated 42 U.S.C. § 1985(3) by conspiring with each other and others to knowingly intimidate constitutionally eligible voters by physically assaulting, threatening, and harassing Plaintiffs while driving on I-35.

139.    The coordinated actions of Defendants Cisneros, Ceh, Joeylynn Mesaros, Robert Mesaros, Park, and John/Jane Does, including organizing the Alamo City and New Braunfels Trump Train cohorts of October 30, 2020 and encouraging and engaging in aggressive, dangerous, and reckless driving, constituted substantial steps in furtherance of that conspiracy.

140.    Through these coordinated efforts, Defendants Cisneros, Ceh, Joeylynn Mesaros, Robert Mesaros, Park, and John/Jane Does hoped to deter constitutionally eligible voters from engaging in support or advocacy on behalf of their preferred candidates for President and Vice President in upcoming elections, or to injure them in person or property on account of such support or advocacy.

141.    Defendants' concerted actions did injure plaintiffs in person and property, and deprived them of exercising rights or privileges of a citizen of the United States.  Plaintiffs suffered psychological and emotional harms and were prevented from exercising their First Amendment rights and engaging with eligible prospective voters as a result of Defendants' conspiracy.

## COUNT II

### (Claim Against Defendants and John/Jane Does for Civil Conspiracy)

142.    Plaintiffs incorporate by reference the allegations of the preceding paragraphs as if fully set forth herein.

143.    Plaintiffs bring a claim of civil conspiracy, which occurs when: "(1) a combination of two or more persons; (2) the persons seek to accomplish an object or course of action; (3) the persons reach a meeting of the minds on the object or course of action; (4) one or more unlawful, overt actions are taken in pursuance of the object or course of action; and (5) damages occur as a proximate result." *MVS Int'l Corp. v. Int'l Advert. Sols., LLC*, 545 S.W.3d 180, 196 (Tex. Ct. App. 2017) (citing *Tri v. J.T.T.*, 162 S.W.3d 552, 556 (Tex. 2005)).

144.    Defendants Cisneros, Ceh, Joeylynn Mesaros, Robert Mesaros, Park, and John/Jane Does, together, sought to accomplish a course of action: to intimidate and threaten the Biden-Harris Campaign's staff and volunteers in an effort to stifle their political advocacy.

145.    Prior to the events described in the preceding paragraphs, Defendants Cisneros, Ceh, Joeylynn Mesaros, Robert Mesaros, Park, and John/Jane Does had a meeting of the minds as to this course of action.  Defendants planned with each other and others to knowingly intimidate constitutionally eligible voters by physically assaulting, threatening, and harassing Plaintiffs while driving on their intended route, including on I-35.

146.    The unlawful acts described in the preceding and subsequent paragraphs were taken in pursuit of Cisneros, Ceh, Joeylynn Mesaros, Robert Mesaros, Park, and John/Jane Does' course of action.

147.    As described in the preceding paragraphs, Plaintiffs suffered damage as a proximate result of these actions.  Plaintiffs suffered psychological and emotional harms and were prevented from exercising their First Amendment rights and engaging with eligible prospective voters as a result of Defendants' conspiracy.

## COUNT III

### (Claim Against Defendants and John/Jane Does for
### Civil Assault)

148.    Plaintiffs incorporate by reference the allegations of the preceding paragraphs as if fully set forth herein.

149.    Plaintiffs bring a claim of civil assault, the elements of which mirror the elements of criminal assault.  *Sanchez v. Striever*, 614 S.W.3d 233, 239 (Tex. Ct. App. 2020) (citing *Loaisiga v. Cerda*, 379 S.W.3d 248, 256 (Tex. 2012)).  A defendant commits assault when he or she "(1) intentionally, knowingly, or recklessly causes bodily injury to another […]; (2) intentionally or knowingly threatens another with imminent bodily injury […]; or (3) intentionally or knowingly causes physical contact with another when he or she knows or should reasonably believe that the other will regard the contact as offensive or provocative."  Tex. Penal Code § 22.01(a).  Under the Texas Penal Code, "[a] person is […] liable for an offense committed by the conduct of another if […] acting with intent to promote or assist the commission of the offense, he solicits, encourages, directs, aids, or attempts to aid the other person to commit the offense[.]"  Tex. Penal Code § 7.02(a).

150.    Defendants Cisneros, Robert Mesaros, and John/Jane Does intentionally and/or knowingly threatened Plaintiffs with imminent bodily injury by engaging in aggressive, dangerous, and reckless driving that put Plaintiffs and others on I-35 in physical danger.  The drivers of the Ford F-150 bearing Texas License Plate # 67555DV and the Ford F-150 bearing Texas License Plate # NJX 1701—respectively, Defendants Cisneros and Robert Mesaros—as well as the John/Jane Does driving the gray Ford F-150 bearing dealer tag # 76022U6, the Toyota Tundra bearing Texas License Plate # LXT 9066, the red Toyota Tundra bearing Texas License Plate # GLB 9729, and the black Toyota Tundra bearing Texas License Plate # NKS 8130, were each captured on video abruptly and rapidly slowing down the bus, boxing the bus in, and driving in

front of or to the side of the bus at a dangerously low speed, and dangerously close to the bus, in an apparent effort to rapidly slow down the bus, to box the bus in, and/or to inhibit its movement on I-35.

151.   In addition, Defendant Cisneros tailgated the bus, sticking within a few feet of the bus and boxing it in from behind, before swerving to his left, intentionally "slamming" into Staffer A's car.  After demonstrating his willingness to make impact with the Biden-Harris vehicles on the road, Cisneros again cut abruptly in front of Staffer A's car and the bus, boxing them in from the front and forcing them to decelerate almost to a halt.

152.   On information and belief, Defendants Cisneros, Park, Robert Mesaros, Joeylynn Mesaros, Ceh, and John/Jane Does, acting with intent to promote or assist the conduct described above, solicited, encouraged, directed, aided, and/or attempted to aid in that conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray this Court:

a)   Determine it has jurisdiction over this action;

b)   Declare that Defendants have violated 42 U.S.C. § 1985(3) and the state laws violated as set forth above;

c)   Award nominal and compensatory damages in an amount to be determined at trial;

d)   Award punitive damages in an amount to be determined at trial;

e)   Award Plaintiffs' reasonable attorneys' fees and litigation costs; and

f)   Grant any such other relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

DATED:  June 24, 2021

Respectfully submitted,

*/s/ Mimi Marziani*

**TEXAS CIVIL RIGHTS PROJECT**

Mimi Marziani (TX Bar No. 24091906)
Emma Hilbert (TX Bar No. 24107808)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: mimi@texascivilrightsproject.org
        emma@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**

John Paredes (NY Bar No. 5225412) (*pro hac vice* forthcoming)
The Protect Democracy Project, Inc.
115 Broadway, 5th Floor
New York, NY 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922) (*pro hac vice* forthcoming)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
cameron.kistler@protectdemocracy.org

Benjamin L. Berwick (MA Bar No. 679207) (*pro hac vice* forthcoming)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**

Michael Gottlieb (DC Bar No. 974960) (*pro hac* vice forthcoming)
Samuel Hall (DC Bar No. 242110) (*pro hac vice* forthcoming)

Meryl Conant Governski (DC Bar No.
1023549) (*pro hac vice* forthcoming)
JoAnna Suriani (DC Bar No. 1645212)
(*pro hac vice* forthcoming)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
      shall@willkie.com
      mgovernski@willkie.com
      jsuriani@willkie.com

Madeleine Tayer (NY Bar No. 5683545)
(*pro hac vice* forthcoming)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mtayer@willkie.com

*Attorneys for Plaintiffs*