# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

ERIC CERVINI, WENDY DAVIS,
DAVID GINS, and TIMOTHY HOLLOWAY,

_____

-vs-                                        **Case No. 1:21-cv-00565-RP**

ELIAZAR CISNEROS, HANNAH CEH,
JOEYLYNN MESAROS, ROBERT MESAROS,
DOLORES PARK, and JOHN and JANE DOES

_____

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, DOLORES PARK, TO RESPOND TO PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant, DOLORES PARK, may have additional time within which to answer or otherwise respond to plaintiffs' complaint. Therefore, the last day for defendant to answer or otherwise respond to plaintiffs' complaint is Monday, August 30, 2021.

Respectfully submitted,

**THOMAS MORE LAW CENTER**

DATED: July 26, 2021

By: */s/ Richard Thompson*
RICHARD THOMPSON (P21410)
24 Frank Lloyd Wright Dr., #J3200
Ann Arbor, MI 48106
(734) 827-2001
Fax (734) 930-7160
rthompson@thomasmore.org
ATTORNEY FOR DEFENDANT,
Dolores Park

*/s/ Michael Gottlieb*
**WILLKIE FARR & GALLAGHER LLP**
Michael Gottlieb (DC Bar No. 974960) (*pro hac vice*)
Samuel Hall (DC Bar No. 242110) (*pro hac*

*vice*)
Meryl Conant Governski (DC Bar No. 1023549) (*pro hac vice*)
JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
shall@willkie.com
mgovernski@willkie.com
jsuriani@willkie.com

Madeleine Tayer (NY Bar No. 5683545) (*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mtayer@willkie.com

**TEXAS CIVIL RIGHTS PROJECT**
Mimi Marziani (TX Bar No. 24091906)
Emma Hilbert (TX Bar No. 24107808)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: mimi@texascivilrightsproject.org
emma@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
The Protect Democracy Project, Inc.
115 Broadway, 5th Floor
New York, NY 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922)
(*pro hac vice*)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
cameron.kistler@protectdemocracy.org

Benjamin L. Berwick (MA Bar No. 679207)
(*pro hac vice*)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

*Attorneys for Plaintiffs*

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.  Defendant should answer or otherwise respond to plaintiffs' complaint on or before Monday, August 30, 2021.

DATED: _____, 2021

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard Thompson
Richard Thompson, Esq