UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and Timothy Holloway | § § § | |
| Plaintiffs, | § | Civil Action |
| v. | § § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES | § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER OF DISMISSAL

On this day, the Court considered Defendants' Joeylynn Mesaros and Robert Mesaros (collectively, the "Mesaros Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure for 12(b)(6) for failure to state a claim upon which relief can be granted. After considering the Motion, the response, if any, the pleadings and papers on file, and any argument of counsel, the Court is of the opinion that Defendants' Motion to Dismiss should be GRANTED.

It is therefore ORDERED that Plaintiffs' 42 U.S.C. § 1985 claim against the Mesaros Defendants, is hereby DISMISSED with prejudice. Plaintiffs' remaining state law claims are DISMISSED without prejudice.

SIGNED THIS _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE