**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,<br><br>Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATED BRIEFING AND FOR EXTENSION OF TIME AND PAGE LIMIT

The Court has considered Plaintiffs' motion to consolidate briefing on Defendants' motions to dismiss and for an extension of both the time and page limits for that brief. The Court finds that good cause exists and therefore GRANTS Plaintiffs' motion in its entirety.

Accordingly, it is hereby ORDERED that Plaintiffs shall file a consolidated brief in response to all Defendants' motions to dismiss by September 13, 2021, and that Plaintiffs' consolidated brief may exceed by 15 pages the page limits set forth in Local Civil Rule 7(d)(3).

SIGNED this ___ day of _____, 2021.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE