UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, § <br> DAVID GINS, and Timothy Holloway § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> ELIAZAR CISNEROS, HANNAH CEH, § <br> JOEYLYNN MESAROS, ROBERT § <br> MESAROS, DOLORES PARK, and § <br> JOHN and JANE DOES § <br> § <br> Defendants. § | Civil Action <br><br> No. 1:21-CV-565-RP |

**DEFENDANTS' UNOPPOSED
CONSOLIDATED MOTION FOR EXTENSION OF TIME
TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**

Defendants, Joeylynn and Robert Mesaros, Eliazar Cisneros, Hannah Ceh, and Delores Park (collectively "Defendants"), file this Unopposed Motion for Extension of Time to File Replies in Support of Motions to Dismiss (Doc Nos. 22, 24, 25, 33), seeking a fourteen-day extension. In support of their Motion, the Defendants state the following:

The Defendants seek a fourteen-day extension to file their separate replies in support of their individual motions to dismiss. The requested extension is to allow the Court and the Defendants to determine whether the proposed amicus curiae brief (Doc. No. 37-1) submitted by the Campaign for Legal Center Action ("CLCA") is to be considered by the Court. The Defendants believe that should the amicus curiae brief be considered during this early stage of the litigation, that such inclusion requires that their reply address its arguments. The Defendants believe this to be the case as the proposed amicus curiae brief

makes comparable and overlapping arguments to the Plaintiffs' response, but also significantly expounds upon them.

For the reasons stated herein, the Defendants respectfully request that this Court grant their Motion for Extension of Time to File Replies in Support of Motions to Dismiss and allow them to file their separate replies on October 4, 2021. This is not made for purposes of delay but only so justice can be done.

If the Court is inclined to not grant the Defendants this relief, they alternatively request a seven-day extension so that their response to CLCA's motion for leave are due on the same day.

On September 17, 2021, the Defendants contacted the Plaintiffs' counsel via email regarding their position on this two-week extension. Plaintiffs stated that they are unopposed.

    Respectfully submitted,

    /s/ *Austin M. B. Whatley*
    Austin M. B. Whatley
    Texas Bar No. 24104681
    austin@najvarlaw.com
    Jerad W. Najvar
    Texas Bar No. 24068079
    jerad@najvarlaw.com
    NAJVAR LAW FIRM, PLLC
    2180 N. Loop W., Ste. 255
    Houston, TX 77018
    281.404.4696 phone
    281.582.4138 fax
    *Counsel for Mesaros Defendants*

    /s/ *Richard Thompson*
    Richard Thompson
    Michigan Bar No. P21410
    THOMAS MOORE LAW CENTER

24 Frank Lloyd Wright Dr., #J3200
Ann Arbor, MI 48106
Tel. (734) 827-2001
Fax (734) 930-7160
rthompson@thomasmore.org
*Counsel for Defendant Park*
*Pro Hac Vice*

*/s/ Francisco R. Canseco*
Francisco R. Canseco
Texas Bar No. 03759600
*Pro Hac Vice*
190 Jackson Court
San Antonio, TX 78230
frcanseco@gmail.com
210.901.4279
*Counsel for Defendant Cisneros*
*Pro Hac Vice*

*/s/ Hannah Ceh*
Hannah Ceh
2039 Windchime Way
New Braunfels, TX 78130
830.743.1443
hannahceh@gmail.com
*Pro Se*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 18, 2021, the foregoing document, and any accompanying exhibits and proposed order, was served by CM/ECF as follows upon all counsel of record.

/s/ *Austin M. B. Whatley*
Austin M. B. Whatley