UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and Timothy Holloway | § § § | |
| Plaintiffs, | § | Civil Action |
| v. | § § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES | § § § § § | |
| Defendants. | § § | |

## **[PROPOSED] ORDER**

On this day, the Court considered Plaintiffs' Opposed Motion for a Protective Order (Doc. 48). After considering the Motion, the response, if any, the pleadings and papers on file, and any argument of counsel, the Court is of the opinion that the motion should be DENIED.

It is therefore ORDERED that the Plaintiffs' Opposed Motion for Protective Order is Denied.

SIGNED THIS _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE