Exhibit B



Texas

⏱ This article is more than **7 months old**

# Democrats cite Ku Klux Klan Act in suits over 'Trump Train' Texas bus incident

**Lawsuits claim Trump supporters conspired to intimidate and harass Biden-Harris campaigners**

Victoria Bekiempis

California residents have certain rights with regard to the sale of personal information to third parties. Guardian News and Media and our partners use information collected through cookies or in other forms to improve experience on our site and pages, analyze how it is used and show personalized advertising.

At any point, you can opt out of the sale of all of your personal information by pressing

  **Do not sell my personal information**

You can find out more in our privacy policy and cookie policy, and manage your choices by going to 'California resident – Do Not Sell' at the bottom of any page.

The lawsuits were filed by Eric Cervini, an author and volunteer; Wendy Davis, a former Texas state senator and a Biden campaign surrogate; David Gins, now a White House staffer; and Timothy Holloway, the bus driver. Cervini was driving his own car.

The FBI previously confirmed it was investigating the incident in which a pack of vehicles flying flags in support of Trump's re-election effort besieged a Biden bus on a Texas highway.

Court documents say some members of a New Braunfels Trump Train were "identified in media reports and on social media as having taken part in the 6 January 2021 insurrection" at the US Capitol.

Court papers also say Congress passed the Ku Klux Klan Act in the aftermath of the civil war and during Reconstruction "to prevent groups from joining together to obstruct free and fair federal elections by intimidating and injuring voters, or denying them the ability to engage in political speech".

The members of the Trump Train "openly and wilfully violated that statutory command", court papers say.

In February a Democratic congressman from Mississippi, Bennie Thompson, joined with the National Association for the Advancement of Colored People to sue Donald Trump and his lawyer Rudy Giuliani under the KKK Act, accusing them of conspiring to incite the Capitol attack.

The new lawsuits were filed on 24 June in federal court in the western district of Texas. They claim that on 27 October, when the Biden campaign made plans for the bus tour public, Trump Train members in Alamo City and New Braunfels plotted "to intercept

California residents have certain rights with regard to the sale of personal information to third parties. Guardian News and Media and our partners use information collected through cookies or in other forms to improve experience on our site and pages, analyze how it is used and show personalized advertising.

At any point, you can opt out of the sale of all of your personal information by pressing

Do not sell my personal information

You can find out more in our privacy policy and cookie policy, and manage your choices by going to 'California resident – Do Not Sell' at the bottom of any page.

media posts about "the converging of vehicles". When the bus left San Antonio city limits, a police escort departed. Not long after, court papers say, "Trump Train vehicles converged on the bus".

The papers say: "Vehicles – most of them large trucks and SUVs – displayed a variety of flags, including Trump campaign flags, Confederate battle flags and many others. The Trump Train began harassing the bus by surrounding it, forcing it to slow down, honking, yelling and making hand gestures. Vehicles started getting close to the bus and taking videos."



Convoys of Trump supporters take to roads after Biden campaign bus incident – video

After the bus arrived in New Braunfels, a staffer called police, who sent vehicles to

California residents have certain rights with regard to the sale of personal information to third parties. Guardian News and Media and our partners use information collected through cookies or in other forms to improve experience on our site and pages, analyze how it is used and show personalized advertising.

At any point, you can opt out of the sale of all of your personal information by pressing

**Do not sell my personal information**

You can find out more in our privacy policy and cookie policy, and manage your choices by going to 'California resident – Do Not Sell' at the bottom of any page.

campaign was reporting a crime, we can't help you.'"

Campaign staffers say they "pleaded" for help. But while San Marcos police "assured" them they would send backup, court documents say, none came.

San Marcos police did not immediately respond to a request for comment.

One Trump Train participant is alleged to have "side-swiped" a campaign staffer's SUV. A campaign event was cancelled.

Davis, who rose to national attention with a 13-hour filibuster in an attempt to block a draconian abortion bill in 2013, said: "We filed this lawsuit because everyone should be able to engage in peaceful political activity free from fear, intimidation, or threats of violence."

---

… we have a small favour to ask. We'd like to thank you for putting your trust in our journalism last year - and invite you to join the million-plus people in 180 countries who have recently taken the step to support us financially, keeping us open to all, and fiercely independent.

In 2021, this support sustained investigative work into offshore wealth, spyware, the 6 January insurrection, the corporate actors behind the climate crisis, and the abuses of Big Tech.

The new year, like all new years, will hopefully herald a fresh sense of cautious optimism, and there is certainly much for us to focus on in 2022 - the US midterms, the ongoing fight for racial justice, the next round in the struggle against the pandemic and a World Cup.

With no shareholders or billionaire owner, we can set our own agenda and provide trustworthy journalism that's free from commercial and political influence, offering a

California residents have certain rights with regard to the sale of personal information to third parties. Guardian News and Media and our partners use information collected through cookies or in other forms to improve experience on our site and pages, analyze how it is used and show personalized advertising.

At any point, you can opt out of the sale of all of your personal information by pressing

**Do not sell my personal information**

You can find out more in our privacy policy and cookie policy, and manage your choices by going to 'California resident – Do Not Sell' at the bottom of any page.





## Related stories



**Governor vows to arrest Democrats who fled Texas to block voting restrictions**

13 Jul 2021



**Texas Democrats say Republican voting bill marks 'dark day for democracy'**

30 May 2021



**Why Democrats lost Latino voters along Texas border: 'They relied on loyalty'**

7 Nov 2020

## More from 



California residents have certain rights with regard to the sale of personal information to third parties. Guardian News and Media and our partners use information collected through cookies or in other forms to improve experience on our site and pages, analyze how it is used and show personalized advertising.

At any point, you can opt out of the sale of all of your personal information by pressing

**Do not sell my personal information**

You can find out more in our privacy policy and cookie policy, and manage your choices by going to 'California resident – Do Not Sell' at the bottom of any page.