Exhibit C





**QUESTION MORE**  LIVE

25 Jun, 2021 16:27  / Home  / USA News

# Biden supporters sue 'Trump Train' & Texas police over 2020 road 'ambush', claim 'psychological and emotional' injuries



© REUTERS/Elijah Nouvelage

A Texas state senator and other Joe Biden supporters are alleging in lawsuits that Donald Trump backers tried to run them off the road in Texas during the 2020 presidential campaign.

The first of the two lawsuits filed this week names San Marcos Director of Public Safety Chase Stapp and local police, while the other identifies numerous Trump supporters.

Texas police are accused of dereliction of duty and when they were notified that dozens of vehicles filled

**Top stories**

**Joe Rogan declines $100 million offer**

'Hey Trudeau, we're part of the Freedom Convoy and it's a show of unity, not hate'  OP-ED

Poll shows if EU nations fear 'likely' Russian invasion

Politician who had eight Covid vaccines hospitalized 'on ventilator' – reports

Stealth warship-submarine hybrid unveiled in Russia (PHOTOS)

Fauci reveals future of Covid restrictions

This website uses cookies. Read RT Privacy policy to find out more.    Accept cookies

 Keep up with the news by installing RT's extension for Chrome. Never miss a story with this clean and simple app that delivers the latest headlines to you.  

> **This is a traffic violation and attempted homicide. Why hasn't anyone been arrested?** pic.twitter.com/QnfF4vXMQn
>
> — melissa "cancel student debt" byrne (@mcbyrne) *October 31, 2020*

The Biden backers, which include former Texas State Sen. Wendy Davis, allege multiple acts of political violence were carried out by Trump supporters in Texas, describing people brandishing weapons and sending death threats to people riding the Biden campaign bus.

The lawsuit also claims the *"ambush"* on the Texas highway, some of which was caught on camera, was an organized effort and forced campaign vehicles to slow down to 15-25 mph on an interstate with a speed limit of 70 mph.

Russia not obliged to solve EU's gas problem – Moscow

**Subscribe to RT newsletter to get news highlights of the day right in your mailbox**

E-mail

☐ We offer you the possibility to receive RT's news highlights every Monday, Wednesday and Friday by email.

**Subscribe**

### RT Features



How MMA shaped the remarkable rise of Joe Rogan

 

**ALSO ON RT.COM**

**'Who are you,' conservatives ask, after former Trump campaign staffer**

This website uses cookies. Read RT Privacy policy to find out more.    Accept cookies

 Keep up with the news by installing RT's extension for Chrome. Never miss a story with this clean and simple app that delivers the latest headlines to you.  

Davis claimed in a January interview with the Texas Tribune that San Antonio police responded to calls for help and pushed Trump vehicles away from the bus, but as the bus was later surrounded again, San Marcos police did not offer the same assistance, as they questioned jurisdiction on the interstate.

"They just kept saying, 'Where are you now? Where are you now,'" she said. "We kept giving them landmark after landmark, mile marker after mile marker... Never were we able to get anyone to come out. It was unbelievable."

A police spokesperson said at the time that officers were simply not able to catch up to the bus before it left the city limits due to traffic. Stapp later stated no advance help was requested by the campaign, leading to the confusion.

The Biden campaign canceled three events that day, citing *"safety concerns."*

The suits claim Trump supporters violated the Ku Klux Klan Act of 1871, which legally prevents two or more people from using intimidation to attempt to prevent others from voting or expressing political speech.

*"They tried to run the bus off the road. The Trump Train live-streamed their behavior on social media, bragging about their aggressive driving, showing how dangerously close they were driving to the bus and its escorting vehicles, and openly speculating about who might be on the bus they were targeting – including, they hoped, then-Vice Presidential Candidate Kamala Harris,"* one of the lawsuits states.



'They used axes to spare the ammo': How modern Ukraine's Nazi heroes massacred civilians during WWII  FEATURE



How Israel lobby groups in the US try to derail Iran nuclear agreement  FEATURE

**Podcasts**                All podcasts

Boom Bust: Will Fed raise rates 7 times in 2022?

Privacy policy

This website uses cookies. Read RT Privacy policy to find out more.    Accept cookies

 Keep up with the news by installing RT's extension for Chrome. Never miss a story with this clean and simple app that delivers the latest headlines to you.  

ALSO ON RT.COM
# Shooting involving police near Portland motel leads to Antifa clashing with officers (VIDEOS)

While many Trump critics were outraged by the vehicular incident when it was first reported, the former president waved off the encounter and said, *"these patriots did nothing wrong"* at the time.

The suits claim alleged victims in the incident have suffered *"ongoing psychological and emotional injury"* in the months since it happened.

The lawsuits have been filed by nonprofit groups Protect Democracy and The Texas Civil Rights Project, bus driver Timothy Holloway, Biden campaign volunteer Eric Cervini, Biden campaign staffer David Gins, and Davis.

At a press conference regarding the suits, Holloway, who is black, chalked up the incident to *"old-school voter intimidation"* and said it was *"just like what happened in the old days, when they ran colored people out of the town."*

Others described fearing for their lives, and said the suits are about *"accountability,"* though they are seeking compensatory damages.

**Like this story? Share it with a friend!**

You can share this...

This website uses cookies. Read RT Privacy policy to find out more.

Accept cookies

 Keep up with the news by installing RT's extension for Chrome. Never miss a story with this clean and simple app that delivers the latest headlines to you.  

Donald Trump news, Joe Biden

 Join RT Visual on Telegram

**RT Comment Policy**

Please read our Comment Policy before commenting.

Comments for this thread are now closed

0 Comments    RT    🔒 Privacy Policy

♡ Favorite    🐦 Tweet    f Share    Sc

This discussion has been closed.

✉ Subscribe    Ⓓ Add Disqus to your siteAdd DisqusAdd    ⚠ Do Not Sell My Data

'Asian-American actors are ugly & your films make us look backward': Hollywood sets movies in China, locals don't want to watch

Another Nessie? Fishing trip footage appears to capture Canada's legendary '60ft-long' lake monster Ogopogo (VIDEO)

This website uses cookies. Read RT Privacy policy to find out more.    Accept cookies

العربيةESPPУСDEFR

ИНО tv RT Д RUPTLY

RT News App

RT SHOP

**News**
**Russia & Former Soviet Union**
**Business**
**Sport**
**Op-ed**
**Games & Entertainment**
**Shows**
**Projects**
**RT Play**

Live
Applications
Where to watch
Schedule
Sponsored content
On-Air Talent

Terms of Use
Privacy policy
About RT
Contact info
Feedback & Complaints
Vacancies

© Autonomous Nonprofit Organization “TV-Novosti”, 2005–2022. All rights reserved.

This website uses cookies. Read RT Privacy policy to find out more.

Accept cookies

