Exhibit F



# "Trump Train" Texas Attack Lawsuits

## Press



Press

### Texas police officers refused to escort Biden bus, lawsuit alleges: 'Threatened my life'

Oct 31, 2021



(https://www.foxnews.com/us/texas-police-biden-campaign-bus-trump-train)



Press

### Texas police refused requests to escort Biden bus surrounded by Trump supporters: report

Oct 31, 2021



(https://thehill.com/homenews/state-watch/579316-texas-police-refused-multiple-requests-to-escort-biden-bus-surrounded-by)



Press

# Texas Cops 'Laughed' As Biden Aides Pleaded For Help From Trucker 'Trump Train' Last Year: Lawsuit

Oct 30, 2021



(https://www.huffpost.com/entry/san-marcos-police-trump-train-lawsuit-anti-kkk_n_617dbf4ce4b03072d7050ae7)



Press

# 911 transcripts filed in updated "Trump Train" lawsuit reveal San Marcos police refused to send escort to Biden bus

Oct 29, 2021

**THE TEXAS TRIBUNE**

(https://www.texastribune.org/2021/10/29/trump-train-texas-highway-crash-police/)



Press

# Op-ed: Trump Train ambush previewed the Capitol attack. We're suing to stop the violence: Victims

Jul 8, 2021



(https://ca.sports.yahoo.com/news/trump-train-ambush-previewed-capitol-080008110.html)



Press

# This is Democracy – Episode 155: Voter Intimidation

Jul 6, 2021



(https://podcasts.la.utexas.edu/this-is-democracy/podcast/this-is-democracy-episode-155-voter-intimidation/)



Press

# San Marcos Director Of Public Safety, City Involved In Lawsuit Over Biden Bus Incident

Jun 30, 2021

*San Marcos Daily Record*

(https://www.sanmarcosrecord.com/news/san-marcos-director-public-safety-city-involved-lawsuit-over-biden-bus-incident)



Press

# Activists And Passengers Sue 'Trump Train' For Intimidation

Jun 28, 2021



(https://www.tpr.org/podcast/the-source/2021-06-28/activists-and-passengers-sue-trump-train-for-intimidation)



Press

# Democrats cite Ku Klux Klan Act in suits over 'Trump Train' Texas bus incident

Jun 26, 2021



(https://www.theguardian.com/us-news/2021/jun/26/trump-train-texas-bus-lawsuit-kkk-act-democrats)



Press

### Biden campaign staffers go after "Trump Train" attackers using anti-KKK law

Jun 25, 2021



(https://www.salon.com/2021/06/25/biden-campaign-staffers-go-after-trump-train-attackers-using-anti-kkk-law/)



Press

### 'Trump Train' drivers who tried to run Biden bus off road sued under KKK Act

Jun 25, 2021



(https://www.usatoday.com/story/news/politics/2021/06/25/trump-train-drivers-almost-ran-biden-bus-off-road-sued/5348859001/)



Press

### A caravan of Trump backers tried to run a Biden bus off a road. Now they're being sued under an anti-KKK act.

Jun 25, 2021

## The Washington Post

(https://www.washingtonpost.com/nation/2021/06/25/biden-campaign-bus-lawsuit-trump-train/)

Press

# 'Trump Train' That Chased Down Biden Bus Sued, Accused Of Violating Anti-Klan Act

Jun 24, 2021



(https://www.huffpost.com/entry/trump-train-lawsuit-biden-campaign-kkk-act_n_60d4fad6e4b0c101fc863b66)



Press

# Wendy Davis, former Biden staffers sue over 'Trump Train' incident on I-35

Jun 24, 2021



(https://www.houstonchronicle.com/politics/texas/article/Wendy-Davis-former-Biden-staffers-sue-over-16272910.php)



Press

# Biden Campaign Workers Sue 'Trump Train' Members For Swarming Bus On TX Highway

Jun 24, 2021



(https://talkingpointsmemo.com/news/biden-campaign-staffers-trump-train-lawsuit)



Press

# Biden backers sue 'Trump train' members accused of harassing campaign bus in Texas

Jun 24, 2021



(https://thehill.com/legal/560135-lawsuit-filed-against-members-of-trump-train-that-attempted-to-run-biden-campaign-bus)



Press

### Former Sen. Wendy Davis joins lawsuits against 'Trump Train' protestors and San Marcos officials

Jun 24, 2021



(https://www.dallasnews.com/news/politics/2021/06/24/former-sen-wendy-davis-joins-lawsuits-against-trump-train-protestors-and-san-marcos-officials/)



Press

### Police, Trump supporters sued over Texas highway incident

Jun 24, 2021



(https://apnews.com/article/texas-lifestyle-government-and-politics-98a3c8c9ae703604d57b87910c481c23)



Press

### Group sues over Texas 'Trump Train' that harassed Biden bus near San Antonio last fall

Jun 24, 2021



(https://www.sacurrent.com/the-daily/archives/2021/06/24/group-sues-over-texas-trump-train-that-harassed-biden-bus-near-san-antonio-last-fall?utm_source=feature&utm_medium=home&utm_campaign=hpfeatures&utm_content=HomeTopFeature)



Press

# Wendy Davis, Others Sue 'Trump Train' Bunch for Surrounding Biden Bus on Highway

Jun 24, 2021



(https://www.newsweek.com/wendy-davis-others-sue-trump-train-bunch-surrounding-biden-bus-highway-1603947)



Press

# Trump Backers Sued Over Biden Campaign Bus Harassment in Texas

Jun 24, 2021



(https://news.bloomberglaw.com/litigation/trump-backers-sued-over-biden-campaign-bus-harassment-in-texas)



Press

# Biden backers sue 'Trump Train' members, police over campaign bus incident

Jun 24, 2021



(https://news.yahoo.com/biden-backers-sue-trump-train-193659128.html)



Press

### Wendy Davis, others sue police and Trump supporters over "Trump Train" harassing Biden bus in Texas

Jun 24, 2021

![The Texas Tribune]

(https://www.texastribune.org/2021/06/24/texas-wendy-davis-trump-train-lawsuit/)



Press

### Biden campaign workers and ex-state lawmaker sue 'Trump Train' members involved in dangerous Texas highway incident

Jun 24, 2021



(https://www.cnn.com/2021/06/24/politics/trump-train-lawsuit-biden-campaign-workers/index.html)

# Help Protect Democracy

History has shown that the best way to protect democracy is by standing united in its defense. Donate to help us to scale up our efforts to educate, advocate, organize, and litigate on behalf of the values we all hold dear.

Donate

## Be an informed American.

An engaged and informed public is at the heart of American democracy. Sign up to receive updates that will keep us all informed about the threats we face and how we can fight to protect our democracy together.

Email Address

| Email Address | Sign Up |

This is a joint website of United to Protect Democracy and the Protect Democracy Project.
Learn More

© 2019 | Privacy Policy| Photo Credits