Exhibit G



(/)

# Trump Train TX Attack

# 📌 Pinned Update

## Press Release

June 24, 2020





(https://txcivilrights.org/wp-content/uploads/2021/06/TT-Press-Release.pdf)

# Latest Updates
Press releases, litigation materials, media and other helpful resources.

# 📌 Pinned Update



## Press Release

June 24, 2020



[(https://txcivilrights.org/wp-content/uploads/2021/06/TT-Press-Release.pdf)](https://txcivilrights.org/wp-content/uploads/2021/06/TT-Press-Release.pdf)

# Latest Updates
Press releases, litigation materials, media and other helpful resources.

## 📌 Pinned Update



# Press Release
June 24, 2020



(https://txcivilrights.org/wp-content/uploads/2021/06/TT-Press-Release.pdf)

# Latest Updates
Press releases, litigation materials, media and other helpful resources.

For media inquiries contact: media@texascivilrightsproject.org

# Litigation Filing

Case 1:21-cv-00565   Document 1   Filed 06/24/21   Page 1 of 62

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, <br><br> Plaintiffs, <br><br> v. <br><br> ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES, <br> Defendants. | Civil Action No. 1:21-cv-00565 |
|---|---|

**COMPLAINT**

(https://txcivilrights.org/wp-content/uploads/2021/06/2021-06-24-Complaint-Cervini-vs.-Cisneros-121-cv-00565.pdf)

(https://txcivilrights.org/act/mbj/)

# Litigation Filing

Case 1:21-cv-00568 Document 1 Filed 06/24/21 Page 1 of 61

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, Plaintiffs, v. CHASE STAPP and RICHARD and RACHEL ROES, Defendants. | Civil Action No. 1:21-cv-00568 |
|---|---|

**COMPLAINT**

(https://txcivilrights.org/wp-content/uploads/2021/06/2021-06-24-Complaint-Cervini-vs.-Stapp-121-cv-00568.pdf)

(https://www.facebook.com/events/264471991460567)

# One-Pager

PRIVILEGED & CONFIDENTIAL — ATTORNEY WORK PRODUCT — NOT READY FOR RELEASE



**What happened?**
- On October 30, 2020, the Biden-Harris campaign bus left San Antonio to drive up I-35 to San Marcos, with Austin as the final destination.
- There were four passengers on the bus: campaign staffer David Gins, former Texas State Senator Wendy Davis, on-duty bus driver Tim Holloway, and off-duty bus driver Mike Forges. Campaign staffer Colin McLaren was driving a rental car alongside the bus, and campaign volunteer Eric Cervini was driving his car ahead of the bus.
- When the bus left San Antonio, a group of cars and trucks sporting Trump flags and bumper stickers, the so-called "Trump Train," surrounded the bus for the next two hours while some in the group drove in a dangerous and reckless way. One Trump Train driver, Eliazar Cisneros, intentionally slammed his truck into the side of Mr. McLaren's car. They put the lives of everyone on the bus—and highway—in danger for the sole purpose of intimidating supporters of a political candidate they did not like.

**Was this just an isolated incident?**
- Not at all. During the 2020 Presidential election, we saw some of the most severe voter intimidation ever to plague Texans in decades. This Texas caravan was one of several caravans of Trump supporters who targeted minority communities across the state, as also seen in Tarrant County and Montgomery County.

**What is the Ku Klux Klan Act of 1871?**
- After the Civil War, Black men finally won the right to vote, but the intent of that legislative change was not realized in the South. White supremacists in the Ku Klux Klan targeted Black would-be voters with violence and terror to deter them from exercising their newly won right to vote. Congress passed the Klan Act to prevent and punish these violent intimidation tactics.

**What does the Klan Act say?**
- You can sue "if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy."
- In other words: it's illegal to get together with your buddies and make a plan to scare people out of voting or campaigning.

**Why now?**
- For nearly 100 years, the Klan Act has remained mostly unused. Now, exactly 150 years after its passage, we're dusting it off and using it to fight the same problems that voters faced in 1871. Your vote is your sacred choice and constitutional right. We'll fight any attempt to take that choice away and ensure that individuals who utilize violent tactics to undermine our democracy are held accountable. Whoever you vote for, you should get to do so without fear.

(https://txcivilrights.org/wp-content/uploads/2021/06/TTT-One-Pager-1.pdf)

(https://www.facebook.com/TexasCivilRightsProject/videos/1030342297405108/)

# In the News

The Palmer Report - 6/28/21

The Trump Train crashes and burns (https://www.palmerreport.com/analysis/the-trump-train-crashes-and-burns/39816/)

[The Guardian - 6/26/21](#)

Democrats cite Ku Klux Klan Act in suits over 'Trump Train' Texas bus incident (https://www.theguardian.com/us-news/2021/jun/26/trump-train-texas-bus-lawsuit-kkk-act-democrats)

[The Washington Post - 6/25/21](#)

A caravan of Trump backers tried to run a Biden bus off a road. Now they're being sued under an anti-KKK act. (https://www.washingtonpost.com/nation/2021/06/25/biden-campaign-bus-lawsuit-trump-train/)

[The Atlanta Journal-Constitution - 6/25/21](#)

Trump supporters sued in Texas highway incident that targeted Biden bus (https://www.ajc.com/news/trump-supporters-sued-in-texas-highway-incident-that-targeted-biden-bus/5FJYKZVXSFH6DGTV2RKJ3Y7Y3A/)

[Washington Examiner - 6/25/21](#)

Trump Train' members sued over Biden campaign incident on Texas highway (https://www.washingtonexaminer.com/news/trump-train-members-sued-over-biden-campaign-incident-on-texas-highway)

[Salon - 6/25/21](#)

Biden campaign staffers go after "Trump Train" attackers using anti-KKK law (https://www.salon.com/2021/06/25/biden-campaign-staffers-go-after-trump-train-attackers-using-anti-kkk-law/)

[USA Today - 6/25/21](#)

'Trump Train' drivers who tried to run Biden bus off road sued under KKK Act (https://www.usatoday.com/story/news/politics/2021/06/25/trump-train-drivers-almost-ran-biden-bus-off-road-sued/5348859001/)

[CNN - 6/24/21](#)

Biden campaign workers and ex-state lawmaker sue 'Trump Train' members involved in dangerous Texas highway incident. (https://www.cnn.com/2021/06/24/politics/trump-train-

lawsuit-biden-campaign-workers/index.html)

- [Reuters (via Yahoo) - 6/24/21](#)

[Biden backers sue 'Trump Train' members, police over campaign bus incident (https://news.yahoo.com/biden-backers-sue-trump-train-193659128.html)](https://news.yahoo.com/biden-backers-sue-trump-train-193659128.html)

- [Texas Tribune - 6/24/21](#)

[Wendy Davis, others sue Trump supporters over "Trump Train" harassing Biden bus in Texas (https://www.texastribune.org/2021/06/24/texas-wendy-davis-trump-train-lawsuit/)](https://www.texastribune.org/2021/06/24/texas-wendy-davis-trump-train-lawsuit/)

- [Associated Press - 6/24/21](#)

[Police, Trump supporters sued over Texas highway incident (https://apnews.com/article/texas-lifestyle-government-and-politics-98a3c8c9ae703604d57b87910c481c23)](https://apnews.com/article/texas-lifestyle-government-and-politics-98a3c8c9ae703604d57b87910c481c23)

- [Newsweek - 6/24/21](#)

[Wendy Davis, Others Sue 'Trump Train' Bunch for Surrounding Biden Bus on Highway (https://www.newsweek.com/wendy-davis-others-sue-trump-train-bunch-surrounding-biden-bus-highway-1603947)](https://www.newsweek.com/wendy-davis-others-sue-trump-train-bunch-surrounding-biden-bus-highway-1603947)

- [Dallas Morning News - 6/24/21](#)

[Former Sen. Wendy Davis joins lawsuits against 'Trump Train' protestors and San Marcos officials (https://www.dallasnews.com/news/politics/2021/06/24/former-sen-wendy-davis-joins-lawsuits-against-trump-train-protestors-and-san-marcos-officials/)](https://www.dallasnews.com/news/politics/2021/06/24/former-sen-wendy-davis-joins-lawsuits-against-trump-train-protestors-and-san-marcos-officials/)

- [The Hill - 6/24/21](#)

[Biden backers sue 'Trump train' members accused of harassing campaign bus in Texas (https://thehill.com/legal/560135-lawsuit-filed-against-members-of-trump-train-that-attempted-to-run-biden-campaign-bus)](https://thehill.com/legal/560135-lawsuit-filed-against-members-of-trump-train-that-attempted-to-run-biden-campaign-bus)

- [Bloomberg Law - 6/24/21](#)

[Trump Backers Sued Over Biden Campaign Bus Harassment in Texas (https://news.bloomberglaw.com/litigation/trump-backers-sued-over-biden-campaign-bus-harassment-in-texas)](https://news.bloomberglaw.com/litigation/trump-backers-sued-over-biden-campaign-bus-harassment-in-texas)

| | [HuffPost - 6/24/21](#) |
|---|---|
| | [Trump Backers Sued Over Biden Campaign Bus Harassment in Texas (https://news.bloomberglaw.com/litigation/trump-backers-sued-over-biden-campaign-bus-harassment-in-texas)'Trump Train' That Chased Down Biden Bus Sued, Accused Of Violating Anti-Klan Act (https://www.huffpost.com/entry/trump-train-lawsuit-biden-campaign-kkk-act_n_60d4fad6e4b0c101fc863b66)](#) |
| | [Houston Chronicle - 6/24/21](#) |
| | [Wendy Davis, former Biden staffers sue over 'Trump Train' incident on I-35 (https://www.houstonchronicle.com/politics/texas/article/Wendy-Davis-former-Biden-staffers-sue-over-16272910.php)](#) |

# Sign up for updates on our campaigns



**JOIN US**

**ABOUT**  **CAMPAIGNS**  **RESOURCES**

## ABOUT

About TCRP (https://txcivilrights.org/about-us/)

Magazine (https://news.txcivilrights.org)

Our work (https://txcivilrights.org/about-us/our-work/)

2020 Impact Report (https://txcivilrights.org/reports-and-publications/2020-impact-report/)

Strategic plan (https://txcivilrights.org/about-us/strategic-plan/)

Financials (https://txcivilrights.org/about-us/financials/)

## CAMPAIGNS

#CancelTheWall (https://txcivilrights.org/rej-program/)

Criminal Injustice (https://txcivilrights.org/criminal-injustice-reform/)

Election Protection (https://texasvoterprotection.org)

Racial & Economic Justice (https://txcivilrights.org/rej-program/)

Redistricting (https://mapsbythepeople.org)

Voting Rights (https://txcivilrights.org/voting-rights/)

## RESOURCES

Get help (https://txcivilrights.org/get-help/civil-rights-intake-form/)

Newsroom (https://txcivilrights.org/newsroom)

Employment (https://txcivilrights.org/take-action/employment/)

Sign up (https://txcivilrights.org/take-action/sign-up/)

Reports & publications (https://txcivilrights.org/reports-and-publications/)

Contact TCRP (https://txcivilrights.org/contact-tcrp/)

  

Contribute (https://txcivilrights.org/take-action/contribute/)

Texas Civil Rights Project | PO Box 17757 | Austin TX 78760

TCRP is an IRS 501(c)(3) organization