UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY | § § § | |
| Plaintiffs, | § § | Civil Action |
| v. | § § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES | § § § § § § | |
| Defendants. | § | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBIT

Defendants, Joeylynn and Robert Mesaros (collectively the "Mesaros Defendants"), file this Motion for Leave to File Additional Exhibit for their "Response in Opposition to Motion for a Protective Order" (Doc. 53). Mesaros Defendants have conferred with Plaintiffs' counsel who stated they are not opposed. In support of its Motion, the Mesaros Defendants state the following:

On January 26, 2022, Plaintiffs filed their "Opposed Motion for a Protective Order." Doc. 48. Mesaros Defendants filed their response in opposition to the motion on February 9, 2022. Doc. 53. Included with their response were a number of exhibits included with the filing. *See* Docs. 53-1 – 53-9 (Exhibits A-H). However, the response cites and relies upon an additional Exhibit I that was not filed due to technical difficulties. *See* **Exhibit I** (attached). While preparing to finish the filing, counsel for the Mesaros Defendants was unable to successfully convert the files into a ".pdf" format that could be submitted in Court's CM/ECF system. Having now successfully converted the files into a ".pdf," the Mesaros Defendants request leave

1

of this court to file the additional exhibit. In the alternative, Mesaros Defendants request leave to refile the response with the correct number of exhibits appended.

## CONCLUSION

Mesaros Defendants respectfully request that the Court grant them leave to file the additional exhibit to their response.

Respectfully submitted,

*/s/ Austin M. B. Whatley*
Austin M. B. Whatley
Texas Bar No. 24104681
austin@najvarlaw.com
Jerad W. Najvar
Texas Bar No. 24068079
jerad@najvarlaw.com
NAJVAR LAW FIRM, PLLC
2180 N. Loop W., Ste. 255
Houston, TX 77018
281.404.4696 phone
281.582.4138 fax

## CERTIFICATE OF CONFERENCE

On February 10, 2022, the undersigned conferred by email with counsel for Plaintiffs, who indicated that the City is not opposed to this motion for leave.

*/s/ Austin M. B. Whatley*
Austin M. B. Whatley

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 10, 2022, the foregoing document, and any accompanying exhibits and proposed order, was served by CM/ECF upon all counsel of record.

*/s/ Austin M. B. Whatley*
Austin M. B. Whatley