3:31

In regard to your exercise of free speech. You should lose your kid and your freedom, minimum for what you did. You should lose more than that



To You

2:52 PM



Someone order one so we can get their address...

1:16

Joeylynn Mesaros · 2h · ▦

Original design for Wurstfest fresh off the press 😂 🥨
Now accepting orders!

Tees made with Bella Canvas Soft Blend and are $28.
Design is my original work, and each shirt is handmade
to order.

Funds go to keeping my son in his homeschool program
and also to our fundraiser for defending ourselves
against the Biden Bus Lawsuit and protecting 1st
Amendment rights! Message me me with size and
quantity to order! ❤️🇺🇸

Porch pick up in New Braunfels near Walnut and I-35.
Sorry, no deliveries!



10:04

7 hrs

I have their address now and I didn't even have to spend a dime..
Lol

6h    Like    Reply    6 👍

Just in time for WurstFest



TENOR

6h    Like    Reply    5 😂👍

Excuse me, but I didn't approve this

6h    Like    Reply    6 😂👍

Send them a bad letter.

6h    Like    Reply

-00:23

Write a comment

5805 comments

How's homeschooling work from prison?

♡ 113

1h   Reply

The females in prison will be more than home schooling her 😂

♡ 12

1h   Reply

😂😂😂 Oh man, they sure will.

♡ 2

1h   Reply

😂😂😂

♡ 2

1h   Reply

This comment wins the internet today!

♡ 3

1h   Reply

8:14



▌▌▌▌▌▌▌▌▌▌▌▌▌ commented: Poor kid. 19m



▌▌▌▌▌ replied to your comment: Honest question: if a bunch of people in Biden trucks did to a trump campaign bus what y'all did, you'd have no problem with it? 19m

freeforfreedomssake: Thank you 💪...







▌▌▌▌▌▌ commented: CPS has been called. 19m



▌▌▌ commented: they aren't being sued for what they said. they are being sued for the blockade with their cars on a highway. 20m

handsomerobthepatriot: It seems lik...



▌▌▌▌▌ commented: This is an open and shut case. Her crimes are on video. Save your money 20m

bigups7050: What can we do to help?



▌▌▌▌ replied to your comment: Or bc you are lying thru your teeth. 20m

freeforfreedomssake: Would love to...



| ⌂ Home | ◉ Discover | ➕ | 📥 Inbox 12 | ○ Profile |
|---|---|---|---|---|



4:36

# Free For Freedom's Sake

## has received a new message.

**Name**

▮▮▮▮▮▮▮▮▮▮

**Email**

▮▮▮▮▮▮▮▮▮▮▮▮

**Phone**

▮▮▮▮▮▮

How can we work together to share our story with your community?

Ummmm just stfu and pull your heads out of your ass lol

How can we help you to be more involved?

Literally hang yourself🙂

↩ Reply          → Forward



You need to be tossed into jail and take your kids away. Btw look up free speech. Haha. I hope you lose your house.

1-5   Reply   ♡ 11

Haha. I'm won't be tossed into jail b/c I didn't break any laws and have to go on tiktoc and beg for money because I acted like an idiot. Unlike u

1-6   Reply   ♡ 1

no, honey, you're getting sued for trying to crash the bus and kill everyone on board.

2021-12-5   Reply   ♡ 8

I hope they not only sue you for every dime you have, and then you have to serve jail time.

2021-12-12   Reply   ♡ 12

Typical trump cultist 😂

1-8   Reply

We all literally saw what your psychotic kkkult did! You deserve everything you're getting! The videos don't lie, unlike you.

1-8   Reply

why are trump supporters the most delusional people? and you homeschool??? please don't.

1-8   Reply

have fun homeschooling from jail ☺️

1-8   Reply

we all saw the videos of you endangering others by driving erratically and colliding with a vehicle. Fucking shit for brains.

**6223 comments**

Home schooling from Jail....😂

♡ 1

1-10  Reply

Way to make your story seem like a fairytale! I hope you get the maximum! Bunch of clowns.

♡ 1

1-10  Reply

She home schools?! Poor kid

♡ 1

1-10  Reply

lol you're getting sued cause what y'all did was illegal. hope you go to jail and lose your son 🥰🥰🥰

♡ 1

1-10  Reply

ohhh no not a yt women mad about consequences for being racist awwwwwww.....

♡ 1

1-9  Reply



5:32

**6325 comments**  ✕

‼️‼️ATTENTION: The girl in this video suffers from acute schizophrenia & borderline personality disorder. She is demented and removed from reality😳

2021-12-12  Reply

View replies (2) ⌄

7

How stupid are you Trumpers? You were intimidating a campaign vehicle and stopping them from driving. Have fun homeschooling from prison, idiot 🤡🤣

2021-12-12  Reply

♡ 6

Well well good luck with that video😂😂 You deserve everything you get. also did you forget the crash😏

2021-12-12  Reply

♡ 6

I say this in the nicest way- ROT THE FUCK IN JAIL ❤️

2021-12-12  Reply

♡ 5

Add comment...  @  ☺

Pussy!!! 😂😂😂



Tue 12/14/2021 2:35 PM

To: Joeylynn Mesaros

Thats what you get! I hope they sue the racism out yo ass!

Sent from my iPhone

Reply | Forward

another basic white woman who thinks she's entitled to anything.
you're not being sued for being a magat, you're being sued risking lives

1-10     Reply

You liar

1-10     Reply

STOP COMMENTING EVEN IF YOURE AGAINST HER. SHES MIGHT BE MAKING MONEY OFF OF VIEWS. REPORT HER ACCOUNT 🙌🏽

1-10     Reply

GET FUCKED LMFAOOOO

1-10     Reply



Sooo happy you getting sued!!! What you did was treasonous and you assaulted and harassed that bus!!!!

1-9    Reply

♡
0

Always gaslighting.... a true trumper

1-9    Reply

♡
0

Let's go Darwin!

1-9    Reply

♡
0

Sweety CPS needs to take you children IMMEDIATELY so they can be raised by normal people not cultists.

1-9    Reply

♡
0

Tue 12/14/2021 2:57 PM

To: Joeylynn Mesaros

Mrs Republidiot,

Imagine shutting all of your comments off on tik tok because you're such a bigot and a liar who can't face the real world. If you were as big and tough as the character you portray on social media, then maybe they never would've been shut off. Considering you can't listen to or handle the real truth in the REAL world, I hope justice can shine a light on it for you.

It'll be pretty hard to home school your kid from Jail which is where I hope you go after the crimes you've committed :)

This counts as free speech. Your's should be revoked however considering it's all backed with false fear, intimidation and lies.

Be more of a role model to your kid.

Have a shit life

Thanks, A Liberal

**Reply**  |  **Forward**

# Free For Freedom's Sake

# has received a new message.

## From :

> Go fuck yourself, that was not freedom of speech, that was terrorism stop being a loser like your Demi god trump and fuck off

# The lawsuit

Tue 12/14/2021 9:46 PM

To: Joeylynn Mesaros

I was just wondering considering that there's multiple videos of literally you guys doing exactly what is being described in the lawsuit including voter suppression after you went after the bus I just want to know what are you going to do when the video evidence is presented?

Also why is it that you're so keen on voter suppression and literally acts of terrorism nearly running the bus off the road on camera but it's the exact thing you claim the opposite political party is doing I was just wondering why you're such a hypocrite

Also do your children know that you act this way do your children know that you don't really believe in the consequences of your actions because that's a really s***** way to raise a child and frankly you probably shouldn't have them in that case but if you lose this lawsuit it does open up for criminal charges so hopefully they'll get taken away

**Reply** | **Forward**

commented: Why won't you post the video? 1m

commented: Tell the truth. Quit telling lies. 1m

commented: She is lying dumbass. She is being sued because she is a terrorist. 1m

> krowskijr: I'm not a Trumper. I'm soci...

commented: Looks like someone else didn't see the actual video of what this lying B did. 1m

> lovelykduncan: "They don't want me...

commented: support a terrorist, get treated like a terrorist. your children deserve a better parent. maybe a nice liberal one 2m

commented: Hope they throw the book at your racist ass. 2m

commented: Do you think you'll be in jail by Christmas? People may want to send cards. Maybe with files in them. 2m



12:11                                                                    5G

**6223 comments**                                                        ✕

I remember! U tried to run a bus off the road and purposely hit other cars on the road. Hope they get u for all you're worth!!

1-8   Reply                                                              ♡ 1

Try again. Your memory is not so good! Watch the video and next time be a GOOD example for your son not a bad one. No sympathy here.

1-7   Reply                                                              ♡ 1

How you can say this with a straight face is beyond me. The Caucasity. And stop using free speech to justify blatant attacks.

1-7   Reply                                                              ♡ 1

Lol, you lie so much. Stop trying to manipulate people with this😂

1-6   Reply                                                              ♡ 1

 Add comment...                                      @  ☺

# Domestic terrorist



Mon 12/13/2021 1:38 PM

To: Joeylynn Mesaros

You are a domestic terrorist, not a Christian. You intimidated those people and you belong in jail. Here's hoping they throw the book at you and karma gives you what you deserve. I don't think you're going where you think you're going in the after life. You're a Christian Nationalist. There is a HUGE difference between that and a true Christian who loves all their fellow man. Have the day you deserve terrorist.

Sent from my iPhone

**Reply** | **Forward**



Mon 12/27/2021 3:31 AM

To: Joeylynn Mesaros

You have no idea how the law system works. Turn on your comments pussy.

Sent from my iPhone

Reply | Forward

7:10

◀ Messages

< **Activity**     **Filter**

## New

 commented: You are getting sued for almost running a bus off the road. Get a fuckin clue. Typical victim christian with a persecution complex. Perhaps your broke as a joke husband can fix enough toilets to get you out of jail. 22s



♡  Reply

commented: Condoms prevent fugly inbred children 3m



♡  Reply

commented: Didn't realize your plumber husband was also your brother. Only way your child could look so inbred. 5m











♡  Reply

4725 comments



Freedom of speech doesn't mean you can run a bus off the road does it? I saw the video were the bus is surrounded and a guy rams it

20m   Reply



freeforfreedomssake · Creator

The bus was never ever rammed. No contact. Bro, you did not see that because it doesn't exist.

1s ago   Reply







Uneventful? Lol get real. We saw the video.

6h    Reply

trucks hitting the bus clearly

11m    Reply

wait, I just want to be certain I'm understanding this correctly. You think trucks hit into the bus?

31s    Reply

7:44

## All activity ⌄



New

 **Business Account**: More commercial sounds and new playlists unlocked 1w  ● ⟩

commented: WTH 3h

| theaveragebrittany: @Katlynn Dugen



commented: I watched the videos and yeah someone did try to push the bus off the road. 4h



commented: typical garbage democrats 8h



liked your video. 13h




9:16



**Joeylynn Mesaros**
2d · 🌐

...

Their story (video): https://youtu.be/gyeJtL0rvKo

Website: https://freeforfreedomssake.com/

Donate: www.givesendgo.com/Mesaros



FreeForFreedomsSake.com

👍 Like          💬 Comment          ↪ Share

Your husband literally hit another car trying to run a bus off the road. You and him are the biggest pieces of sh1t. I feel sorry for your kids. Hope you go to jail, you brainwashed b1tch.

11h   Like   Reply

Write a comment...          GIF ☺

News Feed   Watch   Events   News   Notifications   Menu



5:22

**6321 comments**



i'm a Republican. The pics and video I saw showed a group of trucks boxing in the bus at unsafe distances considering the speed.

2021-11-29    Reply

♡ 236

driving in the lane next to the bus is an unsafe distance? how do you handle driving down the highway?

2021-12-5    Reply

Liked by creator

♥ 2

the ones in the front and behind were the ones acting recklessly. Sasse 2024

2021-12-5    Reply

♡ 22

and she was in the white truck who hit one of the staffers cars in the video

2021-12-12    Reply

♡ 40

View more (19) ⌄                                    Hide ⌃

"We drove peacefully alongside the bus."

♡ 181



Add comment...

 



5:25

6322 comments

All the DUMPSTERS saying sue for defamation, like there isn't video evidence of them literally driving them off the road and intimidatation.

2021-12-12   Reply

141

View replies (1) ⌄



Sooo happy you getting sued!!! What you did was treasonous and you assaulted and harassed that bus!!!!

1-9    Reply

♡
0

Always gaslighting.... a true trumper

1-9    Reply

♡
0

Let's go Darwin!

1-9    Reply

♡
0

Sweety CPS needs to take you children IMMEDIATELY so they can be raised by normal people not cultists.

1-9    Reply

♡
0



Mon 12/13/2021 10:27 AM

To: Joeylynn Mesaros

you tried running a bus off the road and endangered the lives of many people. that's why you're being sued. turn on your comments if you're so brave. you're a disgrace to our country and to our people. stop lying to the public.

Will do.    Unbelievable!    I agree with you.

Are the suggestions above helpful?   Yes   No

Reply    Forward

# Assaulting someone isn't freedom of speech.



Mon 12/13/2021 12:52 AM

To: Joeylynn Mesaros

If running a targeted bus off a road maliciously is free speech then might as well make murder free speech as well. You are disgusting and a disgrace. We all hope you lose your lawsuit and realize actions have consequences.

Reply | Forward

# Free For Freedom's Sake has received a new message.

**From  :**

> Stop running buses off the road

**Reply to this email to respond.**

## Additional information:

**Name**



**Email**