# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>**Plaintiff**<br><br>VS<br><br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,<br><br>**Defendants** | **Civil Action No.** 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

## DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR A PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Eliazar Cisneros, one of the Defendants in the above numbered and styled case and as his response in Opposition to the Plaintiff's Motion for Protective Order, This Defendant incorporates as his response the arguments and authorities expressed in the Defendants' Response in Opposition to Motion For a Protective Order of Defendants Joeylynn Mesaros, Robert Mesaros, and Dolores Park.

WHEREFORE, Defendant Eliazar Cisneros respectfully requests that the Court deny Plaintiffs' motion for a protective order.

Respectfully submitted, this 10th day of February, 2022

*/S/ Francisco R. Canseco*
Francisco R Canseco
Texas Bar No. 03759600
***Pro Hac Vice***

1

19 Jackson Court
San Antonio, Texas 78230
frcanseco@gmail.com 210.901.4279
*Counsel for the Defendant Eliazar Cisneros*

**CERTIFICATE OF CONFERENCE**

The undersigned Counsel for the Plaintiff hereby CERTIFIES that on the 10th day of February 2022 he conferred with Counsel for the Plaintiffs who stated that the Defendants are not opposed the foregoing Motion.

*/S/ Francisco R. Canseco*
Francisco R. Canseco,

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case File System of the Western District of Texas, in compliance with the Federal Rules of Civil Procedure as well as via e-mail pursuant to an agreement of the parties.

*/S/ Francisco R. Canseco*
Francisco R. Canseco,