# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,

    **Plaintiff**

VS

ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,

    **Defendants**

**Civil Action No.** 1:21-cv-00565-RP

Hon. Robert Pitman

## DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR A PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Hannah Ceh, one of the Defendants in the above numbered and styled case and as her response in Opposition to the Plaintiff's Motion for Protective Order, This Defendant incorporates as her response the arguments and authorities expressed in the Defendants' Response in Opposition to Motion For a Protective Order of Defendants Joeylynn Mesaros, Robert Mesaros, and Dolores Park.

WHEREFORE, Defendant Hannah Ceh respectfully requests that the Court deny Plaintiffs' motion for a protective order.

Respectfully submitted, this 10th day of February, 2022
*/S/ Hannah Ceh*
*Hannah Ceh pro se*
*1659 State Hwy 46 W STE 115 PMB 145*
*New Braunfels TX, 78132*

1

## **CERTIFICATE OF CONFERENCE**

The undersigned Counsel for the Plaintiff hereby CERTIFIES that on the 10th day of February 2022 she conferred with Counsel for the Plaintiffs who stated that the Defendants are not opposed the foregoing Motion.

> */S/ Hannah Ceh*
> *Hannah Ceh pro se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case File System of the Western District of Texas, in compliance with the Federal Rules of Civil Procedure as well as via e-mail pursuant to an agreement of the parties.

> */S/ Hannah Ceh*
> *Hannah Ceh pro se*