UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Eric Cervini, Wendy Davis, David Gins,      §
Timothy Holloway                            §
                                            §      NO:   AU:21-CV-00565-RP
vs.                                         §
                                            §
Eliazar Cisneros, Hannah Ceh, Joeylynn      §
Mesaros, Robert Mesaros, John Does, Jane
Does, Dolores Park, Campaign Legal Center
Action

**CORRECTED ORDER**

        The Court hereby sets and directs the parties, or counsel acting on their behalf, to

appear by phone for a telephone conference on February 23, 2022 at 09:30 AM . The

parties are directed to use the below dial-in information:

        **Please call in 5 minutes prior to start of hearing.**

        1. Toll free number:  888-363-4735

        2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie

Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.


        The use of speaker phones is prohibited during a telephonic appearance.  Additionally,

because earlier hearings in other cases may be in progress at the time attorneys call in for their

scheduled conference, attorneys should call in with their phones on "mute" and wait for the

Courtroom Deputy to call this case.before they speak.


        **SIGNED** on 22nd day of February, 2022.


                                            _____
                                            ROBERT PITMAN
                                            UNITED STATES DISTRICT JUDGE