UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,<br><br>Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |
|---|---|

### NON-PARTY'S OBJECTIONS AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF DOCUMENTS AND FOR PROTECTIVE ORDER

TO THE HONARABLE JUDGE OF SAID COURT:

COMES NOW, Shana Evans, a non-party in the above styled and numbered cause and files her Objections and Motion to Quash Plaintiffs' Subpoena for the Production of Documents and for a Protective Order and would respectfully show the Honorable Court as follows:

**I.**

**BACKGROUND**

On May 12, 2022, Plaintiffs served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises pursuant to FRCP 45 on Shana Evans, a non-party, requesting Communications, Documents and Social Media as defined therein to which objection herein is made. Such subpoena called for compliance by noon May 26, 2022. Following service

1

of such subpoena a series of communication occurred between Shana Evans and counsel Jacek Pruski which concluded with Shana Evans believing there was an agreed extension for objections and responses to June 9, 2022. The underlying suit was served June 24, 2021 and has never involved Shana Evans in any way. This Response is made in regard to each and every Requests for Production Nos. 1-13.

**II.**

**SUBPOENA DEFECTS AND CHALLENGE**

The challenged Subpoena is defective and thereby objected to as follows:

1. Plaintiffs have attempted to issue a subpoena to a non-party without prescribing to FRCP 45. Such detailed compliance requirements are set out herein which have been dishonored.

2. The challenged Subpoena is violative of FRCP 45 (b)(1) as such requires a tendering of witness fees. At no time prior to, during or after service of the above referenced subpoena has a witness fee been paid to Shana Evans. See *In re Dennis*, 330 F.3d 696, 704 (5th Cir.2003)

3. FRCP 45 (d)(2)(B) provides for objections to be served the earlier of the time specified for compliance or 14 days after service. As stated, Shana Evans is entitled to a full reasonable time to respond. No authority has been provided suggesting a "Noon" compliance which is deficient. Additionally, no documentation has been served upon Shana Evans suggesting that Plaintiffs have complied with FRCP 5 (c) (2) in providing notice of the served subpoena on any of the parties. Further, based upon information and belief, Plaintiffs have not complied with conferring with any party pursuant to FRCP 26.

4. The subpoena subjects Shana Evans to undue burden. Such burden arises from the overreach of Plaintiffs global request starting with their definitions to which objection is

2

made. The global collective of general definitions is not only unbridled by any scope in time but effectively includes all evidence arising from of Shana Evans's life experiences and expressions except for documentation of thought. Collectively, challenge is made to the relevance of the information requested along with the need of the Plaintiffs for the collateral. It would appear that Plaintiffs are well stocked with information either similar or identical to what has been requested of Shana Evans. This is evident by the numerous visuals included in Plaintiffs' pleadings. Additionally, there is no end to the breadth of materials requested in content or time. Such requested materials in addition to an undue burden or expense but amounts to an invasion of privilege and privacy. Additionally, the subpoenaed information asks for information that is either privileged, protected or may lead to privileged information.

5. The alleged facts of the case as described by Plaintiffs as well as the stated causes of action or counts are remarkably irreconcilable to responsible jurisprudence on the part of Plaintiffs. While the Plaintiffs torture words in an attempt to make an outcry for protection they do so at the expense, in this instance, of Shana Evans, a non-party who is entitled to her own protection from the Plaintiff's legal abuse. Plaintiffs have in no way described their need for the documents in relation to the nature and importance of the litigation, or lack thereof. The sophistry demonstrated in Plaintiff's pleadings by invoking the Ku Klux Klan Act of 1871 (designed to permit the suspension of the writ of habeas corpus) goes beyond embarrassing but in the case of Shana Evans, Plaintiff's pleadings are now being used to intimidate and harass a non-party thus making the challenged Subpoena grossly unreasonable and beyond any bounds of legitimate discovery.

6. For the above reasons Shana Evans seeks a Protective Order from the Court protecting her

from the annoyance, embarrassment, oppression, undue burden or expense of responding to the requested information or any compliance above referenced subpoena.

## III.

## **PRAYER**

WHEREFORE, PREMESIS CONSIDERED, Non-Party respectfully requests that her Motion to Quash Plaintiffs' subpoena be granted in all things and further that the Court issue a Protective Order as described herein. Shana Evans, a Non-Party, further prays for such other relief, both general and special, at law or in equity, to which she may show herself to be justly entitled.

Respectfully submitted,

_____
J. Christopher Byrd
State Bar No. 03547980
2631 Bulverde Rd. Suite 105
Bulverde, Texas 78163
Phone: 830-249-3559
Fax: 830-214-2181
cbyrd@chrisbyrdlaw.com
ATTORNEY FOR NON-PARTY

## **CERTIFICATE OF CONFERENCE**

Undersigned counsel for the movant has conferred with Plaintiffs' counsel. After such resolution attempts have been made all issues remain unresolved.

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record pursuant to Texas Rules of Civil Procedure, as indicated below on this 9th day of June 2022 via e-service:

**ATTORNEYS FOR PLAINTIFFS**

**THE PROTECT DEMOCRACY PROJECT, INC.**
Jacek Pruski
(D.C. Bar 888325144) (*pro hac vice*)
The Protect Democracy Project, INC.
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jacek.pruski@protectdemocracy.org

Jared Fletcher Davidson
(Louisiana Bar No. 37093) (*pro hac vice*)
The Protect Democracy Project, INC.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jared.davidson@protectdemocracy.org

John Paredes
(NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma
(NY Bar No. 4942249) (*pro hac vice)*
The Protect Democracy Project, INC.
115 Broadway, 5th floor
New York, NY 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org

Cameron O. Kistler
(DC Bar No. 1008922) (*pro hac vice*)
The Protect Democracy Project, INC.
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
camerton.kistler@protectdemocracy.org

Benjamin L. Berwick
(MA Bar No. 679207) (*pro hac vice*)
The Protect Democracy Project, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

Cerin Lendgrensavage
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Telephone: (202) 579-3854
Facsimile: (929) 777-8428
cerin.lindgrensavage@protectdemocracy.org

**TEXAS CIVIL RIGHTS PROJECT**

Mimi Marziani
(TX Bar No. 24091906)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: mimi@texascivilrightsproject.org
emma@texascivilrightsproject.org

Ashley Fernandez Dorsaneo
1405 Montopolis Dr.
Austin, TX 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: ashley@texascivilrightsproject.org

Emma Eileen Hilbert
1405 Montopolis Dr.
Austin, TX 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: emma@texascivilrightsproject.org

**WILLKIE FARR & GALLAGHER LLP**

Michael Gottlieb
(DC Bar No. 974960) (*pro hac vice*)

Robert J. Meyer
(DC Bar No. 405632) (*pro hac vice*)
Samuel Hall
(DC Bar No. 242110) (*pro hac vice*)
Meryl Conant Governski
(DC Bar No. 1023549) (*pro hac vice*)
JoAnna Suriani
(DC Bar No. 1645212) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
rmeyer@willkie.com
shall@willkie.com
mgovernski@willkie.com
jsuriani@willkie.com

Madeleine Tayer
(NY Bar No. 5683545) (*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mtayer@willkie.com

**ATTORNEYS FOR DEFENDANTS**

Francisco R. Canseco
Francisco R. Canseco, Attorney at Law
19 Jackson Court
San Antonio, TX 78230
Telephone: (210) 901-4279
Email: frcanseco@gmail.com

Erin Elizabeth Mersino
Thomas More Law Center
24 Frank Lloyd Wright Drive, Suite J-3200
Ann Arbor, MI 48106
Telephone: (734) 827-2001
Facsimile: (734) 930-7160
Email: emersion@thomasmore.org

Richard Thompson
Thomas More Law Center
24 Frank Lloyd Wright Drive, Suite J-3200
Ann Arbor, MI 48106
Telephone: (734) 827-2001
Facsimile: (734) 930-7160
Email: rthompson@thomasmore.org

Jerad W. Najvar
Najvar Law Firm PLLC
2180 North Loop West, Suite 255
Houston, TX 77018
Telephone: (281) 404-4696
Facsimile: (281) 582-4138
Email: jerad@najvarlaw.com

Austin Whatley
Najvar Law Firm PLLC
2180 North Loop West, Suite 255
Houston, TX 77018
Telephone: (281) 404-4696
Facsimile: (281) 582-4138
Email: austin@najvarlaw.com

 

_____
J. Christopher Byrd, P.C.
State Bar No.  03547980
2631 Bulverde Rd. Suite 105
Bulverde, Texas 78163
Phone: 830-249-3559
Fax:  830-214-2181
cbyrd@chrisbyrdlaw.com
ATTORNEY FOR NON-PARTY