UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,<br><br>Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

### NOTICE OF WITHDRAW OF MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF DOCUMENTS AND FOR PROTECTIVE ORDER

TO THE HONARABLE JUDGE OF SAID COURT:

COMES NOW, Shana Evans, a non-party in the above styled and numbered cause and files her Notice of Withdraw of Motion to Quash Plaintiffs' Subpoena for the Production of Documents and for a Protective Order and would respectfully show the Honorable Court as follows:

On June 9, 2022, Shana Evans, a non-party, filed her Objections and Motion to Quash Plaintiffs' Subpoena for the Production of Documents and for a Protective Order. After conferring with opposing counsel and considerations expressed therein, Shana Evan now gives notice of her withdraw of her previously filed Motion to Quash Plaintiffs' Subpoena for the Production of Documents and for a Protective Order.

1

Respectfully submitted,

_____
J. Christopher Byrd
State Bar No. 03547980
2631 Bulverde Rd. Suite 105
Bulverde, Texas 78163
Phone: 830-249-3559
Fax: 830-214-2181
cbyrd@chrisbyrdlaw.com
ATTORNEY FOR NON-PARTY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record pursuant to Texas Rules of Civil Procedure, as indicated below on this 27th day of June 2022 via e-service:

**ATTORNEYS FOR PLAINTIFFS**

**THE PROTECT DEMOCRACY PROJECT, INC.**
Jacek Pruski
(D.C. Bar 888325144) (*pro hac vice*)
The Protect Democracy Project, INC.
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jacek.pruski@protectdemocracy.org

Jared Fletcher Davidson
(Louisiana Bar No. 37093) (*pro hac vice*)
The Protect Democracy Project, INC.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jared.davidson@protectdemocracy.org

John Paredes
(NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma
(NY Bar No. 4942249) (*pro hac vice*)
The Protect Democracy Project, INC.
115 Broadway, 5th floor
New York, NY 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org

Cameron O. Kistler
(DC Bar No. 1008922) (*pro hac vice*)
The Protect Democracy Project, INC.
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
camerton.kistler@protectdemocracy.org

Benjamin L. Berwick
(MA Bar No. 679207) (*pro hac vice*)
The Protect Democracy Project, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

Cerin Lendgrensavage
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Telephone: (202) 579-3854
Facsimile: (929) 777-8428
cerin.lindgrensavage@protectdemocracy.org

**TEXAS CIVIL RIGHTS PROJECT**

Mimi Marziani
(TX Bar No. 24091906)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: mimi@texascivilrightsproject.org
emma@texascivilrightsproject.org

Ashley Fernandez Dorsaneo
1405 Montopolis Dr.
Austin, TX 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: ashley@texascivilrightsproject.org

Emma Eileen Hilbert
1405 Montopolis Dr.
Austin, TX 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: emma@texascivilrightsproject.org

**WILLKIE FARR & GALLAGHER LLP**

Michael Gottlieb
(DC Bar No. 974960) (*pro hac vice*)

Robert J. Meyer
(DC Bar No. 405632) (*pro hac vice*)
Samuel Hall
(DC Bar No. 242110) (*pro hac vice*)
Meryl Conant Governski
(DC Bar No. 1023549) (*pro hac vice*)
JoAnna Suriani
(DC Bar No. 1645212) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
          rmeyer@willkie.com
          shall@willkie.com
          mgovernski@willkie.com
          jsuriani@willkie.com

Madeleine Tayer
(NY Bar No. 5683545) (*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mtayer@willkie.com


**ATTORNEYS FOR DEFENDANTS**

Francisco R. Canseco
Francisco R. Canseco, Attorney at Law
19 Jackson Court
San Antonio, TX 78230
Telephone: (210) 901-4279
Email: frcanseco@gmail.com

Erin Elizabeth Mersino
Thomas More Law Center
24 Frank Lloyd Wright Drive, Suite J-3200
Ann Arbor, MI 48106
Telephone: (734) 827-2001
Facsimile: (734) 930-7160
Email: emersion@thomasmore.org

Richard Thompson
Thomas More Law Center
24 Frank Lloyd Wright Drive, Suite J-3200
Ann Arbor, MI 48106
Telephone: (734) 827-2001
Facsimile: (734) 930-7160
Email: rthompson@thomasmore.org

Jerad W. Najvar
Najvar Law Firm PLLC
2180 North Loop West, Suite 255
Houston, TX 77018
Telephone: (281) 404-4696
Facsimile: (281) 582-4138
Email: jerad@najvarlaw.com

Austin Whatley
Najvar Law Firm PLLC
2180 North Loop West, Suite 255
Houston, TX 77018
Telephone: (281) 404-4696
Facsimile: (281) 582-4138
Email: austin@najvarlaw.com

 

J. Christopher Byrd, P.C.
State Bar No.  03547980
2631 Bulverde Rd. Suite 105
Bulverde, Texas 78163
Phone: 830-249-3559
Fax:  830-214-2181
cbyrd@chrisbyrdlaw.com
ATTORNEY FOR NON-PARTY