UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and Timothy Holloway | § § § | |
| Plaintiffs, | § § | Civil Action |
| v. | § § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES | § § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER

On this day, the Court considered the Mesaros Defendants' Motion to Quash and Motion for Protection regarding Plaintiffs' subpoena to Meta Platforms Inc. After considering the Motion, the response, if any, the pleadings and papers on file, and any argument of counsel, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the Subpoena is quashed to the extent it seeks information regarding the Mesaros's own pages, and that Plaintiffs may not accept or review any information produced by Meta Platforms as to any of the other, non-Mesaros pages without further order of this Court.

SIGNED THIS _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE