IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, TIMOTHY HOLLOWAY, | § § § § § | |
| Plaintiffs, | § | |
| v. | § | 1:21-CV-565-RP |
| ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Motion to Amend/Correct the Scheduling Order, (Dkt. 88), and Defendant Dolores Park's ("Park") Response in Opposition, (Dkt. 93). Plaintiffs argue that the initial scheduling order entered in this case is out of date. (Dkt. 88, at 4). Park argues that the Court should not enter a new scheduling order until the Court rules on the motions for interlocutory appeal. (Dkt. 93, at 1). The Court entered an order denying the motions for interlocutory appeal on August 19, 2022. (Dkt. 100). Accordingly, the Court will order the parties in the present case and the parties in *Cervini v. Stapp*, 1:21-cv-568, to file a joint proposed scheduling order.

Therefore, **IT IS ORDERED** that Plaintiffs' motion, (Dkt. 88), is **GRANTED.** The parties shall consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order with the parties in *Stapp* on or before **September 16, 2022**.

Signed on **August 19, 2022**

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE