# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, | § § § § | |
| Plaintiffs, | § | |
| v. | § | A-21-CV-565-RP |
| | § | |
| ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES, | § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is the Mesaros Defendants' Motion to Modify and for Protection as to Plaintiffs' Third-Party Subpoena to Meta (Dkt. #96). On September 8, 2022, the court held a hearing on the motion. The court has considered the parties' briefing, the applicable law, and the arguments made at the hearing. For the reasons stated at the hearing, the Mesaros Defendants failed to meet their burden on the motion.

The motion is **DENIED**.

SIGNED September 8, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE