IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>                 Plaintiffs,<br><br>v.<br><br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,<br><br>                 Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

In response to this Court's August 19, 2022 Order directing the parties to file a joint scheduling order, Counsel for Plaintiffs Cervini, Davis, Gins, and Holloway (collectively "Plaintiffs") and Defendants Cisneros, Mesaros, and Park (collectively, "Defendants") met and conferred on Friday, September 9, 2022.[1] The parties each also conferred with counsel for the defendants in the related case *Cervini v. Stapp*, Case No. 1:21-cv-00568 (*"Stapp"*) during the week of September 12, 2022.

The Parties attach their proposed joint scheduling order as Exhibit 1.

*Plaintiffs' Position*: Defendants informed Plaintiffs on the parties' September 9, 2022 conference that they plan to file a petition for a writ of mandamus challenging the legal sufficiency of Plaintiffs' federal claim under the Ku Klux Klan Act and a motion to stay discovery while that

---

[1] Defendant Hannah Ceh did not participate in the September 9, 2022 conference. However, on September 9, 2022 Ceh emailed Plaintiffs' counsel to notify them that she was not opposed to the proposed schedule Plaintiffs circulated to all parties in the instant case on September 2, 2022.

petition is decided. Plaintiffs are opposed to Defendants' contemplated motions. *See Nken v. Holder*, 556 U.S. 418, 426 (2009) (to obtain a stay, Defendants would have to make a "strong showing" that they are likely to succeed on the merits of their mandamus petition, that they would be irreparably injured absent a stay, that a stay would not injure other parties to the proceeding, and that it would be in the public interest); *Silicon Hills Campus, LLC v. Tuebor REIT Sub, LLC*, No. 1:20-CV-1201-RP, 2021 WL 783554, at *2 (W.D. Tex. Mar. 1, 2021).

In addition, the Court's August 19, 2022 Order directed the parties to confer with the defendants in the related case *Stapp* to ensure that the schedules in both cases align. The parties in that case are concurrently submitting a joint proposed scheduling order in light of the joint proposed scheduling order agreed to in the instant case. Plaintiffs note that any delays to the schedule in the instant case may necessitate alterations to the schedule agreed to in *Stapp*.

*Defendants' Positions*: Defendant Park intends to file a Petition for Writ of Mandamus to the Fifth Circuit challenging the legal sufficiency of Plaintiffs' federal claim under the Ku Klux Klan Act, *see* ECF Nos. 64 and 100, and a contemporaneous Motion to Stay Discovery pending the appellate court's determination on her Petition. Defendant Park's primary position is that discovery should presently be abated pending the disposition of her Petition.

Defendants Cisneros and Mesaros join in this position. While reserving all rights, Defendants Park, Cisneros, and Mesaros, conditionally agree to the attached proposed scheduling order in the event stay is denied. It is also these Defendants' position that while the Court ordered for the parties in this case and *Cervini v. Stapp* to coordinate for the purpose of this scheduling order, in the interest of justice and fairness, consolidation would be inappropriate under Fed. R. Civ. 42.

With respect to the deadline for the report on alternative dispute resolution, Defendants note that they intend to move for exemption from ADR pursuant to Local Rule CV-88(e).

DATED: September 16, 2022            Respectfully Submitted,

**THOMAS MORE LAW CENTER**
*/s/ Erin Elizabeth Mersino*
Richard Thompson (P21410)
Erin Elizabeth Mersino (P70886)
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106
Ph: (734) 827-2001
Email: rthompson@thomasmore.org
Email: emersino@thomasmore.org

*Attorneys for Defendant Dolores Park*

*/s/Francisco R. Canseco*
Francisco R. Canseco
Pro Hac Vice
State Bar No. 03759600

**FRANCISCO R. CANSECO,**
ATTORNEY AT LAW
19 Jackson Court
San Antonio, Texas 78230
Telephone 210.901.4279
frcanseco@gmail.com

COUNSEL FOR DEFENDANT
ELIAZAR CISNEROS

*/s/ Jerad Wayne Najvar*
Jerad Wayne Najvar
**NAJVAR LAW FIRM, PLLC**
2180 North Loop West, Ste. 255
Houston, TX 77018
281.404.4696 (office)
281.684.1227 (cell)
jerad@najvarlaw.com

*Attorney for Defendants Joeylynn and Robert Mesaros*

/s/ John Paredes

**TEXAS CIVIL RIGHTS PROJECT**
Mimi Marziani (TX Bar No. 24091906)
Ashley Fernandez Dorsaneo (TX Bar No. 24127393) (*pro hac vice*)
Christina M. Beeler (TX Bar No. 24096124)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: mimi@texascivilrightsproject.org
ashley@texascivilrightsproject.org
christinab@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma (NY Bar No. 4942249) (*pro hac vice*)
The Protect Democracy Project, Inc.
115 Broadway, 5th Floor
New York, NY 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922) (*pro hac vice*)
Cerin Lindgrensavage* (NY Bar No. 5541354) (*pro hac vice*)
Jacek Pruski (DC Bar No. 888325144) (*pro hac vice*)
Anne Harden Tindall (DC Bar No. 494607) (*pro hac vice*)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
cameron.kistler@protectdemocracy.org

cerin.lindgrensavage@protectdemocracy.org
jacek.pruski@protectdemocracy.org
anne.tindall@protectdemocracy.org
*Not yet admitted in D.C., practicing under supervision

Benjamin L. Berwick (MA Bar No. 679207) (*pro hac vice*)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

Jared Fletcher Davidson (LA Bar No. 37093) (*pro hac vice*)
The Protect Democracy Project, Inc.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jared.davidson@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Michael Gottlieb (DC Bar No. 974960) (*pro hac vice*)
Robert Meyer (DC Bar No. 405632) (*pro hac vice*)
Samuel Hall (DC Bar No. 242110) (*pro hac vice*)
Meryl Conant Governski (DC Bar No. 1023549) (*pro hac vice*)
JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
rmeyer@willkie.com
shall@willkie.com
mgovernski@willkie.com
jsuriani@willkie.com

5

Madeleine Tayer (NY Bar No. 5683545)
(*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mtayer@willkie.com

***Attorneys for Plaintiffs***
