IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>     Plaintiffs,<br><br> v.<br><br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES,<br><br>     Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

**REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT ELIAZAR CISNEROS TO PRODUCE HIS MOBILE PHONE AND DOCUMENTS RELATED TO POTENTIAL SPOLIATION OF EVIDENCE AND NOTICE OF DEFENDANT'S FAILURE TO OPPOSE SAME**

On September 13, 2022, Plaintiffs Eric Cervini, Wendy Davis, David Gins, and Timothy Holloway (together, "Plaintiffs") filed their Motion to Compel Defendant Eliazar Cisneros to Produce His Mobile Phone and Documents Related to Potential Spoliation of Evidence (the "Motion"). Dkt. 109. The Motion respectfully requested the Court to order Defendant Eliazar Cisneros ("Cisneros") to produce his mobile phone and any documents related to the potential spoliation of evidence relevant to this case. Cisneros's response to Plaintiffs' discovery motion was due "not later than 7 days after the filing of the motion." *See* W.D. Tex. Local R. CV-7(d)(2).

Defendant Cisneros has not filed an opposition to the Motion, nor has he requested additional time to do so. As Cisneros has failed to respond to the Motion "within the time period prescribed by th[e] rule, the court may grant the motion as unopposed." *Id.*; *see also Bowman v. Casitas Investors, LLC*, 2016 WL 11214425, at *1 (W.D. Tex. Dec. 15, 2016) (granting plaintiff's

motion to compel discovery responses as unopposed where defendant did not respond within the amount of time prescribed by the local rules). Plaintiffs therefore respectfully request that the Court consider Plaintiffs' Motion unopposed and order the entry of Plaintiffs' proposed order granting Plaintiffs' Motion. *See* Dkt. 109-14.

DATED: September 22, 2022                    Respectfully submitted,

                                             _/s/ John Paredes_____

**TEXAS CIVIL RIGHTS PROJECT**
Mimi Marziani (TX Bar No. 24091906)
Ashley Fernandez Dorsaneo (TX Bar No. 24127393) (*pro hac vice*)
Christina M. Beeler (TX Bar No. 24096124)
Sarah Xiyi Chen (CA Bar No. 325327) (*pro hac vice*)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: mimi@texascivilrightsproject.org
ashley@texascivilrightsproject.org
christinab@texascivilrightsproject.org
schen@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma (NY Bar No. 4942249) (*pro hac vice*)
The Protect Democracy Project, Inc.
115 Broadway, 5th Floor
New York, NY 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org
orion.danjuma@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922) (*pro hac vice*)
Cerin Lindgrensavage* (NY Bar No. 5541354) (*pro hac vice*)
Jacek Pruski (DC Bar No. 888325144) (*pro hac vice*)
Anne Harden Tindall (DC Bar No. 888325144) (*pro hac vice*)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
cameron.kistler@protectdemocracy.org
cerin.lindgrensavage@protectdemocracy.org
jacek.pruski@protectdemocracy.org
*Not yet admitted in D.C., practicing under supervision

Benjamin L. Berwick (MA Bar No. 679207) (*pro hac vice*)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

Jared Fletcher Davidson (LA Bar No. 37093) (*pro hac vice*)
The Protect Democracy Project, Inc.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (929) 77708428
jared.davidson@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Michael Gottlieb (DC Bar No. 974960) (*pro hac vice*)
Robert Meyer (DC Bar No. 405632) (*pro hac vice*)
Samuel Hall (DC Bar No. 242110) (*pro hac vice*)
Meryl Conant Governski (DC Bar No. 1023549) (*pro hac vice*)

        JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)
        Willkie, Farr & Gallagher, LLP
        1875 K Street, N.W.
        Washington, D.C. 20006-1238
        Telephone: (202) 303-1000
        Facsimile: (202) 303-2000
        Email: mgottlieb@willkie.com
        shall@willkie.com
        mgovernski@willkie.com
        jsuriani@willkie.com

        Madeleine Tayer (NY Bar No. 5683545) (*pro hac vice*)
        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, NY 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111
        Email: mtayer@willkie.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, a true and correct copy of the foregoing has been served on all counsel of record and Defendant Hannah Ceh through the Electronic Case File System of the Western District of Texas and by email, in compliance with the Federal Rules of Civil Procedure and as agreed by the parties.

        */s/ John Paredes*
        John Paredes