IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, §§§§<br>    Plaintiffs, §<br>v. §   A-21-CV-565-RP<br> §<br>ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES, §§§§§<br>    Defendants. § | |

## ORDER SETTING HEARING

The court **SETS** Plaintiffs' Motion to Compel Defendant Eliazar Cisneros to Produce His Mobile Phone and Documents Related to Potential Spoliation of Evidence (Dkt. #109) for hearing on **October 18, 2022**, at **2:30 p.m.** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

The court further **ORDERS** the Plaintiffs and Defendant to participate in a meet and confer to attempt to resolve this motion and to file a joint notice no later than October 14, 2022, identifying the issues that have been resolved and the remaining outstanding issues. The court strongly encourages the parties to compromise and resolve this motion without court intervention.

If the parties cannot entirely resolve the motion, the court further **ORDERS** Defendant Eliazar Cisneros to personally appear at the hearing.

SIGNED October 3, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE