# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**Eric Cervini, et al**                    §
                                           §
                                           §
**vs.**                                    §        NO:   AU:21-CV-00565-RP
                                           §
**Eliazar Cisneros, et al**                §

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
| --- | --- |
| 1. Eliazar Cisneros | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |