# EXHIBIT 2A

PageVault

| | |
|---|---|
| Document title: | Trump Train NB \| Congratulations Chip Roy! \| Facebook |
| Capture URL: | https://www.facebook.com/groups/252136099143455/permalink/298436664513398/?m_entstream_source=group&refid=18&_ft_=encrypted_tracking_data.0AY-IHBI0l27oFbM0iEFm56xaI56ZUJCwPEFAh7bc5Nn3BicecHdaECbBlXkN6Zk14Sxwlfp_9iuEPG4uNyETD04E46sBTS42t8bTKnwUmzPhMNrWFAchdQLtShMG-4ZbSC-SfoVWBQ_LeXCrkLm56n_aauqMfz2CkW4kh15SGCixkQdecilFzKdczALX-RO_FOPxEeGtj-TupNlYSDUCgOq5HIFFsFM-bmy4VZlmVR0S75b2oAb7UFvTYuS_580qW33JabK87K5FQlTYMnA-T65LbG4adnhvAX9LbUJr0NSjFoSnV0z5Dj_63EIuiUezhh223buIf9FDG3ZgcJO-NAuyxy_Ft2T8jdi7SGUTDhnvwDZgX7G0Jyht7qE6kNoTOuy-f8DGHv6Dvys9TotGJBjMxRl0vokYoFhM1SDIBK-CLpQspBGyzKZx7WZaHsqNvuNQXE4zM-nKCKAUXgyEyqSaiFDen3oiHQ9Eu6_2t79tO3cO7v8wY92kMTu3i9bOgE-sl-S5tGgwumjqeB6xJdYaqrBS3muO9XcZXUL1gma4yUuC_XSCOxvYaehA_1QfVDnmLuuTw5MgbGVLzRHxKO13Y6x1wDc5fxw2Sr7K7k6a2fFDUpVLEMsSg-bRXCbiVl9NsvfVvLn-QphUTrQXDâ€¦ |
| Page loaded at (UTC): | Sat, 20 Aug 2022 19:32:10 GMT |
| Capture timestamp (UTC): | Sat, 20 Aug 2022 19:32:12 GMT |
| Capture tool: | 2.38.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.5109.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 3 |
| Capture ID: | 5wYn6mUsGUj2os6tMk3q3B |
| User: | automation@page-vaul |



