# EXHIBIT 5A



| | |
|---|---|
| Document title: | Trump Train NB \| Facebook |
| Capture URL: | https://www.facebook.com/groups/252136099143455/permalink/275998610090537/?m_entstream_source=group&refid=18&_ft_=encrypted_tracking_data.0AY-7Lcfk-OZ3Qr07Czr_lbGM9w8p2VBSOjjzl_rM4QsjLJLiDaWccql8Lz882mn5IMQ-su-DZpKSxGUIgUcqiL7cr5AaBqHkLPjAwp4CbnLkPzHV8WBf6Ya0SW2ZlYrPhQcz0Qz1yjRLfES8G2UvP0ygA5aVSIsYaRvualt26FtFSBJl-yTc17LGc6Ox_58_W8UqiFOhI7TBSeJKHll9o7EA3NcMmvLGgpydqEgsHUXTlw_ceMJeOChnmL12O0NZoJi23TJU8PY15YCPW-sRSg-nVPyV0hgjmN9DA9fmRtvBixS2kDsnlm7_RTu20peCVbsSfWyCQx-Fa_uIzSzSzs8XfcnUb3Jwy8f_ErzLQ9oG_wLZ172UdJwsE6nYpsGfa1hswXcDDYXRuOGKoTIonz1l4zEQpWbdc1K1ej-8WJXLuiUIpbScxiSdSBlrCPR7BP4R58P1WqUNgzvZcnAffNOaYXLgOqajfQ1ByUck2VA-N_DGBfmsLS8cr6wkG154O4aPUxrcK9KVRynlMFJyfTZOCZXmbhV-Qz4AwYurm8Jx-YR1el24Hb3MhUxCbP61guePfr8bfKgBG-rhj5nPue_VfbBcm_aN6kbghvqRm_lMosYTV9lZEWLCm8YcPkCs9OTWqtPoXckbZiwy1Bhe1â€¦ |
| Page loaded at (UTC): | Fri, 26 Aug 2022 23:14:28 GMT |
| Capture timestamp (UTC): | Fri, 26 Aug 2022 23:14:30 GMT |
| Capture tool: | 2.38.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.5109.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 3 |
| Capture ID: | 5SzCB5j2Q9VoYEqh8R3oiC |
| User: | automation@page-vaul |

PDF REFERENCE #:    2Mb9kft3cJMDz9q2WqvkES



Document title: Trump Train NB | Facebook
Capture URL: https://www.facebook.com/groups/252136099143455/permalink/275998610090537/?…
Capture timestamp (UTC): Fri, 26 Aug 2022 23:14:30 GMT



Document title: Trump Train NB | Facebook
Capture URL: https://www.facebook.com/groups/252136099143455/permalink/275998610090537/?…
Capture timestamp (UTC): Fri, 26 Aug 2022 23:14:30 GMT