# EXHIBIT 5B

**🔒 PageVault**

| | |
|---|---|
| Document title: | Trump Train NB \| Proud boys leader Enrique Tarrio denouncing white supremacy on camera. \| Facebook |
| Capture URL: | https://www.facebook.com/groups/252136099143455/permalink/276621116694953/?m_entstream_source=group&refid=18&_ft_=encrypted_tracking_data.0AY953_9c_Hy MZ_NiqejluoDf4wfUPvZSPMZlWP5ICzJiBsNP3RIhf3oVhKi4wO-lbDuS8Mj7pUW1qY-Z0j670mHdMCuQLre-hsNnTdBFGIaBUgTfmpclDhREOmNfr0EHnzdZJyygRtq-Kp1HwM5h45CTu0ICXGT7B63m-llA8YTjwHX8OJ0uLYfbdigAaOtZJN0prbO7zlK8qKP0_4cebUI-euc6KpScFVOohRCtpRVPtX2YFP_c-pxmKp2Hazb44mk8N4H8iJH5pFHbqzlTSIF6n UyeD8OYQSHah8T1ECIcP3SPvOGIwYb5k-YgdOwtzQfCl4aIjsrXTZ5gwp9eNZYh8vv cFoU1UTitlMzlCFNxArtUpHu9cj-7LxYsPNVPXOHEjj5QyiE5TE9lmoTJMT4jlwbWL2-_Xzm7u1Hyi-lxa-jV57KiON-JKnfKWX2VZakCzEgUDt7pIPUdsB6GV3VZZ7vEhMaLR9VkgYSVGDPPmmUk-eZ5Wz6l4PDsJ6m-AG564LTFz3DalmqOtm02CSDMu-u07FjRY1ArEQZ2GeRI1ss2cd Hv3MHURCM7p_H5MzrvNu3iXH10onkKeuK52bqO5R7lfwjZNSYZo8Ue9rMoLPcpn9j 6oOBapxLdi4c1og-MezOcQYE-Yfzlc97g8â€¦ |
| Page loaded at (UTC): | Sat, 27 Aug 2022 00:31:53 GMT |
| Capture timestamp (UTC): | Sat, 27 Aug 2022 00:31:54 GMT |
| Capture tool: | 2.38.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.5109.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 3 |
| Capture ID: | b8rLkBDuCyCZ8C1pCTRM66 |
| User: | automation@page-vaul |

PDF REFERENCE #:    phk3qcARmJuk9SeAstUUv6



