# EXHIBIT 13

# DOCUMENT PRODUCED NATIVELY