| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>       Plaintiffs,<br><br>   v.<br><br>ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK,<br><br>       Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully alert the Court to a Northern District of Georgia opinion interpreting the support-or-advocacy clauses. *See Andrews v. D'Souza*, No. 1:22 Civ. 4259, slip op. at 16-26 (N.D. Ga. Sept. 30, 2023) (Ex. 1). The *Andrews* plaintiff alleged that defendants violated the clauses by falsely accusing him of illegally voting. *Id.* at 2, 16. The *Andrews* court denied the motions to dismiss in part and granted them in part, dismissing claims against a media company due to insufficient allegations that it had participated in a conspiracy, *id.* at 23-24, but allowing claims against other alleged conspirators to proceed, *id.* at 24-29. *Andrews* is relevant to the pending motions at Docket Nos. 210, 222-224, and 229-230 for four reasons:

*First*, *Andrews* rejects a class-based animus element for support-or-advocacy claims. *Id.* at 18, 20.

*Second*, *Andrews* endorses the "lengthy and reasoned analysis" of the Southern District of New York in *National Coalition on Black Civic Participation v. Wohl*, 498 F. Supp. 3d 457

(S.D.N.Y. 2020), interpreting the clauses. Ex. 1 at 19. *National Coalition* reaches the same conclusion as this Court in concluding that the clauses create an "independent substantive right," and therefore plaintiffs "need not identify a violation of a separate constitutional right." 498 F. Supp. 3d at 486 n.30 (citing *Paynes v. Lee*, 377 F.2d 61, 64 (5th Cir. 1967)); *see also* Ex. 1 at 21-22 (plaintiff need not demonstrate an "actual deprivation of constitutional rights").

*Third*, *Andrews* observes that the "plain language of the provisions prevents (among other things) conspiracies to prevent someone from advocating for a federal candidate for office or injuring someone for such advocacy." *Id.* at 21. So while *Andrews* concerns ballot drop boxes and not advocacy by surrogates, *Andrews*'s reasoning shows that the plain meaning of the clauses encompasses the federal election advocacy at issue here.

*Fourth*, Defendants' mandamus petitions cited the *Andrews* complaint as a supposed example of Plaintiffs' "bogus legal theory," Dkt. 207 at 41, and "abusive manipulation of federal law," Dkt. 208-1 at 43, at work. *Andrews*'s rejection of Defendants' arguments shows that Defendants' invective is misplaced and that it is Defendants who have the wrong interpretation of the support-or-advocacy clauses.

Respectfully submitted,

**DATED:** October 3, 2023.

By: ___*/s/ John Paredes*___

**TEXAS CIVIL RIGHTS PROJECT**
Ashley Fernandez Dorsaneo (TX Bar No. 24127393)
Christina M. Beeler (TX Bar No. 24096124)
Sarah Xiyi Chen (CA Bar No. 325327) (*pro hac vice*)

Veronikah Rhea Warms (TX Bar No. 24132682) (*pro hac vice*)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: ashley@texascivilrightsproject.org
christinab@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma (NY Bar No. 4942249) (*pro hac vice*)
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org
orion.danjuma@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922) (*pro hac vice*)
Cerin Lindgrensavage (DC Bar No. 1741602) (*pro hac vice*)
JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)
Anne Harden Tindall (DC Bar No. 494607) (*pro hac vice*)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, D.C. 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
cameron.kistler@protectdemocracy.org
cerin.lindgrensavage@protectdemocracy.org
joanna.suriani@protectdemocracy.org
anne.tindall@protectdemocracy.org

Benjamin L. Berwick (MA Bar No. 679207) (*pro hac vice*)

- 3 -

The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

Jared Fletcher Davidson (LA Bar No.
37093) (*pro hac vice*)
The Protect Democracy Project, Inc.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jared.davidson@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Michael Gottlieb (DC Bar No. 974960) (*pro hac vice*)
Robert Meyer (DC Bar No. 405632) (*pro hac vice*)
Samuel Hall (DC Bar No. 242110) (*pro hac vice*)
Meryl Conant Governski (DC Bar No. 1023549) (*pro hac vice*)
Jamielah Yancey (DC Bar No. 1619055) (*pro hac vice*)
Rebecca Heath (DC Bar No. 1644402) (*pro hac vice*)
Aaron E. Nathan (NY Bar No. 5478227) (*pro hac vice*)
Amy R. Orlov (DC Bar No. 1780213) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
rmeyer@willkie.com
shall@willkie.com
mgovernski@willkie.com
jyancey@willkie.com
rheath@willkie.com
anathan@willkie.com
aorlov@willkie.com

Madeleine Tayer (NY Bar No. 5683545)
(*pro hac vice*)
John P. Catalanotto (NY Bar No. 5857750)
(*pro hac vice*)
Christina Adele Peck (NY Bar No.
5923545) (*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mtayer@willkie.com
jcatalanotto@willkie.com
cpeck@willkie.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, a true and correct copy of the foregoing has been served on all counsel of record and Defendants Steve Ceh and Randi Ceh through the Electronic Case Filing System of the Western District of Texas in compliance with the Federal Rules of Civil Procedure and by email as agreed by the parties.

**DATED:** October 3, 2023.

By: _/s/ John Paredes_