# United States Court of Appeals for the Fifth Circuit

**FILED**
January 03, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

---

No. 23-50585

---

In re Dolores Park,

*Petitioner.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-565 RP

---

UNPUBLISHED ORDER

Before Clement, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the Petitioner's opposed motion to stay all proceedings before the district court until this Court resolves the pending Petition for Writ of Mandamus is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 03, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50585   In re Dolores Park
                     USDC No. 1:21-CV-565

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

Mrs. Christina Beeler
Mr. Benjamin L. Berwick
Mr. Rodkangyil Orion Danjuma
Mr. Jared Fletcher Davidson
Mr. Philip Devlin
Mr. Michael Julian Gottlieb
Mr. Samuel Hall
Mr. Cameron Oatman Kistler
Mr. Cerin Lindgrensavage
Ms. Erin Elizabeth Mersino
Mr. Aaron E Nathan
Mr. Eric John Galvez Paredes
Ms. JoAnna Barbara Suriani
Mr. Richard Thompson