IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, | § § § § | |
| Plaintiffs, | § | |
| v. | § | A-21-CV-565-RP |
| | § | |
| ELIAZAR CISNEROS, HANNAH CEH, JOEYLYNN MESAROS, ROBERT MESAROS, DOLORES PARK, and JOHN and JANE DOES, | § § § § | |
| Defendants. | § | |

## ORDER SETTING HEARING

The court **SETS** Plaintiffs' Opposed Motions for Rule 37 Discovery Sanctions Against Defendant Eliazar Cisneros (Dkt. 267), Joeylynn Mesaros (Dkt. 271), and Dolores Park (Dkt. 277) for hearing on **January 31, 2024**, at **9:30 a.m.** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701. Each of the named Defendants in these motions is ORDERED to personally appear at the hearing and shall be prepared to offer testimony.**

SIGNED January 10, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE