FILED
January 09, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 9, 2024
Lyle W. Cayce
Clerk

No. 23-50585

In re Dolores Park,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-565 RP

---

UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that, despite the compelling nature of Petitioner's arguments, the Petitioners' motion to renew request for mandamus relief is DENIED. The issues raised are adequately reviewable on appeal.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 09, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50585   In re: Dolores Park
                         USDC No. 1:21-CV-565

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Roeshawn Johnson, Deputy Clerk
                                      504-310-7998

cc:   Mrs. Christina Beeler
      Mr. Benjamin L. Berwick
      Mr. Rodkangyil Orion Danjuma
      Mr. Jared Fletcher Davidson
      Mr. Michael Julian Gottlieb
      Mr. Samuel Hall
      Mr. Cameron Oatman Kistler
      Mr. Cerin Lindgrensavage
      Ms. Erin Elizabeth Mersino
      Mr. Aaron E Nathan
      Mr. Eric John Galvez Paredes
      Ms. JoAnna Barbara Suriani
      Mr. Richard Thompson