UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Eric Cervini, Wendy Davis, David Gins, Timothy Holloway**<br><br>vs.<br><br>**Eliazar Cisneros, Joeylynn Mesaros, Robert Mesaros, Dolores Park, Randi Ceh, Steve Ceh, Campaign Legal Center Action, MARK GRIFFIN, Naomi Narvaiz,** | §<br>§<br>§   NO:   AU:21-CV-00565-RP<br>§<br>§<br>§ |

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. ELIAZAR CISNEROS | 1. THOMAS PARK |
| 2. JOEYLYNN MESAROS | 2. |
| 3. DOLORES PARK | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |