# EXHIBIT 10

| | |
|---|---|
| **From:** | Eliazar Cisneros [⬛⬛⬛⬛⬛] |
| on behalf of | Eliazar Cisneros <⬛⬛⬛⬛⬛> [⬛⬛⬛⬛⬛] |
| **Sent:** | 3/3/2022 3:17:35 PM |
| **To:** | Eliazar Cisneros [⬛⬛⬛⬛⬛] |

I was at the house of a Mr. Jason ayuhan sometime mid up sometime mid October and we were made aware of a flier by the Biden Harris tour bus people that they were going to be making their way to Texas. We started laughing and trying to come up with a plan to welcome them to Texas so to speak. We started talking about different plans a lot of them we were making fun of but we ultimately decided on getting a convoy and welcoming them that way. What we wanted to do was go to every stop that they were doing here in Texas and just protest what they believed in because we as texans and Americans did not feel that the democratic platform was appropriate for America nonetheless was inappropriate for Texas  As the night went on we decided that I would be in contact with people here in San Antonio and he would be in contact with people in New Braunfels and san Marcus.Over the next couple of days we started putting the word out through Facebook I believe through text messages and through instant messaging on Facebook.We started moving along with this plan as many people seemed very eager to be involved with this period  Many people wanted to be involved with this because they wanted to prevent the very thing that we are witnessing today. An administration that is totally incompetent. One that is not for the people but for themselves. And administration that lies cheats and steals and we the American people were fed up with them and we were going to let them know.Our intention was slowly to follow them and protest them at every city and wanted them to let them know that what they stood for was not welcome here in Texas nor was it welcome in the United States.As this thing started gaining a lot of momentum October 30th came and this is the day that the bus was supposed to be in San Antonio. I decided I was going to be stationed I would say approximately 10 to 15 miles South of San Antonio on 35 northboundside.I waited on the side of the road for approximately 2 to 3 hours I cann

Sent from Yahoo Mail on Android