# EXHIBIT 12



PLExpert00000381