# EXHIBIT 14



**dolores_mommapark**

**dolores_mommapark** There I go! Gold Cadillac SRXLOL making America great again all of us We were escorting the Biden bus out of town LOL turn San Antonio red

29w

**sscjim** @donaldjtrumpjr us #trump2020

29w    Reply

**david_baer** Bunch of wannabe ISIS fools. #BIDENHARRIS2020 ✌🏽

29w    Reply

10 likes

OCTOBER 30, 2020

Add a comment...    Post

---

More posts from **dolores_mommapark**







Plaintiffs00003680

