# EXHIBIT 52

# DOCUMENT PRODUCED NATIVELY