# EXHIBIT 53



Plaintiffs00006468