UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, et al. | § | |
| | § | |
| Plaintiffs, | § | Civil Action |
| v. | § | |
| | § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT CISNEROS' NOTICE REGARDING TRIAL DURATION**

As directed by the Court's May 2, 2024 Order (ECF No. 397), Defendant, Eliazar Cisneros (Cisneros) hereby notifies the Court as follows:

Regarding duration of trial, the defendant Cisneros anticipates that a jury trial of this matter will take four (4) to six (6) weeks. Cisneros joins in the Plaintiffs' request for a telephonic conference to discuss scheduling the trial.

The defendant Cisneros **does not consent** to trial by magistrate judge.

    Respectfully submitted,

*/S/ Francisco R. Canseco*
Francisco R Canseco
Texas Bar No. 03759600
*Pro Hac Vice*
19 Jackson Court
San Antonio, Texas 78230
frcanseco@gmail.com 210.901.4279
*Counsel for the Defendant Eliazar Cisneros*

1

2

#### CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that on May 7, 2024, the foregoing document, and any accompanying exhibits and proposed order, was served by CM/ECF upon all counsel of record.  I sent via email per agreement of the parties a copy of the foregoing to pro se Defendants Steve Ceh and Randi Ceh at the following addresses provided by the parties:

Steve Ceh
Steveceh33@gmail.com

Randi Ceh
Randiceh716@gmail.com

                                              */s/ Franciso R. Canseco*

                                              Francisco R. Canseco