# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Eric Cervini, Wendy Davis, David Gins, Timothy Holloway | § § § § § § | CIVIL NO: AU:21-CV-00565-RP |
| vs. | | |
| Eliazar Cisneros, et al | | |

## ORDER SETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, September 09, 2024 at 09:30 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 20th day of May, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE