**Defendants Robert and Joeylynn Mesaros's Trial Exhibits**[1]

In addition to any exhibits identified by any other party, the Mesaroses intend to present the following exhibits:

1. Videos recorded by Plaintiff Davis
2. Steve Ceh deposition exhibits
3. Exhibits filed with Mesaroses' motion to stay pending appeal
4. Production by Steve Ceh and Randi Ceh
5. Eliazar Cisneros deposition exhibits

Exhibits that may be offered if the need arises:

6. Text messages between Robert and Joeylynn Mesaros
7. Joeylynn Mesaros Facebook takeout
8. Robert Mesaros Facebook takeout

---

[1] This list is a placeholder. The Mesaroses will be filing an amended exhibit list, in the proper format, by Wednesday, July 24, 2024 with an accompanying motion for leave, which Plaintiffs are not opposed to.