## Defendants Robert and Joeylynn Mesaros's Witness List

Witnesses Robert and/or Joeylynn Mesaros expect to present:

- A. Eric Cervini
- B. Wendy Davis
- C. David Gins
- D. Timothy Holloway
- E. Joeylynn Mesaros
- F. Robert Mesaros
- G. Steve Ceh
- H. Randi Ceh
- I. Eliazar Cisneros
- J. Dolores Park
- K. Kyle Kreuger
- L. Hannah Ceh
- M. Crowe LLP
- N. Gryphon Strategies
- O. Sarah Hill
- P. Cody Ceh
- Q. Naomi Narvaiz
- R. Laura Kirby
- S. Edward Nino
- T. Emily Nino

Witnesses who might be called if the need arises:

- A. Biden-Harris 2020 Campaign representative
- B. Meta
- C. Shana Evans
- D. Mike Capizzi
- E. Jennifer Capizzi
- F. Jason Pena Ahuyon
- G. Chantal Guzman Pena
- H. Joe Garza
- I. Keith Lee
- J. Tammy Coiteaux
- K. Colin McLaren
- L. Michael Forges
- M. Mallory Lerma
- N. Brandon Winkenwerder

O. Matthew Daenzer
P. Cole Stapp
Q. Jacob Clark
R. Brittney Herbelin
S. City of San Marcos
T. City of New Braunfels
U. City of San Antonio
V. City of Kyle
W. City of Buda