UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK,<br><br>Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

**REPLY IN SUPPORT OF PLAINTIFF ERIC CERVINI'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND IN SUPPORT OF PLAINTIFF ERIC CERVINI'S SEALED MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF ERIC CERVINI'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

On July 11, 2023, Plaintiff Eric Cervini[1] file his Motion for Voluntary Dismissal With Prejudice (the "Motion"). Dkt. 414. The Motion respectfully requested the Court dismiss Dr. Cervini's claims with prejudice. Defendants' response to the Motion was due "not later than 14 days after the filing of the motion[.]" W.D. Tex. Local R. CV-7(D)(2).

No Defendant has filed an opposition to the Motion, nor has any Defendant requested additional time to do so. Indeed, the only filing in Reply to the Motion specifically withdrew prior opposition to the Motion. Dkt. 434 at 1 ("[T]he Mesaroses are not opposed to Cervini's request

---

[1] Dr. Cervini's name will be removed from the case caption if the Motion for Voluntary Dismissal, Dkt. 414, is granted and he is dismissed.

that his claims be dismissed with prejudice[.]").[2] As Defendants have either stated their non-opposition (*id.*; Dkt. 414 at 1) or failed to respond to the Motion "within the time period prescribed by th[e] rule, the court may grant the motion as unopposed." W.D. Tex. Local R. CV-7(D)(2). Plaintiffs therefore respectfully request that the Court consider the Motion unopposed and order the entry of Plaintiff's proposed order granting Plaintiff's Motion. *See* Dkt. 414-5.

Plaintiffs also respectfully request that the Court grant Plaintiff Eric Cervini's Sealed Motion For Leave to File Under Seal Plaintiff Eric Cervini's Motion for Voluntary Dismissal With Prejudice (the "Sealing Motion"). Dkt. 413. Defendants Joeylynn Mesaros and Robert Mesaros (together the "Mesaros Defendants") filed an opposition to the Sealing Motion on July 25, 2024. Dkt. 434. The Mesaros Defendants argue that "all of the material [Dr.] Cervini seeks to seal [] was already in the public domain . . . and/or already in the possession of Defendants and their counsel" and that it is thus "excluded from the reach of the protective order[.]" *Id.* at 1. However, Dr. Cervini's reaction to those materials and his reasons for withdrawal are in no way public, and the Protective Order permits a party to designate as classified "information that the party in good faith believes in fact is confidential" including "sensitive information that, if not restricted . . . may subject the producing or disclosing person to . . . harassment[.]" Dkt. 82 at 3. Dr. Cervini has well-founded reasons to believe that these documents are likely to subject him to harassment and he should thus not be required to publicly reproduce them on the docket, nor to publicly disclose his reaction to those documents. Plaintiffs thus respectfully request that this Court grant the Sealing Motion.

---

[2] Plaintiffs disagree with, and object to, the Mesaros Defendants' assertions regarding their "ability to seek fees, costs, and other sanctions for filing this frivolous litigation." Dkt. 434 at 1. Because the Mesaros Defendants have not yet sought such relief, Plaintiffs do not believe that responding to those arguments here is appropriate. Plaintiffs, however, reserve all rights.

- 3 -

Respectfully submitted,

___/s/ John Paredes_____

**TEXAS CIVIL RIGHTS PROJECT**
Christina M. Beeler (TX Bar No. 24096124)
Sarah Xiyi Chen (CA Bar No. 325327) (*pro hac vice*)
Veronikah Rhea Warms (TX Bar No. 24132682) (*pro hac vice*)
Travis Fife (TX Bar No. 24126956)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
christinab@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org
travis@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma (NY Bar No. 4942249) (*pro hac vice*)
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
john.paredes@protectdemocracy.org
orion.danjuma@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922) (*pro hac vice*)
Cerin Lindgrensavage (DC Bar No. 1741602) (*pro hac vice*)
JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)

Anne Harden Tindall (DC Bar No. 494607) (*pro hac vice*)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
cameron.kistler@protectdemocracy.org
cerin.lindgrensavage@protectdemocracy.org
joanna.suriani@protectdemocracy.org
anne.tindall@protectdemocracy.org

Benjamin L. Berwick (MA Bar No. 679207) (*pro hac vice*)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
ben.berwick@protectdemocracy.org

Jared Fletcher Davidson (LA Bar No. 37093) (*pro hac vice*)
The Protect Democracy Project, Inc.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
jared.davidson@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Michael Gottlieb (DC Bar No. 974960) (*pro hac vice*)
Robert Meyer (DC Bar No. 405632) (*pro hac vice*)
Samuel Hall (DC Bar No. 242110) (*pro hac vice*)
Meryl Conant Governski (DC Bar No. 1023549) (*pro hac vice*)
Jamielah Yancey (DC Bar No. 1619055)

(*pro hac vice*)
Rebecca Heath (DC Bar No. 1644402) (*pro hac vice*)
Amy R. Orlov (DC Bar No. 1780213) (*pro hac vice*)
Noah Mussmon (DC Bar No. 90006660) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
rmeyer@willkie.com
shall@willkie.com
mgovernski@willkie.com
jyancey@willkie.com
rheath@willkie.com
aorlov@willkie.com
nmussmon@willkie.com

Aaron E. Nathan (NY Bar No. 5478227) (*pro hac vice*)
Madeleine Tayer (NY Bar No. 5683545) (*pro hac vice*)
Christina Adele Peck (NY Bar No. 5923545) (*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: anathan@willkie.com
mtayer@willkie.com
cpeck@willkie.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2024, a true and correct copy of the foregoing has been served on all counsel of record and Defendants Steve Ceh and Randi Ceh by the Electronic Case File System of the Western District of Texas in compliance with the Federal Rules of Civil Procedure and by email as agreed by the parties.

DATED:  July 26, 2024                                         Respectfully submitted,

                                                                                         */s/ John Paredes*

                                                    **THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
john.paredes@protectdemocracy.org