UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, <br><br> Plaintiffs, <br><br> v. <br><br> ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, <br><br> Defendants. | Civil Action No. 1:21-cv-00565-RP <br><br> Hon. Robert Pitman |

**PLAINTIFFS' OBJECTIONS TO MESAROSES' EXHIBIT LIST**

Pursuant to the Court's July 12, 2024 scheduling Order, Dkt. 415, Federal Rule of Civil Procedure 26(a)(3) and Western District of Texas Civil Local Rule 16(g), Plaintiffs Wendy Davis, David Gins, and Timothy Holloway[1] herein submit their objections to Mesaros Exhibit List, Dkt. 433, the Exhibit List filed by Defendants Joeylynn Mesaros and Defendant Robert Mesaros for the trial in this matter beginning on September 9, 2024.

---

[1] Dr. Cervini's name will be removed from the case caption if the Motion for Voluntary Dismissal, Dkt. 414, is granted and he is dismissed.

| Exhibit No. | Description | Offer | Objection | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| D-Mes-1 | Wendy Davis video 1; Plfs 68; WD dep Exh 15 | | | | |
| D- Mes - 2 | Wendy Davis video 2; Plfs 69; WD dep Exh 16 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-241). | | |
| D- Mes - 3 | Wendy Davis video 3; Plfs 70; WD dep Exh 17 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-122). | | |
| D- Mes - 4 | Wendy Davis video 4; Plfs 71; WD dep Exh 18 | | 802 | | |
| D- Mes - 5 | TDP email to TDP Press 10/30/2020; Plfs 274–76; WD dep Exh 8 | | | | |
| D- Mes - 6 | Bexar County Dem Party Video; WD dep Exh 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-230). | | |
| D- Mes - 7 | Photo, W Davis outside bus; Plfs 214; | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-228). | | |

| | | | | | |
|---|---|---|---|---|---|
| | WD dep Exh 3 | | | | |
| D-Mes-8 | Photo, W Davis w/ T. Holloway inside bus; Plfs 3412; WD dep Exh 4 | | | | |
| D-Mes-9 | Text w/ photo Davis & Holloway; Plfs 3340; WD dep Exh 9 | | | | |
| D-Mes-10 | W Davis Facebook page (entire by live access at trial); WD dep Exh 6 | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4), rendering Plaintiffs unable to object with particularity.<br><br>Plaintiffs additionally object to the Mesaros Defendants' use of live links here, and in all other instances, to identify exhibits.  Images of these websites have not been captured or provided and are thus not appropriately identified under Local Rule CV-16(f)(4). The linked websites may change at any time before trial and may have changed since the Mesaros Defendants' sent the links. As a result, Plaintiffs cannot say with any certainty what will ultimately be used as an | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | exhibit in trial. (Hereinafter "Live Link Objection."). Nonetheless, 402, 403, 802, 901. Plaintiffs reserve all rights. | | |
| D- MᴇS - 11 | W Davis Beyond Roe flyer posted to FB (6/13/23) | | Improperly identified, Plaintiffs cannot access this document. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4), rendering Plaintiffs unable to object with particularity. Nonetheless, 402, 403, 802, 901. Plaintiffs reserve all rights. | | |
| D- MᴇS - 12 | W Davis Beyond Roe post to FB (6/13/23) (post with flyer image) | | Improperly identified, Plaintiffs cannot access this document. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4), rendering Plaintiffs unable to object with particularity. Nonetheless, 402, 403, 802, 901. Plaintiffs reserve all rights. | | |
| D- MᴇS - 13 | W Davis FB post 11/4/2020; WD dep Exh 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-232). | | |
| D- MᴇS - 14 | Text messages W Davis; Plfs 3211–3223; | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-235). | | |

| | WD dep Exh 10 | | | | |
|---|---|---|---|---|---|
| D- MᴇS - 15 | Text messages W Davis; Plfs 3339; WD dep Exh 11 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-236). | | |
| D- MᴇS - 16 | Text messages W Davis, CNN article; Plfs 3413–21 ; WD dep Exh 12 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-237). | | |
| D- MᴇS - 17 | CNN article referenced in foregoing exh | | 901, 802, 402, 403 | | |
| D- MᴇS - 18 | Text W Davis w/ L. Lowry; Plfs 3493; WD dep Exh 13 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-238). | | |
| D- MᴇS - 19 | Email re W Davis students/pets video; Plfs 824; WD dep Exh 14 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-239). | | |
| D- MᴇS - 20 | Video: W Davis encourages canceling votes of intimidating Trump supporters; Linked within WD dep Exh 14 | | Live Link Objection. 901. | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ - 21 | W Davis texts w/ photo of front of bus, campaign discussion; Plfs 3215–27; w/in WD dep Exh 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-244-A and B). | | |
| D- Mᴇꜱ - 22 | W Davis texts; Plfs 3236–38; w/in WD dep Exh 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-244-E). | | |
| D- Mᴇꜱ - 23 | Photo from Zoom call w/ Plaintiffs; WD dep Exh 22 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-247). | | |
| D- Mᴇꜱ - 24 | W Davis medical records | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-249). | | |
| D- Mᴇꜱ - 25 | Deeds Not Words Instagram posts; WD dep Exh 27 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-252). | | |
| D- Mᴇꜱ - 26 | E. Cervini & G. Lehrmann texts; Plfs 3228–34; w/in WD dep Exh 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-244-C). | | |
| D- Mᴇꜱ - 27 | Steve Ceh deposition exhibits (all) | | (Listed Individually Below) | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 27-A | Steve Ceh deposition exhibit 1 | | | | |
| D- MES - 27-B | Steve Ceh deposition exhibit 2 | | | | |
| D- MES - 27-C | Steve Ceh deposition exhibit 3 | | | | |
| D- MES - 27-D | Steve Ceh deposition exhibit 4 | | | | |
| D- MES - 27-E | Steve Ceh deposition exhibit 5 | | | | |
| D- MES - 27-F | Steve Ceh deposition exhibit 6 | | 802 | | |
| D- MES - 27-G | Steve Ceh deposition exhibit 7 | | | | |
| D- MES - 27-H | Steve Ceh deposition exhibit 8 | | | | |
| D- MES - 27-I | Steve Ceh deposition exhibit 11 | | | | |
| D- MES - 27-J | Steve Ceh deposition exhibit 12 | | | | |
| D- MES - 27-K | Steve Ceh deposition exhibit 13 | | | | |
| D- MES - 27-L | Steve Ceh deposition exhibit 14 | | 802 | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ - 27-M | Steve Ceh deposition exhibit 15 | | | | |
| D- Mᴇꜱ - 27-N | Steve Ceh deposition exhibit 17 | | | | |
| D- Mᴇꜱ - 27-O | Steve Ceh deposition exhibit 19 | | | | |
| D- Mᴇꜱ - 27-P | Steve Ceh deposition exhibit 22 | | | | |
| D- Mᴇꜱ - 27-Q | Steve Ceh deposition exhibit 24 | | | | |
| D- Mᴇꜱ - 28 | TTNB Facebook Post; S Ceh dep Exh 9 | | | | |
| D- Mᴇꜱ - 29 | TTNB Facebook Post; S Ceh dep Exh 10 | | 802 | | |
| D- Mᴇꜱ - 30 | Video: Steve Ceh pre-Trump Train speech; S Ceh dep Exh 16 | | | | |
| D- Mᴇꜱ - 31 | Video: video of Biden bus and flag vehicles from access road; S Ceh dep Exh 18 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 32 | J Mesaros Facebook messages; JM dep Exh 1 | | 802 | | |
| D- MES - 33 | J Mesaros Facebook messages; JM dep Exh 2 | | 802 | | |
| D- MES - 34 | J Mesaros Facebook messages; JM dep Exh 3 | | 802 | | |
| D- MES - 35 | Texts J. Mesaros and R. Mesaros; Mesaros 1879–2081; JM dep Exh 4 | | 802 | | |
| D- MES - 36 | Texts J. Mesaros and R. Ceh; Mesaros 1707–30; JM dep Exh 5 | | 802 | | |
| D- MES - 37 | Texts J. Mesaros and S. Evans; Mesaros 1732–1878; JM dep Exh 6 | | 802 | | |
| D- MES - 38 | Screenshot JM Facebook post, friendly escort (10/30/2020); JM dep Exh 16 | | | | |
| D- MES - 39 | NBTT Post by J. Mesaros, TTNB doesn't | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | mess around (10/30/2020); NONPARTY ALLISON 18319-26; JM Dep Exh 17 | | | | |
| D- MES - 40 | Screenshot JM Facebook post re Forbes article (10/31/2020); JM dep Exh 18 | | 802 | | |
| D- MES - 41 | Exhibits to R. Mesaros deposition (all) | | (Listed Individually Below) | | |
| D- MES - 41-A | R. Mesaros deposition exhibit 1 | | | | |
| D- MES - 41-B | R. Mesaros deposition exhibit 2 | | | | |
| D- MES - 41-C | R. Mesaros deposition exhibit 2a | | | | |
| D- MES - 41-D | R. Mesaros deposition exhibit 3 | | | | |
| D- MES - 41-E | R. Mesaros deposition exhibit 3a | | | | |
| D- MES - 41-F | R. Mesaros deposition exhibit 4 | | 802 | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 41-G | R. Mesaros deposition exhibit 5 | | | | |
| D- MES - 41-H | R. Mesaros deposition exhibit 6 | | 901, 402 | | |
| D- MES - 41-I | R. Mesaros deposition exhibit 7 | | | | |
| D- MES - 41-J | R. Mesaros deposition exhibit 8 | | 402 | | |
| D- MES - 41-K | R. Mesaros deposition exhibit 9 | | | | |
| D- MES - 41-L | R. Mesaros deposition exhibit 10 | | | | |
| D- MES - 41-M | R. Mesaros deposition exhibit 11 | | | | |
| D- MES - 41-N | R. Mesaros deposition exhibit 12 | | | | |
| D- MES - 41-O | R. Mesaros deposition exhibit 13 | | | | |
| D- MES - 41-P | R. Mesaros deposition exhibit 14 | | | | |
| D- MES - 41-Q | R. Mesaros deposition exhibit 15 | | | | |
| D- MES - 41-R | R. Mesaros deposition exhibit 16 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 41-S | R. Mesaros deposition exhibit 17 | | | | |
| D- MES - 41-T | R. Mesaros deposition exhibit 18 | | 802 | | |
| D- MES - 41-U | R. Mesaros deposition exhibit 19 | | | | |
| D- MES - 41-V | R. Mesaros deposition exhibit 20 | | | | |
| D- MES - 41-W | R. Mesaros deposition exhibit 20a | | | | |
| D- MES - 41-X | R. Mesaros deposition exhibit 21 | | | | |
| D- MES - 42 | Video: Staffer A and Cisneros; E Cisneros dep Exh 22 | | | | |
| D- MES - 43 | Mesaros Motion for Stay Exh D, invoices (9/23/22) | | 901, 802, 602, 402, 403 | | |
| D- MES - 44 | Mesaros Motion for Stay Exh G (9/23/22) | | 901, 802, 602, 403, 402 | | |
| D- MES - 45 | Mesaros Motion for Stay Exh H (9/23/22) | | 901, 802, 602, 403, 402 | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ - 46 | J Mesaros Response to RFP and Spectrum records (filed 1/3/24); Exh A to ECF 284 | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence. *See* Dkt. 389. Additionally, 901, 802, 602, 403, 402. | | |
| D- Mᴇꜱ - 47 | R Mesaros Response to RFP and Spectrum records; Exh B to ECF 284 | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence. *See* Dkt. 389. Additionally, 901, 802, 602, 403, 402. | | |
| D- Mᴇꜱ - 48 | Emails J. Najvar and J. Suriani re retaining Crowe; Exh C to ECF 284 | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence. *See* Dkt. 389. Additionally, 901, 802, 602, 403, 402. | | |
| D- Mᴇꜱ - 49 | Email work order to Crowe; Exh D to ECF 284 | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence. *See* Dkt. 389. Additionally, 901, 802, 602, 403, 402. | | |
| D- Mᴇꜱ - 50 | Crowe Nov 2022 report; | | Plaintiffs object to any evidence presented for | | |

- 13 -

| | | | | | |
|---|---|---|---|---|---|
| | Exh E to ECF 284 | | the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence.  *See* Dkt. 389. Additionally, 901, 802, 602, 403, 402. | | |
| D- MES - 51 | Crowe Dec 2022 report; Exh F to resp ECF 284 | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence.  *See* Dkt. 389. Additionally, 901, 802, 701, Improper Expert Opinion, 403, 402, 602. | | |
| D- MES - 52 | Email J. Najvar and Plfs' counsel re Spectrum subpoena; Exh G to resp to sanctions mtn | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence.  *See* Dkt. 389. Additionally, 901, 802, 602, 403, 402. | | |
| D- MES - 53 | Messages harassing Mesaroses after Oct 30 2020; Filed on docket (ECF to be identified) | | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4), rendering Plaintiffs unable to object with particularity. Nonetheless, 802, 402, 403, 901. Plaintiffs reserve all rights. | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 54 | Randi Ceh deposition exhibits (all) | | (Listed Individually Below) | | |
| D- MES - 54-A | R. Ceh deposition exhibit 1 | | | | |
| D- MES - 54-B | R. Ceh deposition exhibit 2 | | | | |
| D- MES - 54-C | R. Ceh deposition exhibit 3 | | | | |
| D- MES - 54-D | R. Ceh deposition exhibit 4 | | | | |
| D- MES - 54-E | R. Ceh deposition exhibit 5 | | 802 | | |
| D- MES - 54-F | R. Ceh deposition exhibit 6 | | | | |
| D- MES - 54-G | R. Ceh deposition exhibit 7 | | 802 | | |
| D- MES - 54-H | R. Ceh deposition exhibit 8 | | | | |
| D- MES - 54-I | R. Ceh deposition exhibit 9 | | | | |
| D- MES - 54-J | R. Ceh deposition exhibit 10 | | | | |
| D- MES - 54-K | R. Ceh deposition exhibit 11 | | | | |

| D- MES -54-L | R. Ceh deposition exhibit 12 | | 802 | | |
|---|---|---|---|---|---|
| D- MES -54-M | R. Ceh deposition exhibit 13 | | | | |
| D- MES -54-N | R. Ceh deposition exhibit 14 | | | | |
| D- MES -54-O | R. Ceh deposition exhibit 15 | | | | |
| D- MES -54-P | R. Ceh deposition exhibit 16 | | 802 | | |
| D- MES -54-Q | R. Ceh deposition exhibit 17 | | 802 | | |
| D- MES -54-R | R. Ceh deposition exhibit 18 | | 802 | | |
| D- MES -54-S | R. Ceh deposition exhibit 19 | | | | |
| D- MES -54-T | R. Ceh deposition exhibit 20 | | | | |
| D- MES -54-U | R. Ceh deposition exhibit 21 | | 802 | | |
| D- MES -54-V | R. Ceh deposition exhibit 22 | | 802 | | |
| D- MES -54-W | R. Ceh deposition exhibit 23 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 54-X | R. Ceh deposition exhibit 24 | | | | |
| D- MES - 54-Y | R. Ceh deposition exhibit 25 | | | | |
| D- MES - 54-Z | R. Ceh deposition exhibit 26 | | | | |
| D- MES - 54-AA | R. Ceh deposition exhibit 27 | | | | |
| D- MES - 54-BB | R. Ceh deposition exhibit 28 | | 802 | | |
| D- MES - 54-CC | R. Ceh deposition exhibit 29 | | | | |
| D- MES - 54-DD | R. Ceh deposition exhibit 30 | | 802 | | |
| D- MES - 54-EE | R. Ceh deposition exhibit 31 | | 802 | | |
| D- MES - 54-FF | R. Ceh deposition exhibit 32 | | 802 | | |
| D- MES - 55 | Eliazar Cisneros deposition exhibits (all) | | (Listed Individually Below) | | |
| D- MES - 55-A | E. Cisneros deposition exhibit 1 | | 802 | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 55-B | E. Cisneros deposition exhibit 2 | | 802 | | |
| D- MES - 55-C | E. Cisneros deposition exhibit 3 | | 802 | | |
| D- MES - 55-D | E. Cisneros deposition exhibit 4 | | | | |
| D- MES - 55-E | E. Cisneros deposition exhibit 5 | | | | |
| D- MES - 55-F | E. Cisneros deposition exhibit 6 | | | | |
| D- MES - 55-G | E. Cisneros deposition exhibit 7 | | 802 | | |
| D- MES - 55-H | E. Cisneros deposition exhibit 7a | | | | |
| D- MES - 55-I | E. Cisneros deposition exhibit 8 | | | | |
| D- MES - 55-J | E. Cisneros deposition exhibit 11 | | 802 | | |
| D- MES - 55-K | E. Cisneros deposition exhibit 12 | | 802 | | |
| D- MES - 55-L | E. Cisneros deposition exhibit 13 | | | | |
| D- MES - 55-M | E. Cisneros deposition exhibit 15 | | | | |

へ

| D- Mᴇs - 55-N | E. Cisneros deposition exhibit 16 | | 901 | | |
|---|---|---|---|---|---|
| D- Mᴇs - 55-O | E. Cisneros deposition exhibit 17 | | 802 | | |
| D- Mᴇs - 55-P | E. Cisneros deposition exhibit 19 | | | | |
| D- Mᴇs - 55-Q | E. Cisneros deposition exhibit 20 | | | | |
| D- Mᴇs - 55-R | E. Cisneros deposition exhibit 21a | | | | |
| D- Mᴇs - 55-S | E. Cisneros deposition exhibit 22 | | | | |
| D- Mᴇs - 55-T | E. Cisneros deposition exhibit 24 | | 901, 802, 701, Improper Expert Opinion, 602, 403, 402 | | |
| D- Mᴇs - 55-U | E. Cisneros deposition exhibit 25 | | 901, 802 | | |
| D- Mᴇs - 55-V | E. Cisneros deposition exhibit 29 | | | | |
| D- Mᴇs - 56 | D Gins Responses to Mesaroses' Interrogatories | | Exhibit does not exist. | | |
| D- Mᴇs - 57 | T Holloway Responses to Mesaroses' | | Exhibit does not exist. | | |

| | Interrogatories | | | | |
|---|---|---|---|---|---|
| D- MES - 58 | W Davis Responses to Mesaroses' Interrogatories | | 402, 802 | | |
| D- MES - 59 | E Cervini Responses to Mesaroses' Interrogatories | | 402, 802 | | |
| D- MES - 60 | Mallory Lerma deposition exhibits (all) | | | | |
| D- MES - 60-A | M. Lerma deposition exhibit 1 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-3). | | |
| D- MES - 60-B | M. Lerma deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-4). | | |
| D- MES - 60-C | M. Lerma deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-5). | | |
| D- MES - 60-D | M. Lerma deposition exhibit 4 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-6). | | |
| D- MES - 60-E | M. Lerma deposition exhibit 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-7). | | |

| D- MES - 60-F | M. Lerma deposition exhibit 6 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-8). | | |
|---|---|---|---|---|---|
| D- MES - 60-G | M. Lerma deposition exhibit 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-9). | | |
| D- MES - 60-H | M. Lerma deposition exhibit 8 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-10). | | |
| D- MES - 60-I | M. Lerma deposition exhibit 9 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-11). | | |
| D- MES - 60-J | M. Lerma deposition exhibit 10 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-12). | | |
| D- MES - 60-K | M. Lerma deposition exhibit 11 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-13). | | |
| D- MES - 60-L | M. Lerma deposition exhibit 12 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-14). | | |
| D- MES - 60-M | M. Lerma deposition exhibit 13 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-15). | | |
| D- MES - 60-N | M. Lerma deposition exhibit 14 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-16). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES -60-O | M. Lerma deposition exhibit 15 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-17). | | |
| D- MES -60-P | M. Lerma deposition exhibit 16 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-18). | | |
| D- MES -60-Q | M. Lerma deposition exhibit 17 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-19). | | |
| D- MES -60-R | M. Lerma deposition exhibit 18 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-20). | | |
| D- MES -60-S | M. Lerma deposition exhibit 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-21). | | |
| D- MES -60-T | M. Lerma deposition exhibit 20 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-22). | | |
| D- MES -60-U | M. Lerma deposition exhibit 21 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-23). | | |
| D- MES -61 | Sarah Hill deposition exhibits (all) | | (Listed Individually Below) | | |
| D-MES-61-A | S. Hill deposition exhibit 1 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-26). | | |

| | | | | | |
|---|---|---|---|---|---|
| D-Mᴇs-61-B | S. Hill deposition exhibit 2 | | | | |
| D-Mᴇs-61-D | S. Hill deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-28). | | |
| D-Mᴇs-61-E | S. Hill deposition exhibit 4 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-29). | | |
| D-Mᴇs-61-F | S. Hill deposition exhibit 6 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-31). | | |
| D-Mᴇs-61-G | S. Hill deposition exhibit 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-32). | | |
| D-Mᴇs-61-H | S. Hill deposition exhibit 8 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-33). | | |
| D-Mᴇs-61-I | S. Hill deposition exhibit 9 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-34). | | |
| D-Mᴇs-61-J | S. Hill deposition exhibit 10 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-35). | | |
| D- Mᴇs -62 | Laura Kirby deposition exhibits (all) | | (Listed Individually Below) | | |
| D- Mᴇs -62-A | L. Kirby deposition exhibit 1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mᴇs - 62-B | L. Kirby deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-39). | | |
| D- Mᴇs - 62-C | L. Kirby deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-40). | | |
| D- Mᴇs - 62-D | L. Kirby deposition exhibit 4 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-41). | | |
| D- Mᴇs - 62-E | L. Kirby deposition exhibit 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-42). | | |
| D- Mᴇs - 62-F | L. Kirby deposition exhibit 6 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-43). | | |
| D- Mᴇs - 62-G | L. Kirby deposition exhibit 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-44). | | |
| D- Mᴇs - 62-H | L. Kirby deposition exhibit 8 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-45). | | |
| D- Mᴇs - 62-I | L. Kirby deposition exhibit 9 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-46). | | |
| D- Mᴇs - 62-J | L. Kirby deposition exhibit 10 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-47). | | |

| | | | | | |
|---|---|---|---|---|---|
| D-MES-62-K | L. Kirby deposition exhibit 11 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-48). | | |
| D-MES-62-L | L. Kirby deposition exhibit 12 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-49). | | |
| D-MES-62-M | L. Kirby deposition exhibit 13 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-50). | | |
| D-MES-62-N | L. Kirby deposition exhibit 14 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-51). | | |
| D-MES-62-O | L. Kirby deposition exhibit 15 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-52). | | |
| D-MES-62-P | L. Kirby deposition exhibit 16 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-53). | | |
| D-MES-62-Q | L. Kirby deposition exhibit 17 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-54). | | |
| D-MES-62-R | L. Kirby deposition exhibit 18 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-55). | | |
| D-MES-62-S | L. Kirby deposition exhibit 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-56). | | |

| D- Mᴇꜱ - 62-T | L. Kirby deposition exhibit 20 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-57). | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ - 62-U | L. Kirby deposition exhibit 21 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-58). | | |
| D- Mᴇꜱ - 63 | David Gins deposition exhibits (all) | | (Listed Individually Below) | | |
| D- Mᴇꜱ - 63-A | D. Gins deposition exhibit 1 | | | | |
| D- Mᴇꜱ - 63-B | D. Gins deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-61). | | |
| D- Mᴇꜱ - 63-C | D. Gins deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-62). | | |
| D- Mᴇꜱ - 63-D | D. Gins deposition exhibit 4 | | | | |
| D- Mᴇꜱ - 63-D | D. Gins deposition exhibit 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-64). | | |
| D- Mᴇꜱ - 63-E | D. Gins deposition exhibit 6 | | | | |
| D- Mᴇꜱ - 63-F | D. Gins deposition exhibit 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-66). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 63-G | D. Gins deposition exhibit 8 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-67). | | |
| D- MES - 63-H | D. Gins deposition exhibit 9 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-68). | | |
| D- MES - 63-I | D. Gins deposition exhibit 10 | | | | |
| D- MES - 63-J | D. Gins deposition exhibit 11 | | | | |
| D- MES - 63-K | D. Gins deposition exhibit 12 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-71). | | |
| D- MES - 63-L | D. Gins deposition exhibit 13 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-72). | | |
| D- MES - 63-M | D. Gins deposition exhibit 14 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-73). | | |
| D- MES - 63-N | D. Gins deposition exhibit 15 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-74). | | |
| D- MES - 63-O | D. Gins deposition exhibit 16 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-75). | | |
| D- MES - 63-P | D. Gins deposition exhibit 17 | | See objections in Plaintiffs' response to | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Park exhibit list (Ex. D-Park-76). | | |
| D- MES - 63-Q | D. Gins deposition exhibit 18 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-77). | | |
| D- MES - 63-R | D. Gins deposition exhibit 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-78). | | |
| D- MES - 63-S | D. Gins deposition exhibit 20 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-79). | | |
| D- MES - 63-T | D. Gins deposition exhibit 21 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-80). | | |
| D- MES - 63-U | D. Gins deposition exhibit 22 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-81). | | |
| D- MES - 63-V | D. Gins deposition exhibit 23 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-82). | | |
| D- MES - 63-W | D. Gins deposition exhibit 24 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-83). | | |
| D- MES - 63-X | D. Gins deposition exhibit 25 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-84). | | |
| D- MES - 63-Y | D. Gins deposition exhibit 26 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-85). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ -63-Z | D. Gins deposition exhibit 27 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-86). | | |
| D- Mᴇꜱ -63-AA | D. Gins deposition exhibit 28 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-87). | | |
| D- Mᴇꜱ -63-BB | D. Gins deposition exhibit 29 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-88). | | |
| D- Mᴇꜱ -63-CC | D. Gins deposition exhibit 30 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-89). | | |
| D- Mᴇꜱ -63-DD | D. Gins deposition exhibit 31 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-90). | | |
| D- Mᴇꜱ -63-EE | D. Gins deposition exhibit 32 | | | | |
| D- Mᴇꜱ -63-FF | D. Gins deposition exhibit 33 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-92). | | |
| D- Mᴇꜱ -63-GG | D. Gins deposition exhibit 34 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-93). | | |
| D- Mᴇꜱ -63-HH | D. Gins deposition exhibit 35 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-94). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 63-II | D. Gins deposition exhibit 36 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-95). | | |
| D- MES - 63-JJ | D. Gins deposition exhibit 37 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-96). | | |
| D- MES - 63-LL | D. Gins deposition exhibit 38 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-97). | | |
| D- MES - 63-MM | D. Gins deposition exhibit 39 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-98). | | |
| D- MES - 63-NN | D. Gins deposition exhibit 40 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-99). | | |
| D- MES - 63-OO | D. Gins deposition exhibit 41 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-100). | | |
| D- MES - 63-PP | D. Gins deposition exhibit 42 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-101). | | |
| D- MES - 63-QQ | D. Gins deposition exhibit 43 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-102). | | |
| D- MES - 63-RR | D. Gins deposition exhibit 44 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-103). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ - 63-SS | D. Gins deposition exhibit 45 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-104). | | |
| D- Mᴇꜱ - 63-TT | D. Gins deposition exhibit 46 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-105). | | |
| D- Mᴇꜱ - 63-UU | D. Gins deposition exhibit 47 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-106). | | |
| D- Mᴇꜱ - 63-VV | D. Gins deposition exhibit 48 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-107). | | |
| D- Mᴇꜱ - 63-WW | D. Gins deposition exhibit 49 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-108). | | |
| D- Mᴇꜱ - 63-XX | D. Gins deposition exhibit 50 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-109). | | |
| D- Mᴇꜱ - 63-YY | D. Gins deposition exhibit 51 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-110). | | |
| D- Mᴇꜱ - 63-ZZZ | D. Gins deposition exhibit 52 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-111). | | |
| D- Mᴇꜱ - 63-AAA | D. Gins deposition exhibit 53 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-112). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mes - 63-BBB | D. Gins deposition exhibit 54 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-113). | | |
| D- Mes - 63-CCC | D. Gins deposition exhibit 55 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-114). | | |
| D- Mes - 63-DDD | D. Gins deposition exhibit 56 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-115). | | |
| D- Mes - 63-EEE | D. Gins deposition exhibit 57 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-116). | | |
| D- Mes - 63-FFF | D. Gins deposition exhibit 58 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-117). | | |
| D- Mes - 63-GGG | D. Gins deposition exhibit 59 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-118). | | |
| D- Mes - 63-HHH | D. Gins deposition exhibit 60 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-119). | | |
| D- Mes - 63-III | D. Gins deposition exhibit 61 | | | | |
| D- Mes - 63-JJJ | D. Gins deposition exhibit 62 | | | | |
| D- Mes - 63-KKK | D. Gins deposition exhibit 63 | | See objections in Plaintiffs' response to | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Park exhibit list (Ex. D-Park-122). | | |
| D-MES-63-LLL | D. Gins deposition exhibit 64 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-123). | | |
| D-MES-63-MMM | D. Gins deposition exhibit 65 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-124). | | |
| D-MES-63-NNN | D. Gins deposition exhibit 66 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-125). | | |
| D-MES-63-OOO | D. Gins deposition exhibit 67 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-126). | | |
| D-MES-63-PPP | D. Gins deposition exhibit 68 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-127). | | |
| D-MES-63-QQQ | D. Gins deposition exhibit 69 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-128). | | |
| D-MES-63-RRR | D. Gins deposition exhibit 70 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-129). | | |
| D-MES-63-SSS | D. Gins deposition exhibit 71 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-130). | | |
| D-MES-63-TTT | D. Gins deposition exhibit 72 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-131). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES - 63-UUU | D. Gins deposition exhibit 73 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-132). | | |
| D- MES - 63-VVV | D. Gins deposition exhibit 74 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-133). | | |
| D- MES - 63-WWW | D. Gins deposition exhibit 75 | | | | |
| D- MES - 63-XXX | D. Gins deposition exhibit 76 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-135). | | |
| D- MES - 63-YYY | D. Gins deposition exhibit 77 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-136). | | |
| D- MES - 63-ZZZ | D. Gins deposition exhibit 78 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-137). | | |
| D- MES - 63-AAAA | D. Gins deposition exhibit 79 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-138). | | |
| D- MES - 64 | Timothy Holloway deposition exhibits (all) | | (Listed Individually Below) | | |
| D- MES - 64-A | T. Holloway deposition exhibit 1 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-140). | | |

| D- MES - 64-B | T. Holloway deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-141). | | |
|---|---|---|---|---|---|
| D- MES - 64-C | T. Holloway deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-142). | | |
| D- MES - 64-D | T. Holloway deposition exhibit 4 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-143). | | |
| D- MES - 64-E | T. Holloway deposition exhibit 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-144). | | |
| D- MES - 64-F | T. Holloway deposition exhibit 6 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-145). | | |
| D- MES - 64-G | T. Holloway deposition exhibit 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-146). | | |
| D- MES - 64-H | T. Holloway deposition exhibit 8 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-147). | | |
| D- MES - 64-I | T. Holloway deposition exhibit 9 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-148). | | |
| D- MES - 64-J | T. Holloway deposition exhibit 10 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-149). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ -64-K | T. Holloway deposition exhibit 11 | | | | |
| D- Mᴇꜱ -64-L | T. Holloway deposition exhibit 12 | | | | |
| D- Mᴇꜱ -64-M | T. Holloway deposition exhibit 13 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-152). | | |
| D- Mᴇꜱ -64-N | T. Holloway deposition exhibit 14 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-153). | | |
| D- Mᴇꜱ -64-O | T. Holloway deposition exhibit 15 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-154). | | |
| D- Mᴇꜱ -64-P | T. Holloway deposition exhibit 16 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-155). | | |
| D- Mᴇꜱ -64-Q | T. Holloway deposition exhibit 17 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-156). | | |
| D- Mᴇꜱ -64-R | T. Holloway deposition exhibit 18 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-157). | | |
| D- Mᴇꜱ -64-S | T. Holloway deposition exhibit 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-158). | | |
| D- Mᴇꜱ -65 | Dr. Peter Simi deposition exhibits (all) | | (Listed Individually Below) | | |

| D-MES-65-A | P. Simi deposition exhibit 1 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-160). | | |
|---|---|---|---|---|---|
| D-MES-65-B | P. Simi deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-161). | | |
| D-MES-65-C | P. Simi deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-162). | | |
| D-MES-65-D | P. Simi deposition exhibit 4 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-163). | | |
| D-MES-66 | Dr. Kathleen Blee deposition exhibits (all) | | (Listed Individually Below) | | |
| D-MES-66-A | K. Blee deposition exhibit 1 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-165). | | |
| D-MES-66-B | K. Blee deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-166). | | |
| D-MES-66-C | K. Blee deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-167). | | |
| D-MES-66-D | K. Blee deposition exhibit 4 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-168). | | |

| D- Mᴇꜱ -66-E | K. Blee deposition exhibit 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-169). | | |
|---|---|---|---|---|---|
| D- Mᴇꜱ -66-F | K. Blee deposition exhibit 6 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-170). | | |
| D- Mᴇꜱ -66-G | K. Blee deposition exhibit 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-171). | | |
| D- Mᴇꜱ -66-H | K. Blee deposition exhibit 8 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-172). | | |
| D- Mᴇꜱ -66-I | K. Blee deposition exhibit 9 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-173). | | |
| D- Mᴇꜱ -66-J | K. Blee deposition exhibit 10 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-174). | | |
| D- Mᴇꜱ -66-K | K. Blee deposition exhibit 11 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-175). | | |
| D- Mᴇꜱ -66-L | K. Blee deposition exhibit 12 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-176). | | |
| D- Mᴇꜱ -66-M | K. Blee deposition exhibit 13 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-177). | | |

| D-MES-66-N | K. Blee deposition exhibit 14 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-178). | | |
|---|---|---|---|---|---|
| D-MES-66-O | K. Blee deposition exhibit 15 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-179). | | |
| D-MES-66-P | K. Blee deposition exhibit 16 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-180). | | |
| D-MES-66-Q | K. Blee deposition exhibit 17 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-181). | | |
| D-MES-66-R | K. Blee deposition exhibit 18 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-182). | | |
| D-MES-66-S | K. Blee deposition exhibit 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-183). | | |
| D-MES-67 | Dr. Theron Bowman deposition exhibits (all) | | (Listed Individually Below) | | |
| D-MES-67-A | T. Bowman deposition exhibit 1 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-185). | | |
| D-MES-67-B | T. Bowman deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-186). | | |

| | | | | | |
|---|---|---|---|---|---|
| D-MES-67-C | T. Bowman deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-187). | | |
| D-MES-67-D | T. Bowman deposition exhibit 4 | | | | |
| D-MES-67-E | T. Bowman deposition exhibit 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-189). | | |
| D-MES-68 | ALL PHOTOS AND VIDEOS W/IN MESAROS 1; Mesaros 1 (w/in folder) | | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4), but notes no objection to the contents of this folder that are also designated on Plaintiffs' exhibit list. To the extent Defendants seek to introduce every photo and video in this folder into evidence, Plaintiffs object under Rule 403 for needlessly presenting cumulative evidence. Plaintiffs reserve all rights to object if more precise identification is provided. | | |
| D-MES-69 | Video facebook.mp4 ; Mesaros 2 (w/in folder) | | 901, 802, 602, 403 | | |
| D-MES-70 | Video (ending in -3a4f12__.mp4 ); | | 901, 802, 602, 403 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Mesaros 2 (w/in folder) | | | | |
| D-MES-71 | ALL VIDEOS W/IN MESAROS 3; Mesaros 3 (w/in folder) | | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4). Out of an abundance of caution, list specific objections to the documents listed immediately below. To the extent Defendants seek to introduce every video in this folder into evidence, Plaintiffs object under Rule 403 for needlessly presenting cumulative evidence. Plaintiffs reserve all rights to object if more precise identification is provided. | | |
| D-MES-71-A | File Named: (1) Facebook | | 802, 901 | | |
| D-MES-71-B | File Named: (1) Trump Train NB Facebook - (Now This video) | | 802, 901, 602, 403, 402, 106 | | |
| D-MES-71-C | File Named: (1) Trump Train NB Facebook (1) (MSM Video) | | 802, 602, 402, 403, 106, 901, 701 | | |
| D-MES-71-D | File Named: (1) Trump Train NB Facebook (2) (White car keeps | | 901, 802, 602, 403 | | |

| | | | | |
|---|---|---|---|---|
| | swerving video) | | | |
| D- Mᴇꜱ - 71-E | File Named: (1) Trump Train NB Facebook copy | | 802, 701, 602, 403, 106, 901 | |
| D- Mᴇꜱ - 71-F | File Named: Trump Train NB Facebook Copy | | 901, 802, 602, 403 | |
| D- Mᴇꜱ - 72 | CNN report video; Mesaros 5 | | 106, 402, 403, 802, 602, 701, 901 | |
| D- Mᴇꜱ - 73 | Eric Cervini deposition exhibits (all) | | (Listed Individually Below) | |
| D- Mᴇꜱ - 73-A | E. Cervini deposition exhibit 1 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-194). | |
| D- Mᴇꜱ - 73-B | E. Cervini deposition exhibit 2 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-195). | |
| D- Mᴇꜱ - 73-C | E. Cervini deposition exhibit 3 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-196). | |
| D- Mᴇꜱ - 73-D | E. Cervini deposition exhibit 4 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-197). | |
| D- Mᴇꜱ - 73-E | E. Cervini deposition exhibit 5 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-198). | |

| D- MES - 73-F | E. Cervini deposition exhibit 6 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-199). | | |
|---|---|---|---|---|---|
| D- MES - 73-G | E. Cervini deposition exhibit 7 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-200). | | |
| D- MES - 73-H | E. Cervini deposition exhibit 8 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-201). | | |
| D- MES - 73-I | E. Cervini deposition exhibit 9 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-202). | | |
| D- MES - 73-J | E. Cervini deposition exhibit 10 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-203). | | |
| D- MES - 73-K | E. Cervini deposition exhibit 11 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-204). | | |
| D- MES - 73-L | E. Cervini deposition exhibit 12 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-205). | | |
| D- MES - 73-M | E. Cervini deposition exhibit 13 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-206). | | |
| D- MES - 73-N | E. Cervini deposition exhibit 14 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-207). | | |

| D- MES -73-O | E. Cervini deposition exhibit 15 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-208). | | |
|---|---|---|---|---|---|
| D- MES -73-P | E. Cervini deposition exhibit 16 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-209). | | |
| D- MES -73-Q | E. Cervini deposition exhibit 17 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-210). | | |
| D- MES -73-R | E. Cervini deposition exhibit 18 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-211). | | |
| D- MES -73-S | E. Cervini deposition exhibit 19 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-212). | | |
| D- MES -73-T | E. Cervini deposition exhibit 20 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-213). | | |
| D- MES -73-U | E. Cervini deposition exhibit 21 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-214). | | |
| D- MES -73-V | E. Cervini deposition exhibit 22 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-215). | | |
| D- MES -73-W | E. Cervini deposition exhibit 23 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-216). | | |

| | | | | | |
|---|---|---|---|---|---|
| D- MES -73-X | E. Cervini deposition exhibit 24 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-217). | | |
| D- MES -73-Y | E. Cervini deposition exhibit 25 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-218). | | |
| D- MES -73-Z | E. Cervini deposition exhibit 26 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-219). | | |
| D- MES -73-AA | E. Cervini deposition exhibit 27 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-220). | | |
| D- MES -73-BB | E. Cervini deposition exhibit 28 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-221). | | |
| D- MES -73-CC | E. Cervini deposition exhibit 29 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-222). | | |
| D- MES -73-DD | E. Cervini deposition exhibit 30 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-223). | | |
| D- MES -73-EE | E. Cervini deposition exhibit 31 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-224). | | |
| **Exhibits the Mesaroses may use if necessary or otherwise desired:** | | | | | |
| D- MES -74 | J. Mesaros messenger conversations from Facebook | | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV- | | |

| | | | | | |
|---|---|---|---|---|---|
| | takeout (served to Plfs Dec 2022 and March 2023) | | 16(f)(4), rendering Plaintiffs unable to object with particularity. This is a production which contains more than 500 documents, and due to the limited data provided, it is unduly burdensome to reliably and accurately identify which of these documents are the "messenger conversations" referenced here. Plaintiffs have identified some documents which appear to be messenger conversations, and object to those documents under FREs 901, 802, 403, 701. Plaintiffs reserve all rights. | | |
| D- MES - 75 | R. Mesaros messenger conversations from Facebook takeout (served to Plfs) | | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4), rendering Plaintiffs unable to object with particularity. This is a production which contains more than 500 documents, and due to the limited data provided, it is unduly burdensome to reliably and accurately identify which of these documents are the "messenger conversations" referenced here. Plaintiffs have identified some documents which | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | appear to be messenger conversations, and object to those documents under FREs 901, 802, 403, 701. Plaintiffs reserve all rights. | | |
| D- MES - 76 | Dallas News, Wendy Davis challenges reports of multi-million dollar divorce settlement; WD dep Exh 20 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-245). | | |
| D- MES - 77 | W Davis Facebook live message election night; WD dep Exh 21 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-246). | | |
| D- MES - 78 | H Nieto email to W Davis re KXAN interview (2/9/2021); Plfs 2096; WD dep Exh 23 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-248). | | |
| D- MES - 79 | Chicago Tribune, Texas Democrat Davis battles suspicions (1/21/2014); WD dep Exh 25 | | See objections in Plaintiffs' response to Park exhibit list (Ex. D-Park-250). | | |
| D- MES - 80 | The Nation, It Was Like a Wall of Sound: Inside | | See objections in Plaintiffs' response to | | |

| | | | | | |
|---|---|---|---|---|---|
| | the People's Filibuster of Texas; WD dep Exh 26 | | Park exhibit list (Ex. D-Park-251). | | |
| D- MES - 81 | New Braunfels TT Facebook Post (10/30/2020); S Ceh dep Exh 20 | | | | |
| D- MES - 82 | New Braunfels TT Facebook Post (10/30/2020); S Ceh dep Exh 21 | | | | |
| D- MES - 83 | Video: S. Ceh speech from back of truck; S Ceh dep Exh 23 | | | | |
| D- MES - 84 | R. Mesaros Facebook comments; JM dep Exh 23 | | 802 | | |
| D- MES - 85 | The Deviant's War (book) | | 402, 403, 802, 901 | | |
| D- MES - 86 | R Mesaros Facebook excerpts; R Mesaros 148 | | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4). The description included in the Mesaros Defendants' list references Facebook excerpts, but the bates | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | number provided is for a capture of text messages off Robert Mesaros's phone. Plaintiffs reserve all rights. | | |
| D- MES - 87 | J Mesaros texts w/ E. Cisneros; Mesaros 1688–1702 | | 802 | | |
| D- MES - 88 | J Mesaros texts w/ R. Ceh; Mesaros 1707–30 | | 802 | | |
| D- MES - 89 | J Mesaros Facebook takeout; Mesaros 1687 | | Improperly identified. Plaintiffs object to this exhibit as identified with insufficient specificity under Local Rule CV-16(f)(4), rendering Plaintiffs unable to object with particularity. The identification number provided refers to a production which contains more than 6,000 documents. Plaintiffs therefore object to the admission of any document in this production folder not on Plaintiffs' exhibit list. Plaintiffs reserve all rights. | | |
| D- MES - 90 | J Mesaros message re broken phone; Mesaros 1157 | | 402, 403, 802, 901 | | |
| D- MES - 91 | J Mesaros texts w Cody Ceh; | | 402, 403, 802, 901 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Mesaros 1703–06 | | | | |
| D-MES-92 | Crowe iCloud detail report | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence.  *See* Dkt. 389. Additionally, 402, 403, 701, 802, 901, Improper Expert Opinion. | | |
| D-MES-93 | Plaintiffs'subpoena to Meta | | Plaintiffs object to any evidence presented for the purpose of contesting the finding of fact that Defendant J. Mesaros intentionally failed to preserve relevant evidence.  *See* Dkt. 389. Additionally, 402, 403, 802. | | |

Date: July 29, 2024

Respectfully submitted,


\_\_\_\_*/s/ John Paredes*_____

**TEXAS CIVIL RIGHTS PROJECT**
Christina M. Beeler (TX Bar No. 24096124)
Sarah Xiyi Chen (CA Bar No. 325327) (*pro hac vice*)
Veronikah Rhea Warms (TX Bar No. 24132682) (*pro hac vice*)
Travis Fife (TX Bar No. 24126956)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
christinab@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org
travis@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma (NY Bar No. 4942249) (*pro hac vice*)
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
john.paredes@protectdemocracy.org
orion.danjuma@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922) (*pro hac vice*)
Cerin Lindgrensavage (DC Bar No. 1741602) (*pro hac vice*)
JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)
Anne Harden Tindall (DC Bar No. 494607) (*pro hac vice*)

The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
cameron.kistler@protectdemocracy.org
cerin.lindgrensavage@protectdemocracy.org
joanna.suriani@protectdemocracy.org
anne.tindall@protectdemocracy.org

Benjamin L. Berwick (MA Bar No. 679207)
(*pro hac vice*)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
ben.berwick@protectdemocracy.org

Jared Fletcher Davidson (LA Bar No.
37093) (*pro hac vice*)
The Protect Democracy Project, Inc.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
jared.davidson@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Michael Gottlieb (DC Bar No. 974960) (*pro hac vice*)
Robert Meyer (DC Bar No. 405632) (*pro hac vice*)
Samuel Hall (DC Bar No. 242110) (*pro hac vice*)
Meryl Conant Governski (DC Bar No. 1023549) (*pro hac vice*)
Jamielah Yancey (DC Bar No. 1619055) (*pro hac vice*)
Rebecca Heath (DC Bar No. 1644402) (*pro hac vice*)
Amy R. Orlov (DC Bar No. 1780213) (*pro hac vice*)

Noah Mussmon (DC Bar No. 90006660)
(*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
rmeyer@willkie.com
shall@willkie.com
mgovernski@willkie.com
jyancey@willkie.com
rheath@willkie.com
aorlov@willkie.com
nmussmon@willkie.com

Aaron E. Nathan (NY Bar No. 5478227)
(*pro hac vice*)
Madeleine Tayer (NY Bar No. 5683545)
(*pro hac vice*)
Christina Adele Peck (NY Bar No.
5923545) (*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: anathan@willkie.com
mtayer@willkie.com
cpeck@willkie.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, a true and correct copy of the foregoing has been served on all counsel of record and Defendants Steve Ceh and Randi Ceh by the Electronic Case File System of the Western District of Texas in compliance with the Federal Rules of Civil Procedure and by email as agreed by the parties.

DATED:  July 29, 2024                          Respectfully submitted,

*/s/ John Paredes*

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
john.paredes@protectdemocracy.org