**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, <br><br> Plaintiffs, <br><br><br> v. <br><br> ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, <br><br> Defendants. | Civil Action No. 1:21-cv-00565-RP <br><br><br> Hon. Robert Pitman |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND WITNESS LIST

The Court has considered Plaintiffs' Motion For Leave to Amend Witness List ("Motion").

The Court finds that good cause exists and therefore GRANTS Plaintiffs' Motion in its entirety.

IT IS ORDERED that Plaintiffs may amend their witness list, Dkt. 424-5, to add Paul Marler, New

Braunfels Police Department 911 Call Records Custodian, and to replace Bianca Lucio with Holly

Chasse, Kyle Police Department 911 Call Records Custodian.


SIGNED this ____ day of _____, 2024.


_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE