IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, § § § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | 1:21-CV-565-RP |
| § | | |
| ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, § § § § § | | |
| Defendants. § | | |

**ORDER**

At the beginning of this litigation, Mr. Francisco R. Canseco, counsel for Defendant Eliazar Cisneros, was granted admission to appear *pro hac vice* ("PHV"). (*See* Text Order dated Aug. 8, 2021). The Court granted Mr. Canseco's PHV motion because he represented that he had an application on file for admission to practice before the Western District of Texas. (Mot., Dkt. 17, at 3). Based upon the Court's recordkeeping, Mr. Canseco had an application for admission on file at the time that his PHV motion was granted. However, the Court's records show that although his application for approved, Mr. Canseco failed to return a signed oath. The Court reminded Mr. Canseco numerous times that he needed to return a signed oath, but Mr. Canseco never responded to these inquiries. Accordingly, his application for admission was expunged in 2021.

When the Court grants counsel permission to appear *pro hac vice* based on a pending application for admission, it is the Court's expectation that counsel will complete their application and be admitted to the Western District. *See* Local Rule AT-1(f). To comply with the requirements and expectations of his PHV admittance in this case, **IT IS ORDERED** that Mr. Canseco file a new application for admission to the Western District on or before **August 20, 2024**. Mr. Canseco is

1

subsequently ordered to abide by all the requirements to complete his application and be admitted to the Western District. Failure to do so may result in the Court revoking Mr. Canseco's ability to appear *pro hac vice* in this case.

**SIGNED** on August 6, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE