UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | Civil Action |
| v. | § | |
| | § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## DOLORES PARK'S NOTICE REGARDING ECF NO. 462

On August 7, 2024, this Honorable Court ordered the parties to indicate whether the parties consent to jury selection by a United States Magistrate Judge, specifically United States Magistrate Judge Susan Hightower. ECF No. 462. Dolores Park respectfully consents.

    Respectfully submitted,

    THOMAS MORE LAW CENTER

    /s/ Richard Thompson
    Richard Thompson
    /s/ Erin Elizabeth Mersino
    Erin Elizabeth Mersino
    THOMAS MORE LAW CENTER
    24 Frank Lloyd Wright Drive
    Suite J-3200
    Ann Arbor, MI 48106
    Tel: (734) 827-2001
    Fax: (734) 930-7160
    Email: rthompson@thomasmore.org
    emersino@thomasmore.org
    *Counsel for Dolores Park*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed the foregoing notice with the Clerk of the Court using the ECF system which will send notification of such filing to all registered ECF participants listed for this case. I sent via email per agreement of the parties a copy of the foregoing to Defendants Steve Ceh and Randi Ceh at the following addresses provided by the parties:

> Steve Ceh
> Email: steveceh33@gmail.com
>
> Randi Ceh
> Email: randiceh716@gmail.com

/s/ Erin Elizabeth Mersino
Erin Elizabeth Mersino