IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action |
| v. | § | |
| | § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

### ELIAZAR CISNEROS' NOTICE REGARDING ECF NO. 462

On August 7, 2024, this Honorable Court ordered the parties to indicate whether the parties' consent to jury selection by a United States Magistrate Judge, specifically United States Magistrate Judge Susan Hightower. ECF No. 462. Defendant Eliazar Cisneros respectfully consents.

Respectfully submitted,

*/S/ Francisco R. Canseco*

Francisco R Canseco
Texas Bar No. 03759600
**Pro Hạc Vice**
19 Jackson Court
San Antonio, Texas 78230

frcanseco@gmail.com 210.901.4279
**Counsel for the Defendant Eliazar Cisneros**

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed the foregoing notice with the Clerk of the Court using the ECF system which will send notification of such

filing to all registered ECF participants listed for this case. I sent via email per agreement of the parties a copy of the foregoing to Defendants Steve Ceh and Randi Ceh at the following addresses provided by the parties:

>Steve Ceh
>Email: steveceh33@gmail.com
>
>Randi Ceh
>Email: randiceh716@gmail.com

*/s/ Francisco R. Canseco*
Francisco R. Canseco
