UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Wendy Davis, David Gins, Timothy Holloway § | |
| § | |
| vs. § | NO:  AU:21-CV-00565-RP |
| § | |
| Eliazar Cisneros, Joeylynn Mesaros, Robert § | |
| Mesaros, Dolores Park, Randi Ceh, Steve Ceh | |

## ORDER

All the parties in this case have filed notices indicating that they consent to jury selection being presided over by United States Magistrate Judge Susan Hightower. Therefore,

IT IS ORDERED, in accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636, the instant action is hereby referred to United States Magistrate Susan Hightower for the purpose of jury selection on September 6, 2024 at 9:30am. Upon selection of the jury, the undersigned retains full jurisdiction over all other matters.

SIGNED this 16th day of August, 2024

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE