IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WENDY DAVIS, et al.,                          §
                                              §
            Plaintiffs,                       §
                                              §
v.                                            §                    1:21-CV-565-RP
                                              §
ELIAZAR CISNEROS, et al.,                     §
                                              §
            Defendants.                       §

## ORDER

This case is currently set for trial beginning on September 9, 2024. (Dkt. 405). At the final

pretrial conference on August 5, 2024, the Court indicated that it intended to assign the parties a set

number of trial hours. To assist the Court in determining the appropriate number of trial hours to

assign, **IT IS ORDERED** that on or before **August 26, 2024 at 12:00 pm CST**, the parties shall

file notices indicating the number of hours they request for trial.

Plaintiffs should simply indicate their requested number of hours. Defendants should first

indicate whether they wish to have hours assigned to Defendants jointly or whether they wish to

have hours assigned per party. Defendants should then indicate their requested number of hours,

either jointly or separately.

**SIGNED** on August 20, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1