# EXHIBIT 2

Oct 01, 2020 12:44:13pm
**Joeylynn Mesaros commented on Maegan Reid's post.**
Also on Disney Plus!
Oct 02, 2020 7:31:37pm

**Joeylynn Mesaros commented on Tamra Krahn's post.**
👏🏼👏🏼👏🏼
Oct 02, 2020 8:02:59pm

**Joeylynn Mesaros commented on Sean Salinas's post.**
I never even thought about that 😂😂👏🏼👏🏼
Oct 03, 2020 6:57:50pm

**Joeylynn Mesaros commented on Leah Morefield Whetstone's post.**
Lucky Mama! I love your kid's cool Alan Jackson vibes 😂
Oct 04, 2020 8:18:15am

**Joeylynn Mesaros commented on Jonquil Murdoch's photo.**
😍😍😍
Oct 04, 2020 8:20:10am

**Joeylynn Mesaros commented on Lynn Moczygemba's photo.**
You look amazing! 😍 and you said it perfectly! We have to be able to have these conversations and I'm proud of the women we are! ❤️🔥 Had a wonderful time celebrating the birthday ladies!!
Oct 04, 2020 10:19:56am

**Joeylynn Mesaros commented on Life Point SA's photo.**
Angelica Tucker 😍
Oct 05, 2020 4:43:54pm

**Joeylynn Mesaros replied to Shawna Price-Theriot's comment.**
Shawna Price-Theriot 😂👏🏼👏🏼
Oct 06, 2020 9:52:25am

**Joeylynn Mesaros commented on Ashley Plant's post.**
I can't with this. Sick. Broken-hearted.
Oct 06, 2020 3:26:09pm

**Joeylynn Mesaros commented on Shannon Culpepper Moreno's photo.**
Beautiful!
Oct 06, 2020 6:19:24pm

**Joeylynn Mesaros commented on Wesley De La Rosa's post.**
YESSSSS
Oct 07, 2020 10:11:23am

**Joeylynn Mesaros commented on Brian Coots's photo.**
👏🏼👏🏼👏🏼🔥🔥🔥
Oct 07, 2020 10:12:27am

**Joeylynn Mesaros commented on Elise Herbeck's post.**
Doing 👏🏼it👏🏼
Oct 07, 2020 10:13:41am

**Joeylynn Mesaros commented on Brandon Roddy's photo.**
I feel them on a deep level
Oct 07, 2020 7:38:07pm

**Joeylynn Mesaros commented on Maegan Reid's post.**

The flyyyyyy
Oct 07, 2020 9:37:14pm

**Joeylynn Mesaros commented on Maegan Reid's post.**
Pence did a fabulous job tho 👌🏼
Oct 07, 2020 9:37:21pm

**Joeylynn Mesaros commented on Brissa Ytuarte's video.**
MADE ITS HOME
Oct 07, 2020 9:37:42pm

**Joeylynn Mesaros replied to her own comment.**
Brissa Ytuarte SAME
Oct 07, 2020 9:48:03pm

**Joeylynn Mesaros commented on Daniel Marrs's post.**
This is a great side by side 👏🏼🔥👌🏼

Plaintiff's Exhibit
PTX-097
C.A. No. 1:21-cv-00565-RP

Case 1:21-cv-00565-RP   Document 271-7   Filed 12/12/23   Page 59 of 329

Oct 08, 2020 9:07:18am
**Joeylynn Mesaros commented on Tamra Krahn's post.**
Dear God.
Oct 08, 2020 10:31:43am
**Joeylynn Mesaros replied to Leslie Bellieu's comment.**
Leslie Bellieu WILL NOT
Oct 08, 2020 2:59:39pm
**Joeylynn Mesaros commented on Thomas Stillings's video.**
DOPE
Oct 08, 2020 4:58:14pm
**Joeylynn Mesaros replied to Tammy Quinters's comment.**
Tammy Quinters sadly I've seen this so much 😭 desperate for change
Oct 09, 2020 12:07:30pm
**Joeylynn Mesaros commented on Danielle Mullen's photo.**
OOO what is the monster mash!?
Oct 09, 2020 12:26:35pm
**Joeylynn Mesaros replied to Adrianna Mendez's comment.**
Adrianna Mendez well, we can strongly disagree on that and still be friends!
Oct 09, 2020 12:28:26pm
**Joeylynn Mesaros replied to her own comment.**
Schyler Blackwell thank you for telling me. Might be headed to get one 😂
Oct 09, 2020 12:33:36pm
**Joeylynn Mesaros replied to her own comment.**
Schyler Blackwell the fun Halloween marketing sold me 😂 🧟‍♀️
Oct 09, 2020 12:37:04pm
**Joeylynn Mesaros replied to Adrianna Mendez's comment.**
Adrianna Mendez 😂👏🏼❤️❤️❤️❤️❤️
Oct 09, 2020 12:37:14pm
**Joeylynn Mesaros commented on Danielle Mullen's photo.**

DONE ✅
Oct 09, 2020 1:02:06pm
**Joeylynn Mesaros replied to her own comment.**
Danielle Mullen SO GOOD
Oct 09, 2020 2:43:50pm
**Joeylynn Mesaros replied to her own comment.**
Yoli Nelson thank y'all for the yummy lunch!!
Oct 09, 2020 2:56:30pm
**Joeylynn Mesaros commented on Maegan Reid's post.**
For Halloween, never too much 😂👏🏼🔥I would do both
Oct 09, 2020 3:24:56pm
**Joeylynn Mesaros replied to Sabrina Heyen's comment.**
Oct 09, 2020 4:45:54pm
**Joeylynn Mesaros replied to Leslie Bellieu's comment.**
Leslie Bellieu I love you too
Oct 09, 2020 5:33:39pm
**Joeylynn Mesaros replied to her own comment.**
Oct 09, 2020 5:33:53pm
**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa YESSS 👏🏼👏🏼👏🏼 you're absolutely right
Oct 09, 2020 6:49:25pm
**Joeylynn Mesaros commented on Steven Garza's post.**
As a parent I can't stand that this is all over the internet and social media. It is NOT empowering to women. It is disgusting.
Oct 09, 2020 9:16:15pm
**Joeylynn Mesaros commented on Carrie A. Land's post.**
Love you so much Carrie ❤️
Oct 10, 2020 8:52:48am
**Joeylynn Mesaros replied to Cindy West Leinweber's comment.**

Cindy West Leinweber he would be SOOO proud 😭❤️👏
Oct 10, 2020 8:53:02am

**Joeylynn Mesaros commented on Adrian Puentes's post.**
😂😂😂😂😂
Oct 10, 2020 10:49:20am

**Joeylynn Mesaros replied to her own comment.**
Adrian Puentes thats the best part. Especially cause the dad tried to back him up a lil before he started and it was like putting right in the line of fire and he fell slow mo 😂
Oct 10, 2020 11:09:34am

**Joeylynn Mesaros replied to Ann Murry's comment.**
Oct 10, 2020 11:35:45am

**Joeylynn Mesaros replied to Kim Rocha's comment.**
Oct 10, 2020 12:56:03pm

**Joeylynn Mesaros replied to Gay Gordon Rogers's comment.**
Oct 10, 2020 1:34:37pm

**Joeylynn Mesaros replied to Erika Reyna's comment.**
Oct 10, 2020 3:08:20pm

**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa I'm so proud of you for staying connected to politics and ensuring the next generations to come value the unity in politics. I love hearing that, and also feel encouraged. I'll have to dig around and see what I can find out about that!
Oct 10, 2020 6:45:47pm

**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa thank you Ross!
Oct 10, 2020 6:50:35pm

**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa the links work; thank you, I'll check them out!
Oct 10, 2020 7:02:28pm

**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa oh, my pleasure. I was thrilled you engaged with me on the post!! Look at us being cool trendsetters! 😎😎
Oct 10, 2020 7:04:59pm

**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa 📣📣📣🇺🇸🇺🇸🇺🇸🇺🇸👋👋👋💥
Oct 10, 2020 7:17:09pm

**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa I agree with you! Not too long at all. I can tell you know your stuff and have a heart of gold. Ross for president 2024 😂🥳
Oct 10, 2020 7:18:04pm

**Joeylynn Mesaros replied to Ross Traa's comment.**
Ross Traa fair enough! ❤️ do it friend, make waves!
Oct 10, 2020 7:39:05pm

**Joeylynn Mesaros replied to Alex Roque's comment.**
Alex Roque so exciting!! Congratulations! 🤜💥🥳
Oct 10, 2020 10:18:17pm

**Joeylynn Mesaros replied to Alex Roque's comment.**
Alex Roque it's SO exciting! It never wears off haha
Oct 10, 2020 10:21:03pm

**Joeylynn Mesaros commented on Concha Culture's photo.**
Alex Echeveste 😋🎃
Oct 10, 2020 10:25:07pm

**Joeylynn Mesaros replied to her own comment.**
Alex Echeveste I'm obsessed with this level of creativity! It's honestly a necessity and we're all better for it 😊
Oct 11, 2020 8:38:57am

**Joeylynn Mesaros replied to Carolyn Aramendia's comment.**
Carolyn Aramendia Bahahah 😂😂❤️❤️
Oct 11, 2020 8:39:10am

**Joeylynn Mesaros commented on Cindy West Leinweber's post.**
Ughhh noooo 😭😭
Oct 11, 2020 10:49:26am

Case 1:21-cv-00565-RP   Document 271-7   Filed 12/12/23   Page 61 of 329

**Joeylynn Mesaros commented on Dylan Tew's post.**
The best thing I've seen all week 👌 🥛
Oct 11, 2020 4:47:50pm

**Joeylynn Mesaros commented on Casey Beck's post.**
WHAT! 😂 never in a million years. And your profile pic 😂 👋
Oct 11, 2020 7:16:49pm

**Joeylynn Mesaros replied to her own comment.**
Casey Beck I am so sorry 😂😂😂 I'm dying
Oct 11, 2020 7:20:22pm

**Joeylynn Mesaros replied to her own comment.**
Casey Beck 💀💀💀💀💀💀 way to own it 😂 you're really selling it
Oct 11, 2020 7:21:59pm

**Joeylynn Mesaros replied to her own comment.**
Casey Beck this IS your face right now. I can SO see it 😂
Oct 11, 2020 7:22:15pm

**Joeylynn Mesaros replied to her own comment.**
Casey Beck I cant take you seriously with this blue and silver star next to your name dude
Oct 11, 2020 7:22:59pm

**Joeylynn Mesaros replied to her own comment.**
Casey Beck praying for your strength
Oct 11, 2020 7:25:07pm

**Joeylynn Mesaros replied to Nicole Dej's comment.**
Nicole De Jong I let him know, great tip thank you!
Oct 12, 2020 8:41:05am

**Joeylynn Mesaros replied to Leah Morefield Whetstone's comment.**
Leah Morefield Whetstone yessss thank youuuu
Oct 12, 2020 8:41:17am

**Joeylynn Mesaros commented on her own photo.**
Thank you friends and fam! Y'all are awesome
Oct 12, 2020 8:41:32am

**Joeylynn Mesaros replied to Lynn Moczygemba's comment.**
Lynn Moczygemba oh wow! How old was he?
Oct 12, 2020 2:02:40pm

**Joeylynn Mesaros replied to Lynn Moczygemba's comment.**
Lynn Moczygemba thats crazy that he grew!!
Oct 12, 2020 2:26:31pm

**Joeylynn Mesaros replied to Vilma Laurel's comment.**
Oct 12, 2020 3:05:15pm

**Joeylynn Mesaros replied to Nora Elsa Perez's comment.**
Nora Elsa Perez the clapping hands are perfect! He's already out and it went well!
Oct 12, 2020 3:05:39pm

**Joeylynn Mesaros replied to Jennifer Garneau Butler's comment.**
Oct 12, 2020 3:21:40pm

**Joeylynn Mesaros replied to Vilma Laurel's comment.**
Oct 12, 2020 3:48:35pm

**Joeylynn Mesaros replied to Lisa Cockrum's comment.**
Oct 12, 2020 3:48:49pm

**Joeylynn Mesaros replied to Vilma Laurel's comment.**
Oct 12, 2020 4:09:04pm

**Joeylynn Mesaros replied to Gail Ann Gardner's comment.**
Oct 12, 2020 4:09:39pm

**Joeylynn Mesaros replied to Lisa Cockrum's comment.**
Oct 12, 2020 4:15:57pm

**Joeylynn Mesaros replied to Lynn Moczygemba's comment.**
Lynn Moczygemba thank you!! ❤️❤️❤️
Oct 12, 2020 6:24:23pm

**Joeylynn Mesaros replied to Christopher Crash Ford's comment.**
Christopher Crash Ford he is in SO much pain 🥺 thank you

Oct 13, 2020 12:39:54pm
**Joeylynn Mesaros replied to Jennifer Ray's comment.**
Jennifer Ray thank you!!
Oct 13, 2020 12:40:11pm
**Joeylynn Mesaros replied to Christopher Crash Ford's comment.**
Christopher Crash Ford oh no!! Hoping that does that happen 😂😱
Oct 13, 2020 12:40:55pm
**Joeylynn Mesaros commented on Adrian Puentes's post.**
It's always the conchas that get me
Oct 13, 2020 6:12:05pm
**Joeylynn Mesaros commented on Michael Ward's photo.**
Jen J.P. 💀😂 we were just talking about this
Oct 13, 2020 8:02:11pm
**Joeylynn Mesaros commented on Nicole Dej's post.**
PRECIOUS. Happy Birthday!! 🥳❤️🥳
Oct 14, 2020 7:45:49am
**Joeylynn Mesaros replied to Patricia Setzer's comment.**
Oct 14, 2020 1:18:47pm
**Joeylynn Mesaros replied to Hannah Sierra's comment.**
Oct 14, 2020 4:33:02pm
**Joeylynn Mesaros replied to Debora Necker-Boyes Jones's comment.**
Oct 14, 2020 8:04:53pm
**Joeylynn Mesaros replied to Kim Rocha's comment.**
Oct 14, 2020 8:05:14pm
**Joeylynn Mesaros replied to Hannah Sierra's comment.**
Oct 14, 2020 8:05:36pm
**Joeylynn Mesaros replied to Hannah Sierra's comment.**
Oct 14, 2020 8:05:44pm
**Joeylynn Mesaros replied to Kim Rocha's comment.**
Oct 15, 2020 7:29:47am
**Joeylynn Mesaros commented on Amy Erwin's post.**
Gorgeousssss. Jealous. Need one of these ladies so bad 😂❤️
Oct 15, 2020 9:42:38am
**Joeylynn Mesaros commented on Carol Aramendia's post.**
He talked about this for DAYS. You made this SO SPECIAL. He's so lucky to have you and your creative heart as his Aunt Carol ❤️❤️
Oct 15, 2020 9:44:32am
**Joeylynn Mesaros commented on Charlene Garcia's photo.**
Jen J.P. 😂😂😂
Oct 15, 2020 9:44:57am
**Joeylynn Mesaros replied to her own comment.**
Jen J.P. THIS GIF 😂
Oct 15, 2020 9:46:21am
**Joeylynn Mesaros replied to Ann Blakeney Thomas's comment.**
Oct 15, 2020 1:22:24pm
**Joeylynn Mesaros replied to Scott Dowdy's comment.**
Oct 15, 2020 3:19:16pm
**Joeylynn Mesaros replied to Valerie Reed's comment.**
Oct 15, 2020 4:56:49pm
**Joeylynn Mesaros replied to Morgan Elizabeth's comment.**
Oct 15, 2020 4:56:54pm
**Joeylynn Mesaros replied to her own comment.**
Amy Erwin 😂😂❤️❤️you're amazing
Oct 15, 2020 7:47:19pm
**Joeylynn Mesaros replied to Amanda Shane Fluitt's comment.**
Oct 15, 2020 9:38:29pm
**Joeylynn Mesaros replied to Amanda Shane Fluitt's comment.**
Oct 15, 2020 9:38:41pm

Case 1:21-cv-00565-RP   Document 271-7   Filed 12/12/23   Page 63 of 329

**Joeylynn Mesaros commented on Amy Erwin's video.**
😨🙈🙈😍😍❤️
Oct 15, 2020 9:41:13pm

**Joeylynn Mesaros commented on Stephanie Stallons's post.**
But when did Chloe grow up!?
Oct 15, 2020 9:44:02pm

**Joeylynn Mesaros commented on Revolution Church's photo.**
Love you guys so much! So thankful for your hand and influence in our family's life!
Oct 15, 2020 9:44:55pm

**Joeylynn Mesaros replied to Brian Coots's comment.**
Oct 16, 2020 7:21:43am

**Joeylynn Mesaros replied to James Griggs's comment.**
Oct 16, 2020 7:21:55am

**Joeylynn Mesaros replied to Rosalinda Morones Hoback's comment.**
Oct 16, 2020 7:22:03am

**Joeylynn Mesaros replied to Andrew Dean Covey's comment.**
Andrew Dean Covey 🙈👏
Oct 16, 2020 7:23:43am

**Joeylynn Mesaros replied to Bently Paiz's comment.**
Bently Paiz it's okay to have a different opinion and not put other people down. Like when we go out with other *likeminded* people, we don't put Biden down, we celebrate our freedom, our rights and what we believe in. Unfortunately though the majority who isn't voting for Trump only knows how to put republicans down and not how to celebrate what they believe in positively - and I would challenge you to be the change we need.
Oct 16, 2020 8:06:06am

**Joeylynn Mesaros replied to Marilyn Vacek's comment.**
Marilyn Vacek 🇺🇸🇺🇸🇺🇸 4 more years!
Oct 16, 2020 9:49:41am

**Joeylynn Mesaros replied to Jaileen Sturdivant's comment.**
Jaileen Sturdivant hahaha thank you babe 😂👏 you know if I'm gonna do it that it has to involve a craft! Thank you for backing up the message on finding your voice ❤️❤️📣
Oct 16, 2020 9:52:00am

**Joeylynn Mesaros replied to Evan Horton's comment.**
Evan Horton 👏🚒🇺🇸 SO FUN. See y'all next week
Oct 16, 2020 9:53:50am

**Joeylynn Mesaros replied to Phillip Kaspar's comment.**
Phillip Kaspar OH MY GOSH YASSSSSSS that would be the funnest 😭👏❤️🇺🇸😭❤️🤡 okay so every Thursday at 6pm we meet at Rockin R in Gruene and leave on assigned routes. The Thursday before Halloween will have a trunk or treat too!
Oct 16, 2020 10:01:43am

**Joeylynn Mesaros replied to Bently Paiz's comment.**
Bently Paiz but what I was suggesting you do instead of continue to bash Trump into the ground with what you believe to be facts about him, though I challenge you to do more non-biased research and you might find your own opinions challenged, was to instead talk about what Biden does that you value or appreciate. And still you have proven that you are not capable of doing that, and this is where the once valued ability to debate politics is dead and gone and now it's just republicans on the defense against largely untrue lies and attacks. There was ONE person who drug that black lives matter flag, and he was not part of our group, nor is that welcomed. We do not shout racist slurs out of the windows, we are waving and smiling - even at the Biden supporters holding their signs - because we aren't about putting other people down. I encourage you to attend a Trump train so that you can see it's not like what you've heard on media that alters facts. But I really won't sit here and defend my beliefs to you when you aren't even producing what it is about Biden that you value. Hating Trump isn't a valid reason for voting for Biden (though you aren't old enough to vote; I value your interest in politics). You're not understanding the detrimental effects that would come from electing Biden to presidency. I really encourage you to independently research your own facts, and pull up a list of what each candidate stands for, and what they claim to accomplish, and see how that effects the people you care most about. And then if it still proves to be Biden, instead of just negatively speaking about Trump, talk about the positives that you see in Biden.
Oct 16, 2020 10:35:52am

**Joeylynn Mesaros replied to Tammy Quinters's comment.**
Tammy Quinters ❤️🤍💙 thank you Tammy!! 🚒🇺🇸
Oct 16, 2020 10:46:00am

**Joeylynn Mesaros commented on Stasha Murphy's post.**
Fashion goals

Oct 16, 2020 10:46:24am
**Joeylynn Mesaros replied to Tammy Quinters's comment.**
Tammy Quinters Yesss! I didn't know having strong opinions and getting political was so much fun 😂👋 but here I am loving it. Thank you for encouraging me and investing in me to puff up my confidence in having a say so
Oct 16, 2020 10:47:55am
**Joeylynn Mesaros replied to Douglas Cox's comment.**
Douglas Cox y'all would have so much fun!! And I'm sure you'd bring such a fun car!! We meet every Thursday at 6pm at Rockin R in Gruene, TX and we leave on assigned routes! There are tons people who sit out and wait for us to pass by! It's so, so fun and encouraging to see the huge support!
Oct 16, 2020 10:54:03am
**Joeylynn Mesaros replied to Tammy Quinters's comment.**
Tammy Quinters 🔥🔥🔥
Oct 16, 2020 10:54:17am
**Joeylynn Mesaros replied to Bently Paiz's comment.**
Bently Paiz thank you for sharing what you value about Biden. We definitely disagree, but that's okay. I respect your opinion and appreciate you respecting ours without continuing to bash on us, our Trump train or Trump.
Oct 16, 2020 10:55:33am
**Joeylynn Mesaros replied to Bently Paiz's comment.**
Bently Paiz I value that he values God, family and American people. Including his goal for America to be more self-sustaining as a country. That he has recovered so many manufacturing jobs, lowered taxes for not just the wealthy but everyone, that he is pro-life because every child (ESPECIALLY those that don't have a voice) matters, that he is not withholding the vaccine for Covid but pushing it out as quickly as possible, that he has offered so many scholarships to students of color and people of disadvantage, that he continues to enable us the right and freedom to bear arms, freedom of religion, freedom of speech, that he wants to shut down hate groups that claim they are change-makers and are destroying small businesses, people and towns, I believe in fully funding the police, I believe that we should have stricter laws about immigrants coming into our country and not taking more taxes out of my paycheck to cover their expenses but to take care of our own people first. additionally I stand against socialism and any thing that hints at us as a country heading in that direction, and feel confident that Trump will keep us from losing the freedoms our soldiers and forefathers fought for us to have.
Oct 16, 2020 11:06:42am
**Joeylynn Mesaros replied to Bently Paiz's comment.**
And Obama care is a joke. We need a new solution for healthcare.
Oct 16, 2020 11:08:43am
**Joeylynn Mesaros replied to Bently Paiz's comment.**
Bently Paiz while this has been lovely, I have to get on with my day. And surely you need to be focusing on school
Oct 16, 2020 11:10:33am
**Joeylynn Mesaros replied to Steven Garza's comment.**
Steven Garza 🤠🚛🇺🇸
Oct 16, 2020 11:10:44am
**Joeylynn Mesaros replied to Bently Paiz's comment.**
Bently Paiz 👍 They are on Thursday's, we meet at Rockin R in Gruene at 6pm and then we leave in groups with assigned routes around 6:30. It lasts till about 7:30! I love that you're doing your own research 👋
Oct 16, 2020 11:38:09am
**Joeylynn Mesaros replied to Tamra Krahn's comment.**

Tamra Krahn
Oct 16, 2020 11:39:33am
**Joeylynn Mesaros replied to Lynn Moczygemba's comment.**
Lynn Moczygemba I love it too!! Thank you for loving my voice. I love yours. And you!
Oct 16, 2020 11:46:06am
**Joeylynn Mesaros replied to Diane Thompson's comment.**
Diane Thompson what emails are you talking about? I don't think we've ever emailed
Oct 16, 2020 12:01:47pm
**Joeylynn Mesaros replied to Diane Thompson's comment.**
Diane Thompson I shared something about a democratic county commissioner candidate who was slandering republicans and Donald Trump, maybe you thought I was promoting it but I was bringing awareness to the fact that we need to vote for Kevin Webb so she isn't elected. And otherwise just a post about being able to have strong opinions but still getting along with people who disagree.
Oct 16, 2020 12:06:56pm
**Joeylynn Mesaros replied to Adrianna Mendez's comment.**

Adrianna Mendez he has cut our taxes and is building our economy at warp speed. You and I already know we disagree and arguing is futile because we're both very strong headed. I will never ever ever vote for someone who doesn't have the best intentions for our country just because I don't like someone else. That's the worst advice for uneducated voters. People need to pull up what each candidate is for and against and see where they align and vote for that person. Whether or not they'd choose that person as a friend, they need to choose that person as a president.
Oct 16, 2020 1:43:27pm

**Joeylynn Mesaros replied to Adrianna Mendez's comment.**
Adrianna Mendez you don't need to get heartbroken for me, I'm completely fine, empowered, educated and making a choice that I stand behind. I need no sympathy for that.
Oct 16, 2020 1:43:54pm

**Joeylynn Mesaros replied to Adrianna Mendez's comment.**
Adrianna Mendez the disagreement wasn't perceived as disrespectful but the comment on the laugh emoji and the name calling of passive aggressive wimps. And honestly while I say that we can disagree and still be friends, it's under context of friendly debate, and not aggressive arguments and name calling. This is not what I'm seeking on my page and I'm gonna go ahead and shut that down here, not because I don't believe that friends can disagree, but some people are looking for a fight no matter what and that's not the kind of friend I'm trying to keep company with. I'm sorry, but we can go ahead part ways on social media since this isn't keep peace or doing favors for anyone.
Oct 16, 2020 2:08:50pm

**Joeylynn Mesaros replied to Shelly Wyatt Swan's comment.**
Shelly Wyatt Swan 🥳🥳🥳🚂🇺🇸❤️ woop woop!!
Oct 16, 2020 2:13:12pm

**Joeylynn Mesaros replied to Adrianna Mendez's comment.**
Adrianna Mendez before I block you to avoid further discord on my peaceful post, I want to say, I wasn't offended by the laugh emoji comment for own sake, but for Jen's because she is my friend and that unnecessarily rude. Secondly, voting for independent candidates is useless at this point. While there may be MANY better people than the 2 primary candidates, voting for someone without a chance is a waste of a vote. And please do not decide for me whether or not I am a great person, a manipulated person, or make claims that I'm in a cult following. I am an adult who makes my own decisions, and I choose to make them educated. And while you're unhinged about the debt of our country, I'm sure you accepted your stimulus check and have put it to good use. Good luck voting independent, tho IMHO this helps ensure Trump wins with what is essentially a wasted vote.
Oct 16, 2020 2:32:56pm

**Joeylynn Mesaros commented on Carrie A. Land's post.**
Very cool!!
Oct 16, 2020 2:43:30pm

**Joeylynn Mesaros replied to Kendall Starr's comment.**
Kendall Starr 🥳🥳👏🏼👏🏼🇺🇸 yes girl yes!! ✊🏼🔥
Oct 16, 2020 3:23:36pm

**Joeylynn Mesaros replied to Eric Olvera's comment.**
Eric Olvera Eric 😂😂 #yourvoicematters
Oct 16, 2020 3:28:05pm

**Joeylynn Mesaros replied to Lisa Cockrum's comment.**
Oct 16, 2020 3:55:35pm

**Joeylynn Mesaros replied to Lauren Conley Fajardo's comment.**
Lauren Conley Fajardo I made it out of an umbrella, spray paint, poster board and cardboard!! 😂👏🏼
Oct 16, 2020 3:56:21pm

**Joeylynn Mesaros commented on Adriane Burket's post.**
This is me 😂 I do this
Oct 16, 2020 4:24:18pm

**Joeylynn Mesaros replied to Veronica Lopez-Cantu's comment.**
Veronica Lopez-Cantu yasss thank you!!! 🥳🇺🇸
Oct 16, 2020 4:45:18pm

**Joeylynn Mesaros replied to Roxanne Denboer's comment.**
Oct 16, 2020 4:45:50pm

**Joeylynn Mesaros replied to Cherrish Krasulak's comment.**
Cherrish Krasulak 😍😍 this means the world. It's scary at first, and then it's empowering. And I hope it inspires others!
Oct 16, 2020 5:33:06pm

**Joeylynn Mesaros replied to Lisa Cockrum's comment.**
Oct 16, 2020 5:34:21pm

**Joeylynn Mesaros replied to Amy Erwin's comment.**

Amy Erwin 😍😍😍 thank you!!! It's an umbrella, some foam and cardboard 🤷‍♀️👏🏻
Oct 16, 2020 7:07:13pm

**Joeylynn Mesaros commented on Ashley Cannon's photo.**
Gorg!!!
Oct 16, 2020 7:08:35pm

**Joeylynn Mesaros replied to Tessa Baran's comment.**
Tessa Baran what is disturbing?
Oct 16, 2020 7:31:04pm

**Joeylynn Mesaros replied to Tessa Baran's comment.**
Tessa Baran I am disturbing? Man, that is a pretty hurtful statement. I'm working on not caring what people think, so I'm gonna try and let that roll off. But honestly, we're cheering for 1 of the 2 candidates running for presidency, one of which is already president - so more than half of America agreed he was the best choice previously, so I'm not sure what's disturbing about having an opinion, using our voice and having fun while doing it. We aren't hurting anyone, and my post talked about not having to agree but to pursue what's important to you with your heart. It really breaks my heart how there is so much hate for people voting for Trump, instead of the people not voting for Trump just celebrating their own candidate choice separate from bashing. And you didn't even bash on Trump.. you bashed on me. You will never see me go to your posts and comment hurtful and strongly opinionated things that I might disagree with and ruin your fun. But that's where we can agree to be different!
Oct 16, 2020 7:55:02pm

**Joeylynn Mesaros replied to Tessa Baran's comment.**
Tessa Baran I'd rather if you disagree with me we could have a friendly conversation without name calling or you could just share you own opinions on your own page, or unfollow or just keep scrolling. However, I will clarify the support in question: I value that Trump values God, family and American people. Including his goal for America to be more self-sustaining as a country. That he has brought our economy back at warp speed, recovered so many manufacturing jobs, lowered taxes for not just the wealthy but everyone, that he is pro-life because every child (ESPECIALLY those that don't have a voice) matters, that he is not withholding the vaccine for Covid but pushing it out as quickly as possible, that he has offered so many scholarships to students of color and people of disadvantage, that he continues to enable us the right and freedom to bear arms, freedom of religion, freedom of speech, that he wants to shut down hate groups that claim they are change-makers and are destroying small businesses, people and towns, I believe in fully funding the police, I believe that we should have stricter laws about immigrants coming into our country and not taking more taxes out of my paycheck to cover their expenses but to take care of our own people first. additionally I stand against socialism and any thing that hints at us as a country heading in that direction, and feel confident that Trump will keep us from losing the freedoms our soldiers and forefathers fought for us to have. I understand that we all can lack class and appreciate that he has apologized for things he's done or said wrong. Obamacare is a joke and needs to be dismantled and replaced. I enjoy low gas prices, and God being present in my son's school. I definitely have areas where I disagree with what he has said or some values, but I'm not voting for him to be my bestie, or even as best personality. I'm voting for him to be the president to make the changes our country desperately needs to continue moving in a direction that sets our children up for successful futures where they can own their own homes and choose their own jobs and afford to put food on the table. I know that when I line up Trump's values and policies next to Biden's it's clear as a bell where my vote is going. And it is a sad movement of those voting for the concerning changes Biden wishes to implement just because people "don't like Trump" as a person.
Oct 16, 2020 8:57:05pm

**Joeylynn Mesaros replied to Heather A Stieler's comment.**
Heather A Stieler you said it girl 📣👏. When is the Cibolo train? Would love to go!
Oct 16, 2020 9:55:30pm

**Joeylynn Mesaros replied to Heather A Stieler's comment.**
Heather A Stieler I can def tell you 😂 it involves an umbrella, cardboard, styrofoam, poster board, spray paint and glue 🤗
Oct 16, 2020 9:56:22pm

**Joeylynn Mesaros replied to Heather A Stieler's comment.**
Heather A Stieler sweet, what time and where do y'all meet?
Oct 16, 2020 9:57:00pm

**Joeylynn Mesaros commented on her own post.**
Diane Amy Cherrish Cammie Carpenter Evan thank y'all for having my back on that thread (in addition to everyone else!!). I couldn't respond to all of your comments after I blocked Adriana, only like them. But wanted to express my gratitude and agreement here since I couldn't on the thread 🔥
Oct 16, 2020 9:58:54pm

**Joeylynn Mesaros replied to her own comment.**
Cammie Carpenter Bowren Aaaaamen, friend!! Same here!
Oct 16, 2020 10:02:05pm

**Joeylynn Mesaros replied to Amber Puentes's comment.**
Amber Puentes I am LIVING for this comment, thank you for speaking kindness over me and love into me! It's been an exhausting day on social media and I'm so grateful for the people like you that were the rays of sunshine!! My heart is full.

Oct 16, 2020 10:04:47pm
**Joeylynn Mesaros replied to Tessa Baran's comment.**
Daniel Marrs 👏🏻👏🏻📣📣 thank you friend! Four more years!! 🚂🇺🇸
Oct 16, 2020 10:05:43pm
**Joeylynn Mesaros replied to Amber Puentes's comment.**
Amber Puentes love you girl!!
Oct 16, 2020 10:07:13pm
**Joeylynn Mesaros replied to Kendall Starr's comment.**
Kendall Starr meanwhile still reading this over and over as the comments keep coming 😂❤️👋
Oct 16, 2020 10:07:44pm
**Joeylynn Mesaros replied to Kendall Starr's comment.**
Kendall Starr 🔥🔥🔥
Oct 16, 2020 10:09:31pm
**Joeylynn Mesaros replied to Kendall Starr's comment.**
Kendall Starr thank God 😂❤️
Oct 16, 2020 10:09:41pm
**Joeylynn Mesaros commented on Janet C. Robles Quandt's post.**
Robert's first response was the Fresh Prince of Belaire theme song 😂🙆
Oct 16, 2020 10:47:58pm
**Joeylynn Mesaros commented on Janet C. Robles Quandt's post.**
(\_/)
( •_•)
/ >💅

(\_/)
( •_•)
/ >👙

(\_/)
( •_•)
/ >🐰

(\_/)
( •_•)
/ >🍌

(\_/)
( •_•)
/ >🎤

(\_/)
( •_•)
/ >💡

(\_/)
( •_•)
/ >🩺

(\_/)
( •_•)
/ >🗑️

Oct 16, 2020 11:00:46pm
**Joeylynn Mesaros commented on Janet C. Robles Quandt's post.**
💀😂
Oct 16, 2020 11:02:55pm
**Joeylynn Mesaros commented on Stacy Lynn Schoppe's post.**
Preach
Oct 16, 2020 11:05:31pm
**Joeylynn Mesaros commented on Tiffany Kaspar's post.**

Awe Happy Birthday, Philly! We love you!
Oct 17, 2020 10:17:30am

**Joeylynn Mesaros replied to her own comment.**
Amy Erwin I know, right!?
Oct 17, 2020 10:17:56am

**Joeylynn Mesaros replied to Lauren Conley Fajardo's comment.**
🥰❤️
Oct 17, 2020 10:18:21am

**Joeylynn Mesaros commented on Stephanie Stallons's post.**
Mannnn that's where Chloe gets it 😂😂👋🙌❤️🔥 she IS you
Oct 17, 2020 3:50:44pm

**Joeylynn Mesaros commented on Stephanie Samulin Varian's photo.**
Every time. They can't even produce an answer about why they like him or support him when you ask them. They just come back with why they hate Trump.
Oct 17, 2020 4:52:44pm

**Joeylynn Mesaros commented on Adrian Puentes's live video.**
👀🍿
Oct 17, 2020 5:04:03pm

**Joeylynn Mesaros commented on Adrian Puentes's live video.**
Let us know how it goes when you poop
Oct 17, 2020 5:06:23pm

**Joeylynn Mesaros commented on Zoe Stillings's post.**
TRUTH Y'ALL
Oct 17, 2020 8:53:31pm

**Joeylynn Mesaros commented on Brian Coots's post.**
📣📣📣🔥🔥🔥
Oct 19, 2020 10:23:07am

**Joeylynn Mesaros commented on Stasha Murphy's photo.**
🔥🔥🔥
Oct 19, 2020 10:23:50am

**Joeylynn Mesaros replied to her own comment.**
Oct 19, 2020 3:10:56pm

**Joeylynn Mesaros replied to Tiffany Finnegan Farmer's comment.**
Oct 19, 2020 6:54:15pm

**Joeylynn Mesaros replied to Tiffany Finnegan Farmer's comment.**
Oct 19, 2020 7:11:47pm

**Joeylynn Mesaros replied to Stephanie Stallons's comment.**
Stephanie Stallons 💁‍♀️💁‍♂️ thank you 😂❤️
Oct 19, 2020 11:08:13pm

**Joeylynn Mesaros replied to Leah Morefield Whetstone's comment.**
Leah Morefield Whetstone it's getting better!! But still pretty painful even a week later!!!
Oct 19, 2020 11:08:30pm

**Joeylynn Mesaros replied to Jessica Lugo Rodriguez's comment.**
Jessica Lugo Rodriguez 😍😍❤️❤️ thank you friend!!
Oct 19, 2020 11:08:46pm

**Joeylynn Mesaros commented on New Braunfels Ghost Tours's post.**
Are private tour dates for groups of 10 or more? Or is there room for 2 to join anywhere?
Oct 20, 2020 7:57:15am

**Joeylynn Mesaros commented on Donald J. Trump's post.**
Jen J.P. 😂
Oct 20, 2020 8:01:18am

**Joeylynn Mesaros replied to her own comment.**
I know SAME but it's official business 😂😂😂
Oct 20, 2020 9:45:19am

**Joeylynn Mesaros replied to her own comment.**
New Braunfels Ghost Tours thank you for the info! Will keep an eye out for November!!
Oct 20, 2020 9:45:43am

**Joeylynn Mesaros replied to her own comment.**

ANSWERING THE CALL
Oct 20, 2020 9:47:24am
**Joeylynn Mesaros replied to her own comment.**
Your gif game has been ON POINT this election 👌 🏆
Oct 20, 2020 9:47:46am
**Joeylynn Mesaros replied to Crystal McGlothlin's comment.**
Crystal McGlothlin it's the BEST feeling
Oct 20, 2020 6:32:32pm
**Joeylynn Mesaros replied to Tamra Krahn's comment.**
Tamra Krahn thank you!!
Oct 20, 2020 6:32:38pm
**Joeylynn Mesaros replied to Amber Puentes's comment.**
Amber Puentes 😭😭😭
Oct 20, 2020 6:35:03pm
**Joeylynn Mesaros replied to Amber Puentes's comment.**
Yess your time will come, and you will have all the chickens
Oct 20, 2020 6:36:43pm
**Joeylynn Mesaros replied to Tifaney Raderstorf's comment.**
Tifaney Raderstorf yess haha hysterical!!
Oct 20, 2020 7:19:00pm
**Joeylynn Mesaros replied to Christine Garza's comment.**
Christine Garza I'm in love with these colors!!
Oct 20, 2020 8:25:02pm
**Joeylynn Mesaros commented on Jason Cardenas's photo.**
Cool!!
Oct 21, 2020 8:31:20am
**Joeylynn Mesaros replied to Catherine A Hyland's comment.**
Catherine A Hyland they are the cutest! And I love that they pay rent
Oct 21, 2020 8:32:08am
**Joeylynn Mesaros commented on Shawna Price-Theriot's video.**
SO GOOD! I love this. Lucky mama!!
Oct 21, 2020 9:43:36am
**Joeylynn Mesaros commented on Donald J. Trump's photo.**
Jen J.P. Can't breathe 😂👏
Oct 21, 2020 4:17:50pm
**Joeylynn Mesaros replied to her own comment.**
😂👏👏👏👏👏👏
Oct 21, 2020 5:21:03pm
**Joeylynn Mesaros commented on Stephanie Stallons's photo.**
Love her style! Happy birthday Chloe!!
Oct 22, 2020 9:09:41am
**Joeylynn Mesaros commented on Alex Echeveste's photo.**
The office for me
Oct 22, 2020 9:13:20am
**Joeylynn Mesaros commented on Schyler Blackwell's post.**
AND SHARING.
Oct 22, 2020 4:41:18pm
**Joeylynn Mesaros replied to Jaileen Sturdivant's comment.**
Jaileen Sturdivant I wish I knew 😭😂😂
Oct 22, 2020 5:11:48pm
**Joeylynn Mesaros commented on Christopher Crash Ford's photo.**
I'm screaming this is hysterical
Oct 22, 2020 7:42:23pm
**Joeylynn Mesaros replied to her own comment.**
Alex Echeveste I'll love it for both of us 😂
Oct 22, 2020 9:27:23pm
**Joeylynn Mesaros commented on Maegan Reid's post.**
🚂❤️🇺🇸
Oct 22, 2020 9:30:05pm

Case 1:21-cv-00565-RP   Document 271-7   Filed 12/12/23   Page 70 of 329

**Joeylynn Mesaros replied to her own comment.**
Alex Echeveste same kind of humor!
Oct 22, 2020 9:43:12pm

**Joeylynn Mesaros commented on Tifaney Raderstorf's post.**
🥳🥳🔥🔥🚂🇺🇸
Oct 22, 2020 9:45:21pm

**Joeylynn Mesaros commented on Joanna Weindorf Kieffer's photo.**
I thought the SAME THING
Oct 23, 2020 7:56:29am

**Joeylynn Mesaros replied to Amber Puentes's comment.**
Amber Puentes 😭😭❤️😭😭❤️😭😭❤️
Oct 23, 2020 8:51:46am

**Joeylynn Mesaros replied to Joanna Weindorf Kieffer's comment.**
Joanna Weindorf Kieffer 😘😘
Oct 23, 2020 8:51:55am

**Joeylynn Mesaros replied to Robert Mesaros's comment.**
Robert Mesaros 😍🔥
Oct 23, 2020 9:39:59am

**Joeylynn Mesaros replied to LetsGo Brandon's comment.**
Oct 23, 2020 10:38:43am

**Joeylynn Mesaros replied to her own comment.**
Casey Beck I feel this shock and disbelief on a deep level
Oct 23, 2020 11:43:35am

**Joeylynn Mesaros commented on Amy Erwin's post.**
So fun and creative 🦋🧡!!
Oct 23, 2020 4:27:21pm

**Joeylynn Mesaros replied to her own comment.**
Oct 23, 2020 8:22:15pm

**Joeylynn Mesaros commented on Ron Corzine's post.**
Needed this THIS SECOND that I stumbled onto this post. 🔥
Oct 23, 2020 8:45:40pm

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
Schyler Blackwell I have to agree 😂 Tiff, this may be where we part ways. It's been a good run.
Oct 23, 2020 8:46:22pm

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
https://media1.tenor.co/images/efda7c1457f807b60279f5f5c31703f6/tenor.gif?itemid=12916038
Oct 23, 2020 8:49:49pm

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
I was just over here dreaming of a bean and cheese with extra cheese 😂 you're thinking big
Oct 23, 2020 9:00:22pm

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
https://media2.giphy.com/media/v1.Y2lkPTEyMGMwMTQ3dm93bmRhcWU0bGFvZnk4YW52eDd2a2d5bm9oY2J3ajluZDZ5ZDYwYw/l2JI48S4tmnG4qi7m/giphy-preview.gif
Oct 23, 2020 9:00:43pm

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
We can not ever have enough 👌
Oct 23, 2020 9:01:30pm

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
https://media1.tenor.co/images/ecf8c47feb4c6c0f045d4accbe357d6d/tenor.gif?itemid=12143253
There are 62 taco gifs I want to be using right now. How can I pick just 2
Oct 23, 2020 9:02:29pm

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
Schyler Blackwell oh for sure. it always shows up and slays.
Oct 23, 2020 9:09:26pm

**Joeylynn Mesaros replied to Melba Caballero's comment.**
Oct 23, 2020 9:43:16pm

**Joeylynn Mesaros replied to Carl Johnson's comment.**
Oct 23, 2020 9:44:08pm

Case 1:21-cv-00565-RP   Document 271-7   Filed 12/12/23   Page 71 of 329

**Joeylynn Mesaros replied to Schyler Blackwell's comment.**
Tiffany Kaspar show yourself 😂 👀
Oct 23, 2020 9:45:41pm

**Joeylynn Mesaros replied to Theresa Klabunde's comment.**
Theresa Klabunde ❤️❤️❤️❤️ awe!! Thank you 🤗
Oct 24, 2020 8:48:29am

**Joeylynn Mesaros commented on MaryLou Ramirez Perks's photo.**
I love this! And I'm stealing it 😂❤️
Oct 24, 2020 8:51:33am

**Joeylynn Mesaros replied to Theresa Klabunde's comment.**
Theresa Klabunde this means the world to me. And so do you! ❤️
Oct 24, 2020 8:59:55am

**Joeylynn Mesaros commented on Ally Dobbins's photo.**
You look amazing!!
Oct 24, 2020 10:36:18am

**Joeylynn Mesaros commented on Amy Erwin's post.**
G😍RGEOUS
Oct 24, 2020 5:42:53pm

**Joeylynn Mesaros commented on Donald J. Trump's post.**
Jen J.P. These ads 😂👏
Oct 24, 2020 6:46:28pm

**Joeylynn Mesaros replied to her own comment.**
One of my favs 😂
Oct 24, 2020 6:48:49pm

**Joeylynn Mesaros replied to Willie Burt's comment.**
Oct 24, 2020 6:56:05pm

**Joeylynn Mesaros commented on Shannon Culpepper Moreno's photo.**
You look gorgeous Shannon!! Congratulations! We are celebrating you two!! 🥳🥳👏👏
Oct 25, 2020 8:46:48am

**Joeylynn Mesaros commented on Shannon Culpepper Moreno's photo.**
Eeeeeek!! So exciting!!! Love your dress!!
Oct 25, 2020 8:47:40am

**Joeylynn Mesaros replied to Melanie Bernard's comment.**
Melanie Bernard 😂❤️❤️❤️ I love that you do it too!!
Oct 25, 2020 8:48:12am

**Joeylynn Mesaros commented on Pastor Zak White's photo.**
I love her spunk and this picture captures it perfectly!!!
Oct 25, 2020 8:51:18am

**Joeylynn Mesaros replied to Antoinette Baskerville's comment.**
Antoinette Baskerville that's what got me 😂 that chicken foot twitch on the thrust. Can't. Breathe.
Oct 25, 2020 9:38:49am

**Joeylynn Mesaros replied to Deidra Hagdorn's comment.**
Deidra Hagdorn this is near Ingram and 410 in the parking lot by Red Hook Seafood. The route will go 410 to 151 to 1604 to 281 to 410!
Oct 25, 2020 3:08:41pm

**Joeylynn Mesaros replied to Rebekah Purcell's comment.**
Rebekah Purcell this may be the biggest and best compliment of all time 😂👏❤️ you're so kind. I wish that's what I saw when I looked at us haha
Oct 25, 2020 3:33:20pm

**Joeylynn Mesaros replied to Rebekah Purcell's comment.**
😭😭😭❤️❤️❤️
Oct 25, 2020 3:34:22pm

**Joeylynn Mesaros replied to Tammy Quinters's comment.**
Tammy Quinters 🥳🚛🇺🇸
Oct 25, 2020 4:44:27pm

**Joeylynn Mesaros replied to Douglas Cox's comment.**
Douglas Cox Y'all have to come next week!! Thursday in New Braunfels and Sunday 410/Ingram!
Oct 25, 2020 4:53:36pm

**Joeylynn Mesaros replied to Douglas Cox's comment.**
Here's the time and address!
Oct 25, 2020 4:58:20pm

**Joeylynn Mesaros commented on Rebekah Purcell's post.**
Omg omg omg in Love immediately
Oct 26, 2020 9:48:44am

**Joeylynn Mesaros commented on New Braunfels Ghost Tours's post.**
Just booked!! Yay! 👻
Oct 26, 2020 11:21:55am

**Joeylynn Mesaros replied to Alex Echeveste's comment.**
Casey Beck "that petrol incense"
Oct 26, 2020 11:35:48am

**Joeylynn Mesaros replied to Stephanie Samulin Varian's comment.**
Stephanie Samulin Varian 😍😍❤️❤️ thank you friend!!
Oct 27, 2020 9:49:06am

**Joeylynn Mesaros replied to Cheryl Tuttle's comment.**
Oct 27, 2020 10:00:25am

**Joeylynn Mesaros commented on Tiffany Kaspar's post.**
Never gets old
Oct 27, 2020 12:10:00pm

**Joeylynn Mesaros commented on Brian Coots's post.**
🔥🔥🔥
Oct 27, 2020 12:27:34pm

**Joeylynn Mesaros commented on Adrian Puentes's post.**
Robert Mesaros 👐🏻👐🏻❤️❤️
Oct 27, 2020 3:29:09pm

**Joeylynn Mesaros commented on Taylor Ransom's video.**
*spiritual panting*, *anoints pumpkins, too* "you could get candy every Sunday if you just went to kids church!" Tiffany Kaspar Schyler Blackwell Stephanie Stallons 😂😂😂👐🏻👐🏻👐🏻
Oct 27, 2020 6:28:01pm

**Joeylynn Mesaros commented on Shannon Culpepper Moreno's photo.**
WOWZA!
Oct 28, 2020 7:00:53pm

**Joeylynn Mesaros commented on Shelia Seidel Burst's photo.**
Just from a perspective of someone who voted for Trump in regards to a Christian perspective, (which is one of the reasons I voted for him) is the fact that he fights to keep God in schools and in America, not for him being a model Christian. Not arguing at all with anyone! Just offering insight from a different perspective ❤️
Oct 28, 2020 7:38:17pm

**Joeylynn Mesaros replied to her own comment.**
Shelia Seidel Burst LOVE YOU! Thank you for letting me share! And I love that we can have different political views and still have a futuristic tentative Clay Casa paint date 😂❤️ one day 🤞🏻
Oct 28, 2020 7:51:58pm

**Joeylynn Mesaros replied to her own comment.**
Shelia Seidel Burst AMAZING, great idea to do a Halloween piñata!! we would love to come by!! 😍 😍 thank you!!
Oct 28, 2020 8:22:57pm

**Joeylynn Mesaros replied to Catherine A Hyland's comment.**
Catherine A Hyland this is crazy isn't it!
Oct 29, 2020 6:34:04am

**Joeylynn Mesaros replied to her own comment.**
Like I was saying, I voted for my rights as a Christian, not him as a model Christian. ❤️
Oct 29, 2020 6:34:38am

**Joeylynn Mesaros replied to her own comment.**
During the Obama/Biden administration, prayer was removed from school and saying "God" in school became taboo or offensive. The majority of my values as a Christian align with the Republican Party, there are multiple, but namely being pro-life is at the top of the list. And please know this is not the only reason I voted for Trump. I also appreciate fracking and byproducts of oil, the restored manufacturing jobs, relying more independently on the US instead of other countries, the right to bear arms, having secure borders and legal immigration, low tax, gas and milk prices, continued peace and progress in the Middle East, for

the respect of American flag which is often disrespected by the opposing party, for the future of my child and grandchildren to enjoy the freedoms their forefathers and military fought for so they can avoid the collapse of our economy and the sad fast track to socialism. I am definitely not saying republicans are Christians and Democrats aren't (I have Christian family voting for Biden this year), but what I do know is Biden's values aren't aligning with my beliefs that are grounded in the Bible and so when I make a pros and cons list and compare the candidates it is clear to me that for my beliefs I need to vote for Trump.
Oct 29, 2020 9:23:46am

**Joeylynn Mesaros replied to her own comment.**
Daphne, we could unpack this more and have a reasonable argument from both sides that gives each of us things to ponder and consider from both viewpoints. But again, I'm just stating the reasons for my vote since Jovanka asked, and I do feel that considering I only had 2 candidates to choose between, as a Christian I made the best choice that I could. I won't agree that voting for Trump makes me not-Christian. And I have not bashed on Biden or his supporters once or given my reasons for what I feel isn't Christian coming from that side of things, I'm only sharing what I know to be true for myself. Thanks.
Oct 29, 2020 11:10:02am

**Joeylynn Mesaros replied to her own comment.**
Jovanka I absolutely agree! And I always enjoy a friendly discussion, and don't mind that we have different opinions and might not see eye to eye! No reason to not be kind and always a chance to learn or understand better. ❤️
Oct 29, 2020 11:11:29am

**Joeylynn Mesaros replied to Hernandez Mark's comment.**
Oct 29, 2020 4:15:45pm

**Joeylynn Mesaros replied to Hernandez Mark's comment.**
Oct 29, 2020 4:19:45pm

**Joeylynn Mesaros replied to Deborah Ann's comment.**
Deborah Ann we've been at the polls too 😂❤️
Oct 29, 2020 9:57:15pm

**Joeylynn Mesaros commented on Joanna Weindorf Kieffer's post.**
📣📣📣
Oct 29, 2020 9:59:50pm

**Joeylynn Mesaros replied to Deborah Ann's comment.**
I assure you we're social distancing and being careful also while still enjoying life ❤️
Oct 29, 2020 10:05:37pm

**Joeylynn Mesaros commented on Emily Whiteman's post.**
What a beautiful read! I loved this.
Oct 30, 2020 11:07:04am

**Joeylynn Mesaros replied to Kristy Burton's comment.**
Kristy Burton 😂👏
Oct 30, 2020 12:04:13pm

**Joeylynn Mesaros replied to her own comment.**
Oct 30, 2020 2:39:20pm

**Joeylynn Mesaros replied to Deborah Ann's comment.**
Deborah Ann I went to redeemer!!
Oct 30, 2020 2:52:01pm

**Joeylynn Mesaros replied to Anna RN's comment.**
Oct 30, 2020 2:58:20pm

**Joeylynn Mesaros replied to Anna RN's comment.**
Oct 30, 2020 3:34:08pm

**Joeylynn Mesaros replied to Deborah Ann's comment.**
Deborah Ann YES! So cool!
Oct 30, 2020 3:50:10pm

**Joeylynn Mesaros replied to Rachel Leigh Moody's comment.**
Rachel Leigh Moody we just pulled off in Kyle, they're still heading north to Austin
Oct 30, 2020 4:05:42pm

**Joeylynn Mesaros replied to Shannon Collier's comment.**
Shannon Collier The page is Trump Train NB! And they're planning a victory run for 11/8
Oct 30, 2020 4:10:25pm

**Joeylynn Mesaros replied to Brian Coots's comment.**
Oct 30, 2020 4:30:32pm

**Joeylynn Mesaros replied to a comment.**
Oct 30, 2020 4:30:48pm

**Joeylynn Mesaros replied to Brian Coots's comment.**

Oct 30, 2020 4:32:58pm
**Joeylynn Mesaros commented on Tiffany Kaspar's photo.**
DUAAAANG
Oct 30, 2020 4:44:01pm
**Joeylynn Mesaros replied to Angela Marie's comment.**
Oct 30, 2020 5:10:21pm
**Joeylynn Mesaros replied to Suzanne McDuffie Vance's comment.**
Oct 30, 2020 6:28:19pm
**Joeylynn Mesaros replied to Suzanne McDuffie Vance's comment.**
Oct 30, 2020 7:17:47pm
**Joeylynn Mesaros replied to Anna RN's comment.**
Oct 30, 2020 7:18:33pm
**Joeylynn Mesaros replied to Tristen Cleve's comment.**
Oct 30, 2020 7:20:17pm
**Joeylynn Mesaros replied to Tristen Cleve's comment.**
Oct 30, 2020 7:21:11pm
**Joeylynn Mesaros replied to Tristen Cleve's comment.**
Oct 30, 2020 7:34:33pm
**Joeylynn Mesaros replied to Sally Singley's comment.**
Oct 30, 2020 7:34:45pm
**Joeylynn Mesaros replied to Amanda Shane Fluitt's comment.**
Oct 30, 2020 7:36:02pm
**Joeylynn Mesaros replied to Nick Vanacek's comment.**
Oct 30, 2020 7:36:37pm
**Joeylynn Mesaros replied to Amanda Shane Fluitt's comment.**
Oct 30, 2020 7:37:54pm
**Joeylynn Mesaros replied to Ruebin Weir's comment.**
Oct 30, 2020 8:17:20pm
**Joeylynn Mesaros replied to Diana Lagunas Gutierrez's comment.**
Oct 30, 2020 8:40:33pm
**Joeylynn Mesaros replied to Cyn Esquivel's comment.**
Oct 30, 2020 9:47:59pm
**Joeylynn Mesaros replied to Amanda Shane Fluitt's comment.**
Oct 30, 2020 9:48:13pm
**Joeylynn Mesaros commented on Tamra Krahn's post.**
❤️❤️❤️
Oct 30, 2020 10:07:03pm
**Joeylynn Mesaros replied to her own comment.**
Oct 31, 2020 8:18:46am
**Joeylynn Mesaros commented on Stasha Murphy's post.**
Holy smokes I've never seen something so good 😂👏
Oct 31, 2020 8:29:28am
**Joeylynn Mesaros commented on Daneé Fasel's post.**
I followed the bus through New Braunfels-Kyle and assure you there was ZERO harassment, we just rode down 35. Now we do have on video the bus driver swerving at our trucks and coming into our lanes and also video evidence of one of their vehicles sideswiping one of ours. But of course they're saying it was us 😂
Oct 31, 2020 8:35:13am
**Joeylynn Mesaros commented on Daneé Fasel's post.**
But I still say they should call it a win since the Trump Train brought a bigger turn out than their own supporters would have 👏 😂
Oct 31, 2020 8:35:53am
**Joeylynn Mesaros commented on Stephanie Stallons's video.**
My favorite 😂
Oct 31, 2020 9:09:45am
**Joeylynn Mesaros replied to her own comment.**
Stephanie Stallons I love that Chloe loved it too 😂😂👏👏
Oct 31, 2020 9:22:48am
**Joeylynn Mesaros replied to Aaron Anderson's comment.**

Oct 31, 2020 9:31:35am
**Joeylynn Mesaros replied to Nelda Bond's comment.**
Oct 31, 2020 9:32:15am
**Joeylynn Mesaros replied to Aaron Anderson's comment.**
Oct 31, 2020 9:46:59am
**Joeylynn Mesaros replied to Aaron Anderson's comment.**
Oct 31, 2020 9:47:12am
**Joeylynn Mesaros replied to Aaron Anderson's comment.**
Oct 31, 2020 9:47:26am
**Joeylynn Mesaros replied to Aaron Anderson's comment.**
Oct 31, 2020 9:48:15am
**Joeylynn Mesaros replied to her own comment.**
When I say we I mean some of the Trump Train members, sorry not me specifically. But if you join Trump Train NB the videos are posted on posts and in the comments by members there!
Oct 31, 2020 9:49:29am
**Joeylynn Mesaros replied to her own comment.**

I do have this photo tho of the bus crossing multiple lanes with the car that side swiped one of our drivers
Oct 31, 2020 9:49:55am
**Joeylynn Mesaros replied to her own comment.**

Oct 31, 2020 9:50:01am
**Joeylynn Mesaros replied to her own comment.**

Oct 31, 2020 9:50:07am
**Joeylynn Mesaros replied to her own comment.**
You know what I'm gonna screen record for you so you can see
Oct 31, 2020 10:20:29am
**Joeylynn Mesaros replied to her own comment.**
Jason Fasel sent you the videos on Facebook messenger so you can save and share
Oct 31, 2020 10:28:46am
**Joeylynn Mesaros replied to her own comment.**
🥳🥳👏👏 we have a tentative celebration train run scheduled for 11/8 FYI
Oct 31, 2020 10:41:40am
**Joeylynn Mesaros replied to Aaron Anderson's comment.**
Oct 31, 2020 10:42:00am
**Joeylynn Mesaros replied to Aaron Anderson's comment.**
Oct 31, 2020 10:44:19am
**Joeylynn Mesaros commented on Stephanie Stallons's post.**
YESSSSS
Oct 31, 2020 1:20:44pm
**Joeylynn Mesaros commented on Kadiann Vaughn's photo.**
I am so sorry for your loss, friend. We love you and are celebrating your mom today as we trick or treat on her favorite holiday.
Oct 31, 2020 2:40:13pm
**Joeylynn Mesaros replied to her own comment.**
Oct 31, 2020 4:09:00pm
**Joeylynn Mesaros replied to Gretchen Leeves's comment.**
Oct 31, 2020 4:09:24pm
**Joeylynn Mesaros replied to Brenna Means Carbajal's comment.**
Oct 31, 2020 4:09:45pm
**Joeylynn Mesaros replied to Roxanna Fuller's comment.**
Oct 31, 2020 4:36:09pm
**Joeylynn Mesaros replied to Eli Casias's comment.**
Oct 31, 2020 4:36:26pm
**Joeylynn Mesaros replied to Rhonda Jennings Cooper's comment.**
Oct 31, 2020 7:36:28pm
**Joeylynn Mesaros replied to Geff Willstrop's comment.**
Oct 31, 2020 7:36:50pm

Case 1:21-cv-00565-RP   Document 271-7   Filed 12/12/23   Page 76 of 329

**Joeylynn Mesaros replied to Kelly Huey Butler's comment.**
Oct 31, 2020 8:33:11pm

**Joeylynn Mesaros replied to Jeff Jamison's comment.**
Oct 31, 2020 8:56:49pm

**Joeylynn Mesaros replied to Patricia Setzer's comment.**
Oct 31, 2020 8:58:36pm

**Joeylynn Mesaros commented on Janet C. Robles Quandt's photo.**
LOOOOVE this pic
Oct 31, 2020 9:05:24pm

**Joeylynn Mesaros replied to Nathan Daniel Roeseler's comment.**
Nathan Daniel Roeseler we were there and NONE of this happened. They hit one of our cars and we have it on video. It was peaceful and we never harassed them or did anything besides drive down the road abiding by the law.
Oct 31, 2020 9:59:17pm

**Joeylynn Mesaros commented on KSAT 12 & KSAT.com's post.**
KSAT 12 & KSAT.com shame on you for not sharing the correct information you have access to before you go smearing people's reputations and further agitating the leftists for no reason. There are plenty of videos that show there was zero aggression or hostility and that the Biden vehicle sideswiped a Trump vehicle by entering his lane. So disappointed in yet another media source failing to share facts that aren't biased.
Oct 31, 2020 10:02:14pm

**Joeylynn Mesaros replied to her own comment.**
I was there in person on I-35 and witnessed it all myself first hand. I'm appalled at how quickly the lies spun on the media from this and how blatantly they're shared as facts
Oct 31, 2020 10:07:14pm

**Joeylynn Mesaros replied to Nathan Daniel Roeseler's comment.**
It's no different than the bus driving as a giant billboard down the highway: it's political campaigning for the party you believe in and spreading awareness.
Oct 31, 2020 10:13:32pm

**Joeylynn Mesaros replied to Nathan Daniel Roeseler's comment.**
Thanks for not continuing to call me hunny. We could have an adult conversation without condescending name calling, but I'm not here for that.
Oct 31, 2020 10:17:03pm

**Joeylynn Mesaros replied to Dale Hardy Jr's comment.**
Dale Hardy Jr where was the quote from the NBPD? I'd love to reference this in other posts I'm arguing with people in
Oct 31, 2020 10:21:06pm

**Joeylynn Mesaros replied to Pj Quinters's comment.**
Tammy Quinters I cannot handle this 😂👏❤️
Nov 01, 2020 8:18:54am

**Joeylynn Mesaros replied to Janet C. Robles Quandt's comment.**
Janet C. Robles Quandt we had to go big 😂 it's a 6'x10'
Nov 01, 2020 8:28:20am

**Joeylynn Mesaros replied to Janet C. Robles Quandt's comment.**
Janet C. Robles Quandt so true 😭
Nov 01, 2020 8:28:26am

**Joeylynn Mesaros commented on Angela Coppi Wojcik's post.**
HAHAHAHAHAH I LOVE the Dino at the door!! 😂😂👏👏❤️❤️ I'm so happy he got to be the t-rex!! And Ry looks gorg 🤩
Nov 01, 2020 8:32:18am

**Joeylynn Mesaros commented on Crystal McGlothlin's post.**
🖤⚡    precious babies!!
Nov 01, 2020 8:51:23am

**Joeylynn Mesaros commented on Crystal McGlothlin's photo.**
I love the cobweb and spider!! Great job momma 🕷️🕸️
Nov 01, 2020 8:51:51am

**Joeylynn Mesaros replied to Jamie Del Bosque's comment.**
Nov 01, 2020 10:04:32am

**Joeylynn Mesaros replied to Amber Puentes's comment.**
Nov 01, 2020 10:22:11am

**Joeylynn Mesaros commented on Joanna Weindorf Kieffer's post.**
GIRL YES and I couldn't be more excited!
Nov 01, 2020 10:22:39am