# EXHIBIT 10

**DOCUMENT PRODUCED NATIVELY**