UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | Civil Action |
| v. | § | |
| | § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MESAROSES' NOTICE REGARDING TRIAL HOURS**

The Mesaros Defendants respectfully notify the Court that they request 80 hours of trial time jointly for the Defendants. Counsel for the Mesaroses has conferred with counsel for Defendants Park and Cisneros, and with Defendant Steve Ceh, and agree that 80 hours are necessary and equitable.[1] Counsel for the Mesaroses, Park, and Cisneros anticipate being able to apportion the 80 hours among themselves and Steve Ceh and Randi Ceh.

The Mesaroses believe this request is reasonable and in line with the Plaintiffs' request. Plaintiffs have requested 40 hours, which amounts to 13.33 hours for each of the three remaining Plaintiffs. Apportioning the same 13.33 hours for each of the six Defendants yields a total of 80 hours. There are several reasons why Defendants' request for the same amount of time per individual defendant that the Plaintiffs request per individual plaintiff makes sense in this case.

---

[1] Steve Ceh indicated that he was in agreement with this request for 80 hours for the Defendants jointly, and that he and Randi Ceh plan to file their own notices to that effect today.

1

First, it makes sense because the Plaintiffs are not entitled to a time advantage just because they are Plaintiffs. Both sides must be allowed to present the testimony and evidence in this complex case that the parties believe to be necessary.

Also, the three Plaintiffs were all in the same vehicle (the Biden-Harris campaign bus) for the entire period of the Incident, whereas four of the six Defendants—none of whom knew each other before October 30, 2020—were driving in three different vehicles (Park, Cisneros, and the Mesaroses). Two other defendants (the Cehs) were not even alleged to have been on I-35.

Third, the Defendants deny the Plaintiffs' alleged conspiracy; each Defendant has a particular experience to relate from October 30, 2020. Each Defendant has the need and the right to develop the evidence relevant and necessary to his or her particular defense. This includes precise cross-examination of each Plaintiff, each witness for the Plaintiffs, each other witness, and each of Plaintiffs' three experts, regarding the actions and intent of each Defendant.

Fourth, while Plaintiffs are represented by a single team of attorneys, the represented Defendants are necessarily represented by three different law firms, and two Defendants are representing themselves. An equal allotment of time (calculated per individual as requested above) would be reasonable on its face if all defendants were represented by the same attorneys; it is the minimum that should be appropriate when three law firms are supposed to zealously advocate for their respective clients along with two pro-se defendants on the same side. A request for

the same number of hours per individual as requested by Plaintiffs is imminently reasonable when the Defense side has to work together among such disparate parties.

Respectfully submitted,

/s/ *Jerad Najvar*
Jerad W. Najvar
Tex. Bar No. 24068079
CHALMERS, ADAMS, BACKER & KAUFMAN LLC
2180 North Loop W., Ste. 255
Houston, TX 77018
Phone: (281) 404-4696
jnajvar@chalmersadams.com
*Counsel for Mesaros Defendants*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 26, 2024, the foregoing document, and any accompanying exhibits and proposed order, was served by CM/ECF as follows upon all counsel of record, and upon pro se parties Steve Ceh and Randi Ceh by email.

/s/ *Jerad Najvar*
Jerad Najvar
