UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | Civil Action |
| v. | § | |
| | § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DOLORES PARK'S NOTICE REGARDING TRIAL HOURS**

Dolores Park respectfully requests 80 hours of total trial time to be shared amongst the six named Defendants. The allocation of 80 hours to be shared amongst the Defendants would give the Defendants equal time to the three Plaintiffs, who have requested 13 1/3 hours of trial time for each Plaintiff. The same allocation of time (13 1/3 hours per party) multiplied by the number of named Defendants totals 80 hours. Therefore, this allocation would be equitable.

Dolores Park agrees with the reasons for this request asserted by the Mesaros Defendants in their Notice to the Court and hereby adopts and incorporates by reference the reasons and arguments stated in the Mesaroses' Notice of Trial Hours.

Respectfully submitted,                                          Dated: August 26, 2024

THOMAS MORE LAW CENTER

/s/ Richard Thompson
Richard Thompson

/s/ Erin Elizabeth Mersino
Erin Elizabeth Mersino
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive

Suite J-3200
Ann Arbor, MI 48106
Tel: (734) 827-2001
Fax: (734) 930-7160
Email: rthompson@thomasmore.org
emersino@thomasmore.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to all registered ECF participants listed for this case. I sent via email per agreement of the parties a copy of the foregoing to Defendants Steve Ceh and Randi Ceh at the following addresses provided by the parties:

>Steve Ceh
>Email: steveceh33@gmail.com

>Randi Ceh
>Email: randiceh716@gmail.com

/s/ Erin Elizabeth Mersino
Erin Elizabeth Mersino