IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-565-RP |
| ELIAZAR CISNEROS, et al., | § § § | |
| Defendants. | § § | |

## ORDER

This case is currently set for trial beginning on September 9, 2024. (Dkt. 405). At the final pretrial conference on August 5, 2024, the Court advised the parties that they could put forth a reasonable number of evidentiary disputes for the Court's determination prior to trial. On August 23, 2024, Plaintiffs filed motions in limine, requesting the Court to make six evidentiary findings on the parties' proposed exhibits. (Dkt. 489).

In the interest of ensuring that all parties can be heard on these motions in limine prior to a pretrial ruling on the motions, **IT IS ORDERED** that Defendants shall file any responses to Plaintiffs' motions in limine, (Dkt. 489), on or before **August 30, 2024 at 12:00 pm CST**.

**SIGNED** on August 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1