IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, et al.,<br>*Plaintiffs*<br><br>v.<br><br>ELIAZAR CISNEROS, et al.,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | 1:21-cv-565-RP |

## ORDER ON MOTION TO RECONSIDER

Now before the Court is Dolores Park's Motion to Reconsider Certain Questions To Be Included in the Juror Questionnaire, filed August 27, 2024 (Dkt. 493).

The Motion is **GRANTED IN PART** to the extent that the Court has edited Question 15 of the parties' proposed supplemental juror questionnaire and added a new Question 16. Otherwise, the Motion is **DENIED**.

The Court **ORDERS** the parties to submit any objections to the attached questionnaire **by 5 p.m. CDT today**, August 29, 2024. The questionnaire will be emailed to the venire panel on Friday, August 30, 2024.

**SIGNED** on August 29, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1

## JUROR QUESTIONNAIRE

You are being considered for a jury for a case titled *Wendy Davis, David Gins, and Timothy Holloway v. Eliazar Cisneros, Randi Ceh, Steve Ceh, Joeylynn Mesaros, Robert Mesaros, and Dolores Park.* The plaintiffs are suing the defendants for allegedly impeding the progress of a Biden-Harris Presidential Campaign tour bus on Interstate Highway 35 in October 2020 by surrounding the bus with their cars and trucks in a so-called "Trump Train." Defendants deny the allegations.

Please complete the following questionnaire to assist the attorneys and me in selecting a jury to serve in this case. Using the questionnaire helps us ask fewer questions in court.

Please complete this form honestly, completely, and with great care. There are no right or wrong answers. The responses will be reviewed only for the purpose of selecting a jury.

Beginning immediately, you are ordered not to discuss this case or questionnaire with anyone, including your family, friends, and fellow prospective jurors. Do not email, blog, tweet, text, or post about the questionnaire or trial. Do not do any internet or other research, such as searching for information about the case or any of the people involved. Do not read, listen to, or watch any news reports about this case or any of the people involved.

While some of the questions may seem very personal, I have reviewed them carefully and determined that they are relevant to the issues in this case. The questions are not meant to invade your privacy but to help select a fair jury. If there is sensitive personal information that you prefer not to discuss in front of other jurors, please write "PRIVATE" next to your answer to that question, but please still answer the question. If the attorneys need to follow up with you about a private response, the attorneys and I will speak with you about that response outside the presence of the other jurors.

Please write clearly, and do not leave any questions blank. If a question does not apply to you, write "N/A" (for "not applicable"), rather than leaving the response blank. If you do not understand the question or do not know the answer, please write that in the space provided. If you need more space for a response or want to make further comments about any question, please use the extra sheets attached to the back of the questionnaire. Do not write on the back of any page. If you use the explanation sheets, please be sure to indicate which numbered question you are answering.

You are expected to sign the questionnaire, and your answers will be treated the same way as if they were made in court under oath.

Thank you for your cooperation.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

Juror Number: _____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>      Plaintiffs,<br><br> v.<br><br>ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK,<br><br>      Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

**SUPPLEMENTAL JUROR QUESTIONNAIRE**

Name: _____

1. If your children are adults and employed, what type of work do they do? Include the job titles of your children and the names of their employers.

   _____
   _____
   _____
   _____

2. Have you ever served in the military?

    Yes  No

   a. If yes, during what years did you serve and in which branch?

   _____
   _____
   _____

Juror Number: _____

3. Do you or have you volunteered in the past five years for or with any charities, clubs, nonprofits, or other organizations, including political organizations?

    Yes      No

    a. If yes, which ones?

    _____
    _____
    _____
    _____

4. If you have served as a juror before, please answer the questions below. If you have never served as a juror, please move on to question 5. If you have served as a juror more than once, please include answers for all cases in which you have served as a juror.

    a. How many times have you served as a juror?

    _____
    _____

    b. Where and when did you previously serve as a juror?

    _____
    _____
    _____

    c. What was the case about?

    _____
    _____
    _____
    _____

    d. Were you the foreperson?

    _____
    _____
    _____

Juror Number: _____

    e.  Did you reach a verdict?

_____

_____

    f.  Were you satisfied with the outcome?

_____

_____

_____

    g.  Is there anything about that experience that would make it difficult for you to serve as a juror in this case?

_____

_____

_____

_____

5.  Where do you get most of your news?

_____

_____

_____

_____

    a.  If TV, which channels? (CNN, Fox, MSNBC, NewsMax, One America News, etc.)

_____

_____

_____

    b.  If the internet, which websites? (NYTimes.com, WashingtonPost.com, FoxNews.com, NYPost.com, Yahoo.com, etc.)

_____

_____

_____

Juror Number: _____

      c.  If social media, which social media platforms? (Facebook, Twitter/X, Instagram, TikTok, Truth Social, etc.)

_____
_____
_____

      d.  Any others? (for example, physical newspapers or magazines)

_____
_____
_____

6. What podcasts or radio programs do you listen to, if any?

_____
_____
_____
_____

7. What are your three favorite books, movies, or television shows?

_____
_____
_____
_____

8. Do you drive?

    Yes     No

9. If you drive a vehicle, what bumper stickers, if any, are on your vehicle?

_____
_____

10. If you had to live in a state other than Texas, which state would you want to live in and why?

_____
_____
_____

Juror Number: _____

11. Do you believe that a reasonable person could have supported Donald Trump for President during the 2020 presidential election?

    Yes      No

    a. If not, why not?

_____
_____
_____
_____
_____

12. Do you believe that a reasonable person could have supported Joe Biden for President during the 2020 presidential election?

    Yes      No

    a. If not, why not?

_____
_____
_____
_____
_____

13. Do you believe that a reasonable person could support Donald Trump for President in 2024?

    Yes      No

    a. If not, why not?

_____
_____
_____
_____
_____

Juror Number: _____

14. Do you believe that a reasonable person could support Kamala Harris for President in 2024?

    Yes      No

    a. If not, why not?

_____
_____
_____
_____
_____

15. Have you ever personally participated in a political protest or any form of social activism? If so, please briefly describe the cause at issue and what viewpoint you were expressing or which side you were supporting by your protest/activity.

_____
_____
_____
_____
_____

16. The legal issues in this case do not involve abortion, but there may be evidence about some of the parties' views on and advocacy for and against abortion rights. If so, do you hold any views on abortion that would prevent you from serving as a fair and impartial juror in this case?

    Yes      No

    a. If yes, you may explain below.

_____
_____
_____
_____
_____

Juror Number: _____

## FURTHER EXPLANATION SHEET

**(Please put the question number next to your response. Thank you.)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____