## JUROR QUESTIONNAIRE

You are being considered for a jury for a case titled *Wendy Davis, David Gins, and Timothy Holloway v. Eliazar Cisneros, Randi Ceh, Steve Ceh, Joeylynn Mesaros, Robert Mesaros, and Dolores Park.*

Please complete the following questionnaire to assist the attorneys and me in selecting a jury to serve in this case. Using the questionnaire helps us ask fewer questions in court.

Please complete this form honestly, completely, and with great care. There are no right or wrong answers. The responses will be reviewed only for the purpose of selecting a jury.

Beginning immediately, you are ordered not to discuss this case or questionnaire with anyone, including your family, friends, and fellow prospective jurors. Do not email, blog, tweet, text, or post about the questionnaire or trial. Do not do any internet or other research, such as searching for information about the case or any of the people involved. Do not read, listen to, or watch any news reports about this case or any of the people involved.

While some of the questions may seem very personal, I have reviewed them carefully and determined that they are relevant to the issues in this case. The questions are not meant to invade your privacy but to help select a fair jury. If there is sensitive personal information that you prefer not to discuss in front of other jurors, please write "PRIVATE" next to your answer to that question, but please still answer the question. If the attorneys need to follow up with you about a private response, the attorneys and I will speak with you about that response outside the presence of the other jurors.

Please write clearly, and do not leave any questions blank. If a question does not apply to you, write "N/A" (for "not applicable"), rather than leaving the response blank. If you do not understand the question or do not know the answer, please write that in the space provided. If you need more space for a response or want to make further comments about any question, please use the extra sheets attached to the back of the questionnaire. Do not write on the back of any page. If you use the explanation sheets, please be sure to indicate which numbered question you are answering.

You are expected to sign the questionnaire, and your answers will be treated the same way as if they were made in court under oath.

Thank you for your cooperation.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>                              Plaintiffs,<br><br>      v.<br><br>ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK,<br><br>                              Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

## SUPPLEMENTAL JUROR QUESTIONNAIRE

Name: _____

1.  If your children are adults and employed, what type of work do they do? Include the job titles of your children and the names of their employers.

_____

_____

_____

_____

2.  Have you ever served in the military?

        Yes          No

    a.  If yes, during what years did you serve and in which branch?

_____

_____

_____

3. Do you or have you volunteered in the past five years for or with any charities, clubs, nonprofits, or other organizations, including political organizations?

     Yes          No

     a.  If yes, which ones?

_____

_____

_____

_____

4. If you have served as a juror before, please answer the questions below. If you have never served as a juror, please move on to question 5. If you have served as a juror more than once, please include answers for all cases in which you have served as a juror.

     a.  How many times have you served as a juror?

_____

_____

     b.  Where and when did you previously serve as a juror?

_____

_____

_____

     c.  What was the case about?

_____

_____

_____

_____

     d.  Were you the foreperson?

_____

_____

_____

    e.  Did you reach a verdict?

_____

_____

    f.  Were you satisfied with the outcome?

_____

_____

_____

    g.  Is there anything about that experience that would make it difficult for you to serve as a juror in this case?

_____

_____

_____

_____

5.  Where do you get most of your news?

_____

_____

_____

_____

    a.  If TV, which channels? (CNN, Fox, MSNBC, NewsMax, One America News, etc.)

_____

_____

_____

    b.  If the internet, which websites? (NYTimes.com, WashingtonPost.com, FoxNews.com, NYPost.com, Yahoo.com, etc.)

_____

_____

_____

    c.  If social media, which social media platforms? (Facebook, Twitter/X, Instagram, TikTok, Truth Social, etc.)

_____

_____

_____

    d.  Any others? (for example, physical newspapers or magazines)

_____

_____

_____

6.  What podcasts or radio programs do you listen to, if any?

_____

_____

_____

_____

7.  What are your three favorite books, movies, or television shows?

_____

_____

_____

_____

8.  Do you drive?

      Yes      No

9.  If you drive a vehicle, what bumper stickers, if any, are on your vehicle?

_____

_____

10. If you had to live in a state other than Texas, which state would you want to live in and why?

_____

_____

_____

_____

11. Do you believe that a reasonable person could have supported Donald Trump for President during the 2020 presidential election?

    Yes       No

    a.  If not, why not?

_____

_____

_____

_____

_____

12. Do you believe that a reasonable person could have supported Joe Biden for President during the 2020 presidential election?

    Yes       No

    a.  If not, why not?

_____

_____

_____

_____

_____

13. Do you believe that a reasonable person could support Donald Trump for President in 2024?

    Yes       No

    a.  If not, why not?

_____

_____

_____

_____

_____

Juror Number: _____

14. Do you believe that a reasonable person could support Kamala Harris for President in 2024?

      Yes        No

    a.  If not, why not?

_____

_____

_____

_____

_____

15. Have you ever personally participated in a political protest or any form of social activism? If so, please briefly describe the cause at issue and what viewpoint you were expressing or which side you were supporting by your protest/activity.

_____

_____

_____

_____

_____

_____

16. The legal issues in this case do not involve abortion, but there may be evidence about some of the parties' views on and advocacy for and against abortion rights. If so, do you hold any views on abortion that would prevent you from serving as a fair and impartial juror in this case?

      Yes        No

    a.  If yes, you may explain below.

_____

_____

_____

_____

_____

_____

Juror Number: _____

**FURTHER EXPLANATION SHEET**

**(Please put the question number next to your response. Thank you.)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____