This questionnaire and the juror information form may be completed on-line at: **www.txwd.uscourts.gov** → Jury Info → General Information → I Received a Summons

**Supplemental Questionnaire**

Name: (please print): _____    Participant Number _____

| Question | Answer |
|---|---|
| 1. What is your sex? | ☐ Male   ☐ Female |
| 2. What is your race? | ☐ White   ☐ Black   ☐ Asian   ☐ Native American   ☐ Other |
| 3. Are you Hispanic? | ☐ Yes   ☐ No |
| 4. What is your education? | ☐ Grade School   ☐ High School   ☐ College   ☐ Post College |
| 5. If you are a U.S. Government employee, please identify your regular days off. | ☐ Mon.   ☐ Tues.   ☐ Wed.   ☐ Thurs.   ☐ Fri.   ☐ Sat.   ☐ Sun. |
| 6. If you have been convicted of a state or federal crime punishable by imprisonment for more than one year? | |
| 7. Have you ever filed or been filed against for discrimination? | ☐ Yes   ☐ No |
| 8. If you have ever filed or been filed against for discrimination give the date and nature of claim. | |
| 9. Have you ever been a plaintiff or defendant in a lawsuit? | ☐ Yes   ☐ No |
| 10. If you have been a plaintiff or defendant in a lawsuit provide the type of case. | |
| 11. Have you ever been a witness in court? | ☐ Yes   ☐ No |
| 12. If you have been a witness in court, please provide the type of case. | |
| 13. Have you ever served on a jury? | ☐ Yes   ☐ No |
| 14. If you have served on a jury, please check all of the following that apply. | ☐ Grand Jury   ☐ Petit Jury   ☐ Criminal Case   ☐ Civil Case |
| 15. Have you ever had any specialized training in any of the following? | ☐ Legal   ☐ Paralegal   ☐ Medical   ☐ Banking   ☐ Finance   ☐ Engineering |
| 16. Have you or any member of your immediate family, to the best of your knowledge, been the subject of any audit or other tax investigation? | ☐ Yes   ☐ No |
| 17. If you or any member of your immediate family has been the subject of any audit or other tax investigation, please describe. | |
| 18. If you have children, please provide their ages. | |

Revised May 5, 2021

**OPTIONAL**: My email address (to facilitate faster communication) is: _____

Exh A