biden bus trump train texas

All | News | Images | Videos | Forums | Shopping | Web | More | Tools

**The Texas Tribune**
https://www.texastribune.org › 2023/04/27 › trump-trai...

### Two Texas "Trump Train" participants settle in Biden bus ...
Apr 27, 2023 — Hannah Ceh and Kyle Kruger wrote in their settlement that they apologized for participating in the October 2020 incident in which dozens of Trump supporters ...

**The Texas Tribune**
https://www.texastribune.org › 2023/10/17 › trump-trai...

### San Marcos settles with plaintiffs in "Trump Train" lawsuit
Oct 18, 2023 — Four people on a **Biden** campaign **bus** accused police of ignoring requests for help as they drove on Interstate 35 surrounded by **Trump** ...

**The Guardian**
https://www.theguardian.com › world › oct › trump-trai...

### How a 'Trump train' attack on a Biden bus foreshadowed ...
Oct 1, 2023 — Kamala Harris could have been on the **bus Trump** supporters threatened to run off the road in **Texas**, yet law enforcement barely responded.

**FOX 7 Austin**
https://www.fox7austin.com › news › trump-train-city-...

### 'Trump train': City of San Marcos, supporters of Biden's ...
Oct 18, 2023 — A lawsuit claimed San Marcos police failed to do their job when a group of former President Donald **Trump's** supporters surrounded a **Biden** ...

**Protect Democracy**
https://protectdemocracy.org › work › texas-trump-trai...

### Texas "Trump Train" Case Headed to Trial After Court ...
Aug 5, 2024 — A jury will now decide if **Trump** supporters who engaged in alleged intimidation and harassment of **Biden**-Harris supporters violated state and federal law.

**CNN**
https://www.cnn.com › videos › politics › 2021/06/24

### Video shows 'Trump Train' swarm Biden-Harris campaign ...
Jun 24, 2021 — New video from inside a **Biden**-Harris campaign **bus** shows the 2020 incident where **Trump** supporters surrounded the **bus**, and allegedly collided with one staffer's ...

**Protect Democracy**
https://protectdemocracy.org › work › two-defendant-s...

### Two Defendants in the Texas "Trump Train" Lawsuit Settle
Apr 27, 2023 — Hannah Ceh and Kyle Kruger, two of the defendants in the Cervini v. Cisneros case, have agreed to settle the suit against them for ...

**YouTube · Bloomberg Quicktake**
420.4K+ views · 3 years ago

### Trump Fans Harass Biden Bus in Texas
The FBI is investigating an incident of alleged harassment by **Trump** supporters of a **Biden** campaign **bus** in **Texas**, the **Texas** Tribune reported, ...

**NBC 5 Dallas-Fort Worth**
https://www.nbcdfw.com › news › local › texas-news

### 'Trump Train' Members Who Intimidated Biden Campaign ...
Apr 27, 2023 — Two members of the "**Trump Train**" convoy who harassed a **bus** belonging to Joe **Biden's** presidential campaign as it traveled through **Texas** in ...

USA Today
https://www.usatoday.com › news › politics › 2021/06/25

### 'Trump Train' drivers that almost ran Biden bus off road sued

Jun 25, 2021 — Two lawsuits were filed in relation to the incident: one against the **Trump** supporting drivers, one against law enforcement who "turned a ...

1  2  3  4  5  6  7  8  9  10      Next

**77019, Houston, TX** - Based on your places (Home) - Update location