AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WENDY DAVIS et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-565-RP |
| ELIAZAR CISNEROS et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Randi Ceh and Steve Ceh.

Date: 08/30/2024

/s/ Jason C. Greaves
*Attorney's signature*

Jason C. Greaves, Tex. Bar No. 24124953
*Printed name and bar number*

Binnall Law Group
717 King Street, Suite 200
Alexandria, Virginia 22314
*Address*

jason@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*