# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **WENDY DAVIS, et al.,** § | |
| *Plaintiffs* § | |
| § | **1:21-cv-565-RP** |
| **v.** § | |
| § | |
| **ELIAZAR CISNEROS, et al.,** § | |
| *Defendants* § | |

## ORDER

Now before the Court are Defendant Dolores Park's Objection to Juror Questionnaire (Dkt. 495), Defendant Eliazar Cisneros' Objection to Juror Questionnaire (Dkt. 496), and the Mesaros Defendants' Objection to Content and Distribution of Supplemental Jury Questionnaire (Dkt. 497), all filed August 29, 2024; and Mesaroses' Notice of Non-Consent to Magistrate Judge Distribution of Content Identifying Parties and Summarizing Nature of Case to Venire Prior to September 6 (Dkt. 500), filed August 30, 2024.

These four Defendants object to including case-identifying information in the parties' supplemental juror questionnaire, including the names of the parties and any description of the nature of the case, if it is sent before jury selection. They also object to the Court's proposed two-sentence summary of the case. Plaintiffs have not filed a response to the objections.

Having carefully considered Defendants' objections, the Court has removed the case-identifying information from the supplemental juror questionnaire and cover letter. The attached revised documents will be emailed to the venire panel by 5 p.m. today, Friday, August 30, 2024.

**SIGNED** on August 30, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

## JUROR QUESTIONNAIRE

You are being considered for jury selection proceedings and trial set to begin on Friday, September 6, 2024. Please complete the following questionnaire to assist the attorneys and me in selecting a jury to serve in the case. Using the questionnaire helps us ask fewer questions in court.

Please complete this form honestly, completely, and with great care. There are no right or wrong answers. The responses will be reviewed only for the purpose of selecting a jury.

Beginning immediately, you are ordered not to discuss this questionnaire with anyone, including your family, friends, and fellow prospective jurors. Do not share this questionnaire with anyone and do not email, blog, tweet, text, or post about the questionnaire or trial.

If you become aware of the case for which you are a prospective juror, you must not research or discuss the case, the law, or the people involved. Do not try to learn anything about the case from any person, including a family member, friend, or coworker, or any source, like television, radio, websites, texts/chats, or social media.

While some of the questions may seem very personal, I have reviewed them carefully and determined that they are relevant to the issues in the case. The questions are not meant to invade your privacy but to help select a fair jury. If there is sensitive personal information that you prefer not to discuss in front of other jurors, please write "PRIVATE" next to your answer to that question, but please still answer the question. If the attorneys need to follow up with you about a private response, the attorneys and I will speak with you about that response outside the presence of the other jurors.

Please write clearly, and do not leave any questions blank. If a question does not apply to you, write "N/A" (for "not applicable"), rather than leaving the response blank. If you do not understand the question or do not know the answer, please write that in the space provided. If you need more space for a response or want to make further comments about any question, please use the extra sheet attached to the back of the questionnaire. Do not write on the back of any page. If you use the explanation sheet, please be sure to indicate which numbered question you are answering.

Thank you for following these important instructions and completing the questionnaire. Your candid and honest answers are critical to selecting an impartial jury.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

## SUPPLEMENTAL JUROR QUESTIONNAIRE

Name: _____

1. If your children are adults and employed, what type of work do they do? Include the job titles of your children and the names of their employers.

    _____
    _____
    _____
    _____

2. Have you ever served in the military?

    Yes        No

    a. If yes, during what years did you serve and in which branch?

    _____
    _____
    _____

3. Do you or have you volunteered in the past five years for or with any charities, clubs, nonprofits, or other organizations, including political organizations?

    Yes        No

    a. If yes, which ones?

    _____
    _____
    _____
    _____

4. If you have served as a juror before, please answer the questions below. If you have never served as a juror, please move on to question 5. If you have served as a juror more than once, please include answers for all cases in which you have served as a juror.

   a. How many times have you served as a juror?

   _____
   _____

   b. Where and when did you previously serve as a juror?

   _____
   _____
   _____

   c. What was the case about?

   _____
   _____
   _____
   _____

   d. Were you the foreperson?

   _____
   _____
   _____

   e. Did you reach a verdict?

   _____
   _____

   f. Were you satisfied with the outcome?

   _____
   _____
   _____

    g. Is there anything about that experience that would make it difficult for you to serve as a juror in this case?

_____

_____

_____

_____

5. Where do you get most of your news?

_____

_____

_____

_____

    a. If TV, which channels? (CNN, Fox, MSNBC, NewsMax, One America News, etc.)

_____

_____

_____

    b. If the internet, which websites? (NYTimes.com, WashingtonPost.com, FoxNews.com, NYPost.com, Yahoo.com, etc.)

_____

_____

_____

    c. If social media, which social media platforms? (Facebook, Twitter/X, Instagram, TikTok, Truth Social, etc.)

_____

_____

_____

    d. Any others? (for example, physical newspapers or magazines)

_____

_____

_____

6. What podcasts or radio programs do you listen to, if any?

_____

_____

_____

_____

7. What are your three favorite books, movies, or television shows?

_____

_____

_____

_____

8. Do you drive?

      Yes      No

9. If you drive a vehicle, what bumper stickers, if any, are on your vehicle?

_____

_____

10. If you had to live in a state other than Texas, which state would you want to live in and why?

_____

_____

_____

_____

11. Do you believe that a reasonable person could have supported Donald Trump for President during the 2020 presidential election?

    Yes      No

    a. If not, why not?

_____

_____

_____

_____

_____

12. Do you believe that a reasonable person could have supported Joe Biden for President during the 2020 presidential election?

    Yes      No

    a. If not, why not?

_____

_____

_____

_____

_____

13. Do you believe that a reasonable person could support Donald Trump for President in 2024?

    Yes      No

    a. If not, why not?

_____

_____

_____

_____

_____

14. Do you believe that a reasonable person could support Kamala Harris for President in 2024?

    Yes ____    No ____

    a. If not, why not?

    _____
    _____
    _____
    _____
    _____

15. Have you ever personally participated in a political protest or any form of social activism? If so, please briefly describe the cause at issue and what viewpoint you were expressing or which side you were supporting by your protest/activity.

    _____
    _____
    _____
    _____
    _____
    _____

16. The legal issues in this case do not involve abortion, but there may be evidence about some of the parties' views on and advocacy for and against abortion rights. If so, do you hold any views on abortion that would prevent you from serving as a fair and impartial juror in this case?

    Yes ____    No ____

    a. If yes, you may explain below.

    _____
    _____
    _____
    _____
    _____

# FURTHER EXPLANATION SHEET

**(Please put the question number next to your response. Thank you.)**