IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELIAZAR CISNEROS, et al., <br><br> Defendants. | § § § § § § § § § § | 1:21-CV-565-RP |

**ORDER**

This case is currently set for trial beginning on September 9, 2024. (Dkt. 405). At the final pretrial conference on August 5, 2024, the Court indicated that it intended to assign the parties a set number of trial hours. On August 20, 2024, the Court ordered the parties to file notices indicating the number of hours they are requesting for trial. (Dkt. 483). The parties have since filed their notices. Accordingly, the Court issues this order on trial hours[1]:

1. Plaintiffs shall have 32 hours at trial.

2. Defendants shall have 50 hours at trial, to be shared collectively among the six defendants.

The Court also issues this order for the timing of the parties' opening statements:

1. Plaintiffs shall have 45 minutes for their opening statements.

2. Each group of Defendants (Cisneros, the Ceh Defendants, the Mesaros Defendants, and Park) shall have 20 minutes for their respective opening statements.

**SIGNED** on August 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] The following hours are exclusive of opening and closing statements.