IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 1:21-cv-00565 |
| ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, | § § § § § § | |
| Defendants | § § | |

## MOTION TO QUASH SUBPOENA ON MICHAEL FORGES

TO THE HONORABLE JUDGE OF THE COURT:

Michael Forges asks the Court to quash the trial subpoena served on him by counsel for Defendants Joelynn and Robert Mesaros (the "Subpoena") on the grounds that Mr. Forges its outside subpoena range—he resides, is employed, and transacts business more than 500 miles from this Court—and complying with the subpoena would cause him unreasonable expense and undue hardship.

Mr. Forges was served with the Subpoena, attached hereto as Exhibit A, less than two weeks ago at his home in Harvey, Louisiana, on August 19, 2024.  The Subpoena commands Mr. Forges to appear, as a witness, at the United States Courthouse for the Western District of Texas, Austin Division located at 501 West Fifth Street in Austin, Texas, on September 9, 2024 at 9:30 a.m.  The distance between Mr. Forges' home, where he resides, and the courthouse is 516.7 miles, more than five times greater than the 100 mile subpoena range under the Federal Rules.  FED. R. CIV. P. 45(c).  Mr. Forges is also not employed within 100 miles of the courthouse, nor does he

regularly transact business within 100 miles of the courthouse.  FED. R. CIV. P. 45.  Consequently,

Mr. Forges is outside the subpoena range of this Court and the Subpoena is ineffective, as a matter

of law.

While the Subpoena is unenforceable as to Mr. Forges, on its face, out of an abundance of

caution, and to avoid any confusion, Mr. Forges asks the Court to issue an Order quashing the

Subpoena, for all purposes, as required by Federal Rule 45(d)(3)(A)(ii). FED. R. CIV. P.

45(d)(3)(A)(ii).  This motion is timely, because it was filed both prior to the time for compliance

and within 14 days of the date it was served on Mr. Forges, August 19. FED. R. CIV. P. 45(d)(2)(B).

As a result, the Court must quash the Subpoena, and Mr. Forges has no obligation to comply.  FED.

R. CIV. P. 45(d)(3)(A)(ii).

Dated:  August 30, 2024                     Respectfully submitted,

                                            */s/ Brandon F. Renken*
                                            Brandon F. Renken
                                            State Bar No. 24056197

                                            Mayer Brown LLP
                                            700 Louisiana St., Suite 3400
                                            Houston, TX  77002
                                            Phone:  (713) 238-3000
                                            Email: brenken@mayerbrown.com

                                            *Counsel for Michael Forges*

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024 a true and correct copy of the foregoing document
was served upon all counsel of record via the Court's Electronic File Management System in this
case.

                                            */s/Brandon F. Renken*
                                            Brandon F. Renken

2