IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ELIAZAR CISNEROS *et al.*,<br><br>    *Defendants.* | Case No. 1:21-cv-565-RP |

# [PROPOSED] ORDER

UPON MOTION of Defendants Steven Ceh and Randi Ceh for a two-week continuance of trial, and

IT APPEARING TO THIS COURT based upon the submissions and argument of counsel that it is appropriate to do so, it is

ORDERED that the trial be and hereby is continued to _____, 2024.

ENTERED this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE