UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIC CERVINI, *et al.*, | § § | |
| Plaintiffs, | § § | Civil Action |
| v. | § § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, *et al.*, | § § § | |
| Defendants. | § | |

**MESAROSES' OPPOSITION TO MOTION FOR CONTINUANCE**

The Mesaroses oppose the continuance requested by Defendants Steve Ceh and Randi Ceh.

This case has been pending since June 2021, and the Cehs have been parties since January 2023 (more than eighteen months). Their motion for a continuance, filed weeks after even the final pretrial conference, does not offer any specifics explaining the reasons that the Cehs waited until shortly before trial to retain counsel. This alone warrants denying the motion.

The Mesaroses are eager to go to trial where the Plaintiffs' misleading allegations will be tested by a jury who will hear the actual evidence. Plaintiffs' politically motivated lawsuit has been hanging over the Mesaroses' heads for more than three years now, and delaying resolution any further would prejudice their ability to restore their reputations. Moreover, the Mesaroses, who live in New Braunfels and will have to travel to downtown Austin for trial each day, have already prepared their schedules regarding work, arranged for help at home, caring for their son, and assistance with their pets given the necessity of long absences during trial

1

as currently scheduled. Resetting trial would disrupt these plans and burden the Mesaroses.

Whatever the reason for the delay in retaining counsel, the Cehs have by all accounts retained quite competent and experienced counsel to represent them at trial. Their motion lacks sufficient explanation to warrant a continuance at this late date. The Mesaroses respectfully request that the continuance be denied.

Respectfully submitted,

/s/ *Jerad Najvar*
Jerad W. Najvar
Tex. Bar No. 24068079
CHALMERS, ADAMS, BACKER & KAUFMAN LLC
2180 North Loop W., Ste. 255
Houston, TX 77018
Phone: (281) 404-4696
jnajvar@chalmersadams.com
*Counsel for Mesaros Defendants*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 2, 2024, the foregoing document, and any accompanying exhibits and proposed order, was served by CM/ECF as follows upon all counsel of record.

/s/ *Jerad Najvar*
Jerad Najvar