IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:21-CV-565-RP |
| | § | |
| ELIAZAR CISNEROS, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

    This case is currently set for trial beginning on September 9, 2024. (Dkt. 405). On September 3, 2024, former Plaintiff Eric Cervini filed a motion to quash a trial subpoena that counsel for the Mesaros Defendants served upon him. (Dkt. 514).

    To ensure that the Court can timely resolve the motion to quash ahead of trial, **IT IS ORDERED** that the Mesaros Defendants shall file a response to the motion to quash on or before **September 5, 2024 at 12:00 pm CST**.

    **SIGNED** on September 4, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE