IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, | § § § | |
|---|---|---|
| Plaintiffs, | § § § | |
| v. | § § | 1:21-CV-565-RP |
| ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, | § § § § § | |
| Defendants. | § § | |

## ORDER

This case is currently set for trial beginning on September 9, 2024. (Dkt. 405). At the final pretrial conference on August 5, 2024, the Court advised the parties that they could put forth a reasonable number of evidentiary disputes for the Court's determination prior to trial. On August 23, 2024, Plaintiffs filed motions in limine, requesting the Court to make six evidentiary findings on the parties' proposed exhibits. (Dkt. 489). Defendants Dolores Park, Randi Ceh, Steve Ceh, Joeylynn Mesaros, and Robert Mesaros filed responses in opposition. (Dkts. 499, 501, 502). Plaintiffs filed a reply. (Dkt. 511). Having reviewed the parties' motions and responses, the supporting documents, and the relevant law, the Court orders as follows.

### I. PLAINTIFFS' MOTIONS IN LIMINE

| Request Number | Ruling | Modifications, if any |
|---|---|---|
| 1 | Granted | |
| 2 | Carried | The Court will address the admissibility of Plaintiffs' Exhibit PTX-060 at trial. |
| 3 | Granted | |
| 4 | Granted | |

1

| 5 | Granted in part and denied in part | The articles referenced in this motion are excluded. However, Defendants may question Plaintiffs Davis and Gins on the topics covered by the articles. Questioning on these topics is subject to objections at trial. |
| 6 | Granted | The social media posts referenced in this motion are excluded. However, Defendants may question Plaintiff Davis on her involvement with the Deeds Action Fund. |

## II. CONCLUSION

Accordingly, **IT IS ORDERED** that Plaintiffs' motions in limine, (Dkt. 489), are **GRANTED IN PART AND DENIED IN PART**.

These rulings are subject to the re-urging of objections by the parties during trial.

**SIGNED** on September 6, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE