United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 6, 2024
Lyle W. Cayce
Clerk

No. 24-50442

Eric Cervini; Wendy Davis; David Gins; Timothy Holloway,

*Plaintiffs—Appellees*,

United States of America,

*Intervenor—Appellee*,

*versus*

Dolores Park,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-565

_____

UNPUBLISHED ORDER

Before Southwick, Willett, and Oldham, *Circuit Judges*.

Per Curiam:

　　IT IS ORDERED that Appellant's opposed motion to stay district court proceedings is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to issue a mandate to the trial court to permit Defendants additional limited discovery solely limited to the question of the documents that had not yet been produced is DENIED.

Defendant's arguments can be heard on appeal after trial, and if necessary, appropriate relief can issue at that time.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50442   Cervini v. Park
                    USDC No. 1:21-CV-565

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Maxwell A. Baldi
Ms. Sarah Xiyi Chen
Mr. Philip Devlin
Mr. Samuel Hall
Mr. Cerin Lindgrensavage
Mr. James C. Luh
Ms. Erin Elizabeth Mersino
Mr. Aaron E Nathan
Mr. Gerard J. Sinzdak
Mr. Richard Thompson