

```
                                                        FILED
                                                     SEP 23 2024
        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS        CLERK, U.S. DISTRICT COURT
                   AUSTIN DIVISION                WESTERN DISTRICT OF TEXAS
                                                  BY_____
                                                              DEPUTY
```

WENDY DAVIS, DAVID GINS, and §
TIMOTHY HOLLOWAY, §
§
     Plaintiffs, §
§
v. §   1:21-CV-565-RP
§
ELIAZAR CISNEROS, RANDI CEH, STEVE §
CEH, JOEYLYNN MESAROS, ROBERT §
MESAROS, and DOLORES PARK, §
§
     Defendants. §

## VERDICT FORM

### FIRST CLAIM: 42 U.S.C § 1985(3)

**Question No. 1:**

Did Plaintiffs prove by a preponderance of the evidence their claim that one or more Defendants engaged in a conspiracy in violation of 42 U.S.C. Section 1985(3)?

✓ YES ____ NO

If you answered "YES" to the first part of this question, please indicate (by marking each appropriate line with a check mark), any and all Defendants against whom you find that Plaintiffs proved their 42 U.S.C. Section 1985(3) claim:

✓ Eliazar Cisneros

____ Randi Ceh

____ Steve Ceh

____ Joeylynn Mesaros

____ Robert Mesaros

____ Dolores Park

## SECOND CLAIM: Civil Conspiracy (Texas State Law Claim)

**Question No. 2:**

Did Plaintiffs prove by a preponderance of the evidence their claim that one or more Defendants engaged in a civil conspiracy to commit assault in violation of Texas state law?

\_\_\_\_\_YES  ✓ NO

If you answered "YES" to the first part of this question, please indicate (by marking each appropriate line with a check mark), any and all Defendants against whom you find that Plaintiffs proved their civil conspiracy claim:

_____ Eliazar Cisneros

_____ Randi Ceh

_____ Steve Ceh

_____ Joeylynn Mesaros

_____ Robert Mesaros

_____ Dolores Park

## THIRD CLAIM: Aiding and Abetting Civil Assault (Texas State Law Claim)

**Question No. 3:**

Plaintiffs bring a claim for aiding and abetting civil assault under Texas state law. Have Plaintiffs established by a preponderance of the evidence that one or more Defendants aided and abetted civil assault under Texas law?

_____YES  __✓__NO

If you answered "YES" to the first part of this question, please indicate (by marking each appropriate line with a check mark), any and all Defendants against whom you find that Plaintiffs proved their aiding and abetting civil assault claim. All Plaintiffs have brought this claim against all Defendants.

_____ Eliazar Cisneros

_____ Randi Ceh

_____ Steve Ceh

_____ Joeylynn Mesaros

_____ Robert Mesaros

_____ Dolores Park

## POTENTIAL DAMAGES FOR FIRST THREE CLAIMS

You must now consider what damages, if any, to impose with respect to the first three claims, which all involve coordinated conduct—Claims 1, 2, and 3—listed above.

If you answered "NO" to all of Questions 1, 2, and 3, you must skip questions 4 and 5.

If you answered "YES" to any of Questions 1, 2, and 3, you may impose damages on Defendants for those claims. You may only impose damages on Defendants you found liable for at least one of those claims.

**Question No. 4:**

For each Plaintiff whom you found for on Claims 1, 2, or 3, please state the total compensatory damages that will fully and fairly compensate the Plaintiff for the injuries on those claims.

Wendy Davis: $ 0

David Gins: $ 0

Timothy Holloway: $ 10,000

**Question No. 5:**

If you found for Plaintiffs as to Claims 1, 2, or 3, do you find that punitive damages should be awarded against at least one Defendant?

√ YES ____ NO

If you answered "YES" to the first part of this question, please state on the following lines the total punitive damages you are assessing against any such Defendant.

Eliazar Cisneros: $ 30,000

Randi Ceh: $ _____

Steve Ceh: $ _____

Joeylynn Mesaros: $ _____

Robert Mesaros: $ _____

Dolores Park: $ _____

## FOURTH CLAIM: Civil Assault (Texas State Law Claim)

**Question No. 6:**

Have Plaintiffs established by a preponderance of the evidence that Defendant Eliazar Cisneros is liable for civil assault?

_____YES  ✓ NO

For each Plaintiff whom you found for as to this claim, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the resulting injuries.

Wendy Davis: $_____

David Gins: $_____

Timothy Holloway: $_____

**Question No. 7:**

Have Plaintiffs established by a preponderance of the evidence that Defendant Robert Mesaros is liable for civil assault?

_____YES  ✓ NO

For each Plaintiff whom you found for as to this claim, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the resulting injuries.

Wendy Davis: $_____

David Gins: $_____

Timothy Holloway: $_____

**Question No. 8:**

If you found for at least one Plaintiff as to their civil assault claim, do you find that punitive damages should be awarded against at least one Defendant?

_____YES _____NO

If you answered "YES" to the first part of this question, please state on the following lines the total punitive damages you are assessing against any such Defendant:

Eliazar Cisneros: $_____

Robert Mesaros: $_____

SIGNED this _23_ day of _September_, 2024.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
GOVERNMENT ACT OF 2002

PRESIDING JUROR