UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Wendy Davis, David Gins, Timothy Holloway §
§
vs. § CIVIL NO: 1:21-CV-565 RP
§
Eliazar Cisneros, Joeylynn Mesaros, Robert §
Mesaros, Dolores Park, Randi Ceh, Steve Ceh §

### LIST OF WITNESSES AT TRIAL

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | Wendy Davis | 1. | Edward Nino |
| 2. | Dr. Theron Bowman | 2. | Dolores Park |
| 3. | Tim Holloway | 3. | Joeylynn Mesaros |
| 4. | John Polizzi | 4. | Steve Ceh |
| 5. | David Gins | 5. | |
| 6. | Eliazar Cisneros | 6. | |
| 7. | Yaniv Schiff | 7. | |
| 8. | Todd Price | 8. | |
| 9. | Randi Ceh | 9. | |
| 10. | Steve Ceh | 10. | |
| 11. | Dolores Park | 11. | |
| 12. | Sarah Hill | 12. | |
| 13. | Robert Mesaros | 13. | |
| 14. | Joeylynn Mesaros | 14. | |
| 15. | Jason Pena Ahuyon *(by Video Deposition)* | 15. | |
| 16. | Kathleen Blee | 16. | |