**FILED**
September 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-565-RP |
| ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, | § § § § § | |
| Defendants. | § § | |

## ORDER

A jury trial was held in this matter from September 9, 2024, through September 23, 2024. Seven jury members served on the jury for all eleven days of trial. Under 18 U.S.C. § 1871(b)(1), a juror shall be paid an attendance fee of $50 per day for actual attendance at a trial. "A petit juror required to attend more than ten days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10 more than the attendance fee, for each day in excess of ten days on which he is required to hear such case." *Id.* § 1871(b)(2).

Having found that the seven jurors dutifully performed their jury service in this case for more than ten days, **IT IS ORDERED** that the jurors shall be paid $60 for their eleventh day of service.

**SIGNED** on September 25, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1