IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, § § § § | | |
| Plaintiffs, § | | |
| v. § | | 1:21-CV-565-RP |
| § | | |
| ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, § § § § § | | |
| Defendants. § | | |

**ORDER**

A jury trial was held in this matter from September 9, 2024, through September 23, 2024. On September 23, 2024, the jury in this case returned a verdict finding that Defendant Eliazar Cisneros ("Cisneros") engaged in a conspiracy in violation of 42 U.S.C. § 1985(3). The jury awarded Plaintiff Timothy Holloway $10,000 in compensatory damages and assessed $30,000 in punitive damages against Cisneros. The jury also found that no other defendant was liable under 42 U.S.C. § 1985(3) or Texas state law. (Dkt. 557). After the jury verdict was received, counsel for Cisneros orally moved for judgment notwithstanding the verdict. The Court stated that it would take the motion under advisement.

Accordingly, **IT IS ORDERED** that Cisneros shall file a written motion and brief in support on or before **October 6, 2024**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a response to Cisneros's motion on or before **October 17, 2024**.

**SIGNED** on September 25, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE