A True Copy
Certified order issued Oct 11, 2024

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 11, 2024

Lyle W. Cayce
Clerk

No. 24-50442

―――――――――――

Eric Cervini; Wendy Davis; David Gins; Timothy Holloway,

*Plaintiffs—Appellees*,

United States of America,

*Intervenor—Appellee*,

versus

Dolores Park,

*Defendant—Appellant*.

―――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-565

―――――――――――

UNPUBLISHED ORDER

Before Southwick, Willett, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's unopposed motion to dismiss the appeal and have each party bear its own costs is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50442    Cervini v. Park
                         USDC No. 1:21-CV-565

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Casey A. Sullivan, Deputy Clerk
                            504-310-7642

cc w/encl:
    Mr. Maxwell A. Baldi
    Ms. Sarah Xiyi Chen
    Mr. Samuel Hall
    Mr. Cerin Lindgrensavage
    Mr. James C. Luh
    Ms. Erin Elizabeth Mersino
    Mr. Aaron E Nathan
    Mr. Gerard J. Sinzdak
    Mr. Richard Thompson