IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-565-RP |
| ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, | § § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

A jury trial was held in this matter from September 9, 2024, through September 23, 2024. On September 23, 2024, the jury returned a verdict on three claims asserted by Plaintiffs Wendy Davis, David Gins, and Timothy Holloway (collectively, "Plaintiffs") against Defendants Eliazar Cisneros, Randi Ceh, Steve Ceh, Joeylynn Mesaros, Robert Mesaros, and Dolores Park (collectively, "Defendants"). (Verdict, Dkt. 557).

The jury found Defendant Eliazar Cisneros ("Cisneros") liable for engaging in a conspiracy in violation of 42 U.S.C. § 1985(3) but not liable for civil conspiracy or civil assault under Texas law. The jury awarded $0.00 in compensatory damages to Plaintiff Wendy Davis, $0.00 in compensatory damages to Plaintiff David Gins, and $10,000.00 in compensatory damages to Plaintiff Timothy Holloway. (*Id.*). The jury also found that $30,000 in punitive damages should be assessed against Cisneros. (*Id.*).

Finally, the jury found the other Defendants—Randi Ceh, Steve Ceh, Joeylynn Mesaros, Robert Mesaros, and Dolores Park—not liable on all claims. (*Id.*).

On this date, the Court entered an order denying Cisneros' Motion for Judgment on Partial Jury Findings or for a New Trial, (Dkt. 564). The Court also granted Defendants Joeylynn Mesaros and Robert Mesaros' Motion for Entry of Judgment. (Dkt. 586). Finding nothing left to resolve, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Defendants Randi Ceh, Steve Ceh, Joeylynn Mesaros, Robert Mesaros, and Dolores Park on all Plaintiffs' claims against them and that Plaintiffs take nothing on their claims against them.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Cisneros on Plaintiffs' civil conspiracy and civil assault claims against him and Plaintiffs take nothing on these claims against him.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiffs and against Cisneros on Plaintiffs' 42 U.S.C. § 1985(3) claim. Plaintiff Timothy Holloway is awarded $10,000.00 in compensatory damages, Plaintiffs Wendy Davis and David Gins are awarded $0.00 in compensatory damages, and all Plaintiffs are awarded $30,000.00 in punitive damages, collectively.

**IT IS FURTHER ORDERED** that any motion for attorney's fees and bill of costs, if any, shall be filed, with supporting documentation, no later than 14 days after the entry of final judgment, pursuant to Local Rules CV-7 and CV-54(a).

**IT IS FURTHER ORDERED** that post-judgment interest at the applicable rate shall begin accruing on the date of entry of judgment and will run until the judgment is paid.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted is **DENIED**.

**IT IS FINALLY ORDERED** that this action is **CLOSED**.

**SIGNED** on August 1, 2025.

                                                    _____
                                                    ROBERT PITMAN
                                                    UNITED STATES DISTRICT JUDGE