UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:21-cv-00565-RP<br><br>Hon. Robert Pitman |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT CISNEROS SHOULD NOT BE HELD IN CONTEMPT OF COURT

On this day, the Court considered Plaintiffs' Opposed Motion for Order to Show Cause Why Defendant Eliazar Cisneros Should Not Be Held in Contempt of Court. Having considered the Plaintiffs' motion and supporting declaration, the Court hereby **GRANTS** the relief requested.

**IT IS ORDERED** that Defendant Eliazar Cisneros shall personally appear for a show cause hearing on _____, 2025 at _____ in the United States Courthouse, Courtroom #4, Fifth Floor, 501 West 5th Street, Austin, Texas. Defendant Cisneros shall be prepared to offer testimony.

**SO ORDERED**.

SIGNED this ____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. ROBERT PITMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE