IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY, | § § § | |
| Plaintiffs, | § § § | |
| v. | § | 1:21-CV-565-RP |
| ELIAZAR CISNEROS, RANDI CEH, STEVE CEH, JOEYLYNN MESAROS, ROBERT MESAROS, and DOLORES PARK, | § § § § § § | |
| Defendants. | § § | |

## ORDER SETTING ZOOM SHOW CAUSE HEARING

The Court sets Plaintiffs' Motion for Order to Show Cause Why Defendant Cisneros Should Not Be Held in Contempt of Court, (Dkt. 599), and Plaintiffs' Opposed Motion for Order to Show Cause Why Defendant Cisneros Should Not Be Held in Contempt of Court, (Dkt. 613), for a hearing at **9:00 a.m. Central Time on Tuesday, September 30, 2025**, via Zoom. The Court will share a Zoom invite closer to the hearing date.

**SIGNED** on September 17, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE