UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | Civil Action |
| v. | § | |
| | § | No. 1:21-CV-565-RP |
| ELIAZAR CISNEROS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF APPEAL

Notice is hereby given that Defendants Robert Mesaros and Joeylynn Mesaros appeal to the United States Court of Appeals for the Fifth Circuit from the Order denying the Mesaros Defendants' motion for fees and costs, entered on December 19, 2025 (ECF No. 649).

Respectfully submitted,

/s/ *Jerad Najvar*
Jerad W. Najvar
Tex. Bar No. 24068079
CHALMERS, ADAMS, BACKER & KAUFMAN LLC
5744 W. Airport Blvd.
Houston, TX 77035
Phone: (281) 404-4696
jnajvar@chalmersadams.com
*Counsel for Mesaros Defendants*

1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on January 20, 2026, the foregoing document, and any accompanying exhibits and proposed order, was served by CM/ECF as follows upon all counsel of record.

/s/ *Jerad Najvar*
Jerad Najvar